Natalie A. Landreth (Bar no. 0405020)
Erin C. Dougherty (Bar no. 0811067)
**NATIVE AMERICAN RIGHTS FUND**
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
E-mail: landreth@narf.org
dougherty@narf.org

James Thomas Tucker, Esq. (*pro hac vice*)
Sylvia O. Semper, Esq. (*pro hac vice*)
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
E-mail: james.tucker@wilsonelser.com
sylvia.semper@wilsonelser.com

**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKUK, *et al*,<br><br>    Plaintiffs,<br><br>v.<br><br>MEAD TREADWELL, *et al*,<br><br>    Defendants. | Case No. 3:13-cv-00137-JWS<br><br>**CORPORATE DISCLOSRE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Native American Rights Fund states that it is a 501(c)(3) non-profit corporation, but there is no stock and no parent corporation.

DATED: September 9, 2013

Respectfully Submitted,

s/nlandreth

Natalie A. Landreth (Bar no. 0405020)
**NATIVE AMERICAN RIGHTS FUND**
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
E-mail: landreth@narf.org

Counsel for Plaintiffs

## Certificate of Service

I hereby certify that, on September 9, 2013, a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT was served electronically pursuant to the Court's electronic filing procedures upon the following:

Counsel for Defendants Mead Treadwell, Gail Fenumiai, Becka Baker, and Michelle Speegle:

s/nlandreth