-----Original Message-----
From: Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]
Sent: Thursday, September 26, 2013 11:06 AM
To: Natalie Landreth
Cc: Paton-Walsh, Margaret A (LAW); Tucker, James T.
Subject: RE: Toyukuk: Deposition Planning

Terrific. Thanks Natalie.

Libby Bakalar
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99801-0300
(907) 465-4135 (direct)
(907) 465-3600 (main)
(907) 465-2520 (fax)


-----Original Message-----
From: Natalie Landreth [mailto:landreth@narf.org]
Sent: Thursday, September 26, 2013 11:06 AM
To: Bakalar, Elizabeth M (LAW)
Cc: Paton-Walsh, Margaret A (LAW); Tucker, James T.
Subject: RE: Toyukuk: Deposition Planning

To answer your question about moving up Mike or Dorie's so none have to be done simultaneously, of course, I think it would be easier on everyone. We think it is likely some days may finish early so we will probably be able to do that. Your schedule also looks correct to me.

Thanks, Natalie

Natalie Landreth
Senior Staff Attorney, Native American Rights Fund
745 West 4th Ave., Suite 502
Anchorage, Alaska 99501
P: (907) 276-0680
F: (907) 276-2466
E: landreth@narf.org


-----Original Message-----

1

From: Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]
Sent: Thursday, September 26, 2013 10:56 AM
To: Natalie Landreth
Cc: Paton-Walsh, Margaret A (LAW); Tucker, James T.
Subject: RE: Toyukuk: Deposition Planning

No problem. So our understanding of the schedule to be noticed is:

--10/28: Shelly
--10/29: Mickey
--10/30: Becka
--10/31: Dorie and Mike (he goes by Bryan, actually) in the morning simultaneously, and Lt. Gov. at 2:00 p.m.
--11/1: Gail

We are OK with the simulateneous depos, although it's not ideal. If things are moving along quickly at the front end of the week (e.g. with Mickey and Becka), we would ask you to consider being flexible and deposing Mike and Dorie contiguously rather than simultaeously. Would you consider doing that, depending how fast things are moving and if folks' schedules can accommodate it?

Thanks.

Libby Bakalar
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99801-0300
(907) 465-4135 (direct)
(907) 465-3600 (main)
(907) 465-2520 (fax)


-----Original Message-----
From: Natalie Landreth [mailto:landreth@narf.org]
Sent: Thursday, September 26, 2013 10:47 AM
To: Bakalar, Elizabeth M (LAW)
Cc: Paton-Walsh, Margaret A (LAW); Tucker, James T.
Subject: RE: Toyukuk: Deposition Planning

I neglected to say thanks for accommodating us on this. As you can see Thursday is the only day we expect to have 2 depos planned for the same time. If this looks okay, let us know and we will send out notices.

Thanks, Natalie

Natalie Landreth
Senior Staff Attorney, Native American Rights Fund
745 West 4th Ave., Suite 502
Anchorage, Alaska 99501
P: (907) 276-0680
F: (907) 276-2466
E: landreth@narf.org


-----Original Message-----
From: Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]
Sent: Tuesday, September 24, 2013 10:28 AM
To: Natalie Landreth
Cc: Paton-Walsh, Margaret A (LAW); Tucker, James T.
Subject: RE: Toyukuk: Deposition Planning

We were able to find an earlier time in his schedule for a different week. So all of this should be fine.

Libby Bakalar
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99801-0300
(907) 465-4135 (direct)
(907) 465-3600 (main)
(907) 465-2520 (fax)


-----Original Message-----
From: Natalie Landreth [mailto:landreth@narf.org]
Sent: Tuesday, September 24, 2013 9:46 AM
To: Bakalar, Elizabeth M (LAW)
Cc: Paton-Walsh, Margaret A (LAW); Tucker, James T.
Subject: RE: Toyukuk: Deposition Planning

I'm afraid this will be a problem as we will need to have a depo that morning as well or we won't be able to fit in everything that one week. Here is what we have so far:

Monday -- Shelley
Tuesday -- Michelle
Wednesday -- Becka
Thursday AM -- Dorie and Mike (same time) Thursday PM -- Lt. Gov. Treadwell Friday -- Gail

If we remove Thursday morning from the equation, those will have to be on Saturday, which I don't think any of us want to do. Any other ideas how we can work this out?

Let me know, Natalie

Natalie Landreth
Senior Staff Attorney, Native American Rights Fund
745 West 4th Ave., Suite 502
Anchorage, Alaska 99501
P: (907) 276-0680
F: (907) 276-2466
E: landreth@narf.org


-----Original Message-----
From: Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]
Sent: Tuesday, September 24, 2013 9:38 AM
To: Natalie Landreth
Cc: Paton-Walsh, Margaret A (LAW); Tucker, James T.
Subject: RE: Toyukuk: Deposition Planning

One more scheduling note on this. Mags and I will need (and have scheduled) an hour that morning with the Lt. Gov. from 9 a.m. to 10 a.m. This is the only time we could get with him. So if you are noticing a morning depo for another witness on that date, it would be great if you could schedule it for after 10:30 or so. Thanks.

Libby Bakalar
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99801-0300
(907) 465-4135 (direct)
(907) 465-3600 (main)
(907) 465-2520 (fax)

-----Original Message-----
From: Bakalar, Elizabeth M (LAW)
Sent: Monday, September 23, 2013 11:29 AM
To: Natalie Landreth
Cc: Paton-Walsh, Margaret A (LAW); Tucker, James T.
Subject: Re: Toyukuk: Deposition Planning

No problem.

Sent from my iPhone

On Sep 23, 2013, at 11:28 AM, "Natalie Landreth" <landreth@narf.org> wrote:

> perfect -- thank you for arranging
>
> Sent from my iPhone
>
> On Sep 23, 2013, at 11:22 AM, "Bakalar, Elizabeth M (LAW)" <libby.bakalar@alaska.gov> wrote:
>
>> The Lt. Gov. can be available on October 31 from 2 - 5 p.m.
>>
>> Libby Bakalar
>> Assistant Attorney General
>> Office of the Attorney General
>> P.O. Box 110300
>> Juneau, Alaska 99801-0300
>> (907) 465-4135 (direct)
>> (907) 465-3600 (main)
>> (907) 465-2520 (fax)
>>
>>
>>
>> -----Original Message-----
>> From: Natalie Landreth [mailto:landreth@narf.org]
>> Sent: Friday, September 20, 2013 4:14 PM
>> To: Bakalar, Elizabeth M (LAW)
>> Cc: Paton-Walsh, Margaret A (LAW); 'Tucker, James T.'
>> Subject: RE: Toyukuk: Deposition Planning
>>
>> Hello Libby --
>>
>> Since Gail is unavailable and presumably will be in Juneau except for the 28th or the 1st that week, we are fine scheduling her for the 1st. Before we schedule the others on Tuesday, Wednesday, Thursday we should ask if the Lieutenant Governor has a preferred time during which he can be available. We think a 3 hour window would be fine. Since he will be the hardest to schedule, once we get him set we will work the others in around him. If we need to have two depos simultaneously that week, are you and Mags able to do that?
>>
>> Let us know. Thank you, Nat
>>
>> Natalie Landreth
>> Senior Staff Attorney, Native American Rights Fund
>> 745 West 4th Ave., Suite 502
>> Anchorage, Alaska 99501
>> P: (907) 276-0680
>> F: (907) 276-2466
>> E: landreth@narf.org
>>
>>
>> -----Original Message-----
>> From: Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]

>> Sent: Thursday, September 19, 2013 11:06 AM
>> To: Natalie Landreth
>> Cc: Paton-Walsh, Margaret A (LAW)
>> Subject: RE: Toyukuk: Deposition Planning
>>
>> That is fine, thanks Natalie. Yes, we did set aside that week--but we just need to firm up the specific dates that week that we can have these folks deposed. The stuff about the RFP came up afterwards, and is on a procurement timeline that can't be moved as I understand it. 10/28 and 11/1 are still during the week we decided on, so we are asking for accommodation of those witnesses on those days if possible. Thanks.
>>
>> Libby Bakalar
>> Assistant Attorney General
>> Office of the Attorney General
>> P.O. Box 110300
>> Juneau, Alaska 99801-0300
>> (907) 465-4135 (direct)
>> (907) 465-3600 (main)
>> (907) 465-2520 (fax)
>>
>>
>>
>> -----Original Message-----
>> From: Natalie Landreth [mailto:landreth@narf.org]
>> Sent: Thursday, September 19, 2013 11:03 AM
>> To: Bakalar, Elizabeth M (LAW)
>> Subject: RE: Toyukuk: Deposition Planning
>>
>> We'd like to try and accommodate them wherever we can but didn't we all agree to set aside that week? I have to run this by Jim as this might involve him changing his ticket and travel and unfortunately he's in a mediation all day. Do you mind if I get back to you tomorrow?
>>
>> Thanks, Nat
>>
>> Natalie Landreth
>> Senior Staff Attorney, Native American Rights Fund
>> 745 West 4th Ave., Suite 502
>> Anchorage, Alaska 99501
>> P: (907) 276-0680
>> F: (907) 276-2466
>> E: landreth@narf.org
>>
>>
>> -----Original Message-----
>> From: Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]
>> Sent: Wednesday, September 18, 2013 2:32 PM
>> To: Natalie Landreth; James T. ' 'Tucker
>> Cc: Paton-Walsh, Margaret A (LAW)
>> Subject: RE: Toyukuk: Deposition Planning
>>
>> One more scheduling issue on this for Gail--Gail is hoping her depo can also be noticed for 10/28 (after or before Shelly's), OR, if you think Shelly and Gail will each take a full day, for November 1. This is due to a major procurement for a new Voter Registration system, and vendor demonstrations in Juneau that were subsequently scheduled and can only be conducted this same week...
>>
>> Libby Bakalar
>> Assistant Attorney General
>> Office of the Attorney General
>> P.O. Box 110300
>> Juneau, Alaska 99801-0300
>> (907) 465-4135 (direct)
>> (907) 465-3600 (main)

```
>> (907) 465-2520 (fax)
>>
>>
>>
>> -----Original Message-----
>> From: Natalie Landreth [mailto:landreth@narf.org]
>> Sent: Wednesday, September 18, 2013 10:33 AM
>> To: Bakalar, Elizabeth M (LAW); James T. ' 'Tucker
>> Cc: Paton-Walsh, Margaret A (LAW)
>> Subject: RE: Toyukuk: Deposition Planning
>>
>> Not a problem.
>>
>> Natalie Landreth
>> Senior Staff Attorney, Native American Rights Fund
>> 745 West 4th Ave., Suite 502
>> Anchorage, Alaska 99501
>> P: (907) 276-0680
>> F: (907) 276-2466
>> E: landreth@narf.org
>>
>>
>> -----Original Message-----
>> From: Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]
>> Sent: Wednesday, September 18, 2013 7:21 AM
>> To: Natalie Landreth; James T. ' 'Tucker
>> Cc: Paton-Walsh, Margaret A (LAW)
>> Subject: Toyukuk: Deposition Planning
>>
>> Hi Natalie,
>>
>> It was great to finally meet you in person. I hope you had a safe trip home from Bethel.
>>
>> While we were there, we were trying to look ahead to the week of depos planned for division witnesses (the week of 10/28). In preparing to notice those, please note that due to various time sensitive division projects, Shelly Growden can be available in Anchorage only on that Monday, 10/28. Just want to give you and Jim a heads up on that for your planning purposes.
>>
>> Thanks!
>> Libby
>>
>> Sent from my iPhone
```