**From:** Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]
**Sent:** Thursday, September 26, 2013 11:09 AM
**To:** Natalie Landreth; 'Tucker, James T.' (James.Tucker@wilsonelser.com)
**Cc:** Paton-Walsh, Margaret A (LAW)
**Subject:** RE: Toyukuk: Deposition Costs

I think a clean way to do it under the circumstances of this case is for each side bears its own costs for everything associated with their depositions. Obviously that won't waive future claims for fees/costs for either side at the attorney fees and costs stage, if and when we get there. Are we good with that?

Libby Bakalar
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99801-0300
(907) 465-4135 (direct)
(907) 465-3600 (main)
(907) 465-2520 (fax)


**From:** Natalie Landreth [mailto:landreth@narf.org]
**Sent:** Thursday, September 26, 2013 10:25 AM
**To:** Bakalar, Elizabeth M (LAW); 'Tucker, James T.' (James.Tucker@wilsonelser.com)
**Cc:** Paton-Walsh, Margaret A (LAW)
**Subject:** RE: Toyukuk: Deposition Costs

Good morning Libby –

We hadn't really thought about that aspect to be honest. Last time, each side bore their own travel costs but the side taking the depo paid all depo costs and also paid the witness fees required to third parties under the rules. Let us know if you'd like to work this out another way.

Natalie

*Natalie Landreth*

1

*Senior Staff Attorney, Native American Rights Fund*
*745 West 4th Ave., Suite 502*
*Anchorage, Alaska 99501*
*P: (907) 276-0680*
*F: (907) 276-2466*
*E: landreth@narf.org*

**From:** Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]
**Sent:** Wednesday, September 25, 2013 3:29 PM
**To:** Natalie Landreth; 'Tucker, James T.' (James.Tucker@wilsonelser.com)
**Cc:** Paton-Walsh, Margaret A (LAW)
**Subject:** Toyukuk: Deposition Costs

Hi Natalie,

As we are making travel plans for depositions in October, we wanted to check in with you re: your thoughts on how travel/accommodation costs should work for the depositions (both state and plaintiffs). How do you envision that all breaking down?

Thanks,
Libby

Libby Bakalar
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99801-0300
(907) 465-4135 (direct)
(907) 465-3600 (main)
(907) 465-2520 (fax)