**From:** Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]
**Sent:** Wednesday, November 06, 2013 10:37 AM
**To:** Natalie Landreth
**Cc:** 'Tucker, James T.' (James.Tucker@wilsonelser.com); Paton-Walsh, Margaret A (LAW)
**Subject:** Re: TOYUKUK: Plaintiffs' Depositions Schedule

Ok, I see. Thanks. We will then attempt to connect that to relevant voter records for him and produce those as appropriate (same as we did for Fred Augustine, I believe). On that note, we anticipate a 26e supplement to you shortly. I am going to do my best to get that out to you before I leave for 3 weeks this Friday. If I don't succeed, Mags will likely do it in my absence. Thanks.

Sent from my iPhone

On Nov 6, 2013, at 10:32 AM, "Natalie Landreth" <landreth@narf.org> wrote:

> No need to look through your record. You produced the voter rolls for those villages so I will just give you the Bates numbers for his name and registration info.
>
> *Natalie Landreth*
> *Senior Staff Attorney, Native American Rights Fund*
> *745 West 4th Ave., Suite 502*
> *Anchorage, Alaska 99501*
> *P: (907) 276-0680*
> *F: (907) 276-2466*
> *E: landreth@narf.org*
>
> **From:** Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]
> **Sent:** Wednesday, November 06, 2013 10:17 AM
> **To:** Natalie Landreth
> **Cc:** 'Tucker, James T.' (James.Tucker@wilsonelser.com); Paton-Walsh, Margaret A (LAW)
> **Subject:** Re: TOYUKUK: Plaintiffs' Depositions Schedule
>
> Ah, understood. Thanks Natalie. We will revisit the division's records based on this new info from you and supplement discovery if/as appropriate.

Meantime I will block out the week of Jan. 6 for depos.

Sent from my iPhone

On Nov 6, 2013, at 10:12 AM, "Natalie Landreth" <landreth@narf.org> wrote:

> No problem
>
> BTW we will have to amend the complaint in the very least to correct Mike's name. It is sometimes spelled Toyukuk and sometimes spelled Toyukak, depending on the accent of the person who is pronouncing it. So I asked him to dig out his birth certificate and confirm what it says there. I saw the Answer alleges he is not registered but he is – it's just under Toyukak, but that is his address. We'll fix it.
>
> Natalie
>
> *Natalie Landreth*
> *Senior Staff Attorney, Native American Rights Fund*
> *745 West 4th Ave., Suite 502*
> *Anchorage, Alaska 99501*
> *P: (907) 276-0680*
> *F: (907) 276-2466*
> *E: landreth@narf.org*
>
> **From:** Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]
> **Sent:** Tuesday, November 05, 2013 9:52 AM
> **To:** Natalie Landreth; 'Tucker, James T.' (James.Tucker@wilsonelser.com)
> **Cc:** Paton-Walsh, Margaret A (LAW)
> **Subject:** TOYUKUK: Plaintiffs' Depositions Schedule
>
> Natalie and Jim,
>
> Will the week of January 6 work for us to depose your witnesses?
>
> Thanks,
> Libby
>
> Libby Bakalar
> Assistant Attorney General
> Office of the Attorney General
> P.O. Box 110300
> Juneau, Alaska 99801-0300
> (907) 465-4135 (direct)
> (907) 465-3600 (main)
> (907) 465-2520 (fax)