**From:** Paton-Walsh, Margaret A (LAW) [mailto:margaret.paton-walsh@alaska.gov]
**Sent:** Friday, January 24, 2014 6:10 PM
**To:** Natalie Landreth; Bakalar, Elizabeth M (LAW)
**Cc:** 'Tucker, James T.'; rich.debodo@bingham.com; Pallesen, Aesha R (LAW); Wakley, Kevin T (LAW); sylvia.semper@wilsonelser.com
**Subject:** RE: Dorie Wassilie depo

Dear Natalie,

I wanted to try to move forward with scheduling for depositions as far as that is possible. First, we're happy to reopen Dorie's deposition and are checking on her availability. I hope to be able to let you know about that on Monday. As for the other depositions that we have previously discussed (with one addition), I propose the following schedule:

January 28: Myron Naneng in Bethel.

January 31: Fred Augustine in Alakanuk. January 30 would also work if you would prefer it. We are prepared to accept Mr. Shelden as a translator, and would like to depose him in the same trip, before deposing Mr. Augustine. Trying to do this trip in a single day sounds like a good plan to us.

February 11: Walkie Charles—either city is fine, but just let me know so I can book a flight.

February 12: Claudia Dybdahl

February 28: Dan McCool (Jim is checking on this and March 3 is also possible, but I have a trial scheduled to start on March 10, so I would greatly prefer February 28).

Please confirm that this is acceptable as soon as possible so that we can issue notices and subpoenas and make travel arrangements.

As far as additional depositions are concerned, we have proposed that we stipulate to extend the deadline for completing fact witness depositions to ease this process, but we understand that you oppose this. Based on our conversation yesterday, your position appears to be that you disclosed the names of all of your fact witnesses to us in a supplemental disclosure statement mailed to us on December 13, and that the crunch in the scheduling is simply a product of our unnecessary delay.

1

However, if you refer back to your supplemental disclosure statement, you will note that you listed thirteen fact witnesses, whose declarations had already been produced, and some forty-five additional fact witnesses, providing no more than a single sentence of boilerplate description regarding their expected testimony, effectively identifying witnesses only as voters, poll workers or persons familiar with the problems of other voters. Some of the witnesses were accompanied only by the note that they had not yet been interviewed. The disclosure promised that declarations from these witnesses would be forthcoming, however we did not receive any additional declarations until January 3, 2014. Of the forty-five new witnesses listed, it appears that we have declarations from, I believe, twenty-four. (We appear to be missing a declaration from Karen Mildred Camille. In addition, we only received Yup'ik versions of Carl Evon's and Nick Andrew, Sr.'s declarations.) We do not believe that we could reasonably be expected to select witnesses and schedule depositions for persons whose testimony was summarized only in a sentence, much less that we could have anticipated which approximately half of the listed witnesses would eventually provide declarations and be potential witnesses in this litigation.

For this reason, I would like to renew our request that we extend the deadline for fact discovery in this case to permit us a fair opportunity to pursue additional depositions. Also, naturally, given the number of witnesses on your list, we ask that you stipulate to depositions in excess of the ten permitted by FRCP 30(a)(2)(A)(i).

Please let us know your position as soon as possible so we can determine how to proceed.

Margaret Paton-Walsh
Assistant Attorney General
Labor & State Affairs Section
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501-1994

tel: (907) 269-6612
fax: (907) 258-4978


**From:** Natalie Landreth [mailto:landreth@narf.org]
**Sent:** Friday, January 24, 2014 12:12 PM
**To:** Paton-Walsh, Margaret A (LAW); Bakalar, Elizabeth M (LAW)
**Cc:** 'Tucker, James T.'; rich.debodo@bingham.com
**Subject:** Dorie Wassilie depo

Hello all –

As I mentioned on the phone Wednesday, we would like to re-depose Ms. Wassilie given the fact that we did not have any of her emails at the time of the deposition, even though they were requested. We realize of course that this was an oversight. And we also know that means all the time previously used (maybe 2 or 2.5 hours – I will have to check) will be subtracted so this is not another 7 hours we are asking for. We can do this either next week or the week after. We would have to work around any depositions such as Myron and Fred. Monday or Tuesday the 3d and 4th of February would be best, either morning or afternoon. No need to set aside a whole day.

Please let me know. Thank you,
Natalie

*Natalie Landreth*
*Senior Staff Attorney, Native American Rights Fund*
*745 West 4th Ave., Suite 502*

2

*Anchorage, Alaska 99501*
*P: (907) 276-0680*
*F: (907) 276-2466*
*E: <u>landreth@narf.org</u>*