**From:** Bakalar, Elizabeth M (LAW) [mailto:libby.bakalar@alaska.gov]
**Sent:** Wednesday, January 15, 2014 4:45 PM
**To:** Natalie Landreth; 'Tucker, James T.' (James.Tucker@wilsonelser.com)
**Cc:** Semper, Sylvia O. (Sylvia.Semper@wilsonelser.com) (Sylvia.Semper@wilsonelser.com); Paton-Walsh, Margaret A (LAW); Wakley, Kevin T (LAW); Pallesen, Aesha R (LAW); Begley-Allen, Terri J (LAW); Thibodeau, Kelly M (LAW)
**Subject:** Sixth FRCP 26(e) Disclosure and State's RFP 3 and 4

Natalie and Jim,

Attached is our sixth Rule 26(e) disclosure (CD in the mail as usual) and a cover letter explaining its contents, as well as our position on the RFPs 3 and 4 discovery issue. We anticipate at least one more 26(e) disclosure in the very near future.

Thanks,
Libby

Libby Bakalar
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99801-0300
(907) 465-4135 (direct)
(907) 465-3600 (main)
(907) 465-2520 (fax)



THE STATE
of ALASKA
GOVERNOR SEAN PARNELL

Department of Law

CIVIL DIVISION

P.O. Box 110300
Juneau, Alaska 99811-0300
Main: 907.465.3600
Fax: 907.465.2520

January 15, 2014

Natalie A. Landreth
c/o Native American Rights Fund
745 West Fourth Avenue, Suite 502
Anchorage, AK 99501

    Re: *Toyukak et al. v. Treadwell et al.* Sixth Supplemental Disclosures
    Our file #: JU2013200466

Dear Natalie:

This letter addresses two issues in the above-referenced matter. The first is our sixth FRCP 26(e) disclosures and the second is our ongoing dispute regarding your lack of response to Defendants' RFP Nos. 3 and 4.

First, pursuant to FRCP 26(e), we are supplementing with the enclosed CD Bates Stamped SOA_011421-012516. This is our sixth supplemental disclosure under Rule 26(e). The first such supplement was provided on November 12, 2013; the second was provided on December 20, 2013; the third was provided on January 7, 2014; the fourth was provided on January 8, 2014 in response to your letter of January 6, 2014; and the fifth was provided on January 13, 2014.

The present disclosure includes 943 additional emails and associated attachments from Bryan Jackson and Dorie Wassilie. We have continued to use consecutive Bates numbering for convenience and ease of reference. We will be providing further Rule 26(e) supplements to you on a timely rolling basis in the near future.

Second, regarding RFP Nos. 3 and 4, our review of the declarations of the tribal council representatives that you provided in the last few days suggests that, after all, even if we could agree on the language of a stipulation, it would not adequately address our questions, because both Togiak and Hooper Bay state that approximately thirty percent of their members do not speak English well enough to vote effectively without language assistance. The declarations offer no information about how the tribal councils ensure that their monolingual members—whether Yup'ik or English-speaking—can participate effectively in tribal government proceedings and are kept informed of tribal council activities and policies. We will attempt to elicit sufficient testimony on this issue from the

tribal council witnesses next week, with the hope that the depositions will render a motion to compel unnecessary.

Please do not hesitate to call with any questions or concerns.

Sincerely,

MICHAEL C. GERAGHTY  
ATTORNEY GENERAL

By:

Elizabeth M. Bakalar  
Assistant Attorney General

EMB/tjd  
Enclosure: Attachment

cc: Margaret Paton-Walsh, Assistant Attorney General, Co-Counsel for Defendants  
James T. Tucker, Co-Counsel for Plaintiffs  
Gail Fenumiai, Director, State of Alaska Division of Elections