**A M E N D E D**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TOYUKUK, et al.   vs.   TREADWELL, et al.

BEFORE THE HONORABLE SHARON L. GLEASON   CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK: SUZANNETTE DAVID-WATERS

APPEARANCES:   PLAINTIFF: NATALIE A. LANDRETH
                          JAMES THOMAS TUCKER
                          RICHARD de BODO, TELEPHONIC

               DEFENDANT: MARGARET A. PATON-WALSH
                          ELIZABETH M. BAKALAR

PROCEEDINGS: STATUS CONFERENCE HELD MARCH 5, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:02 p.m. court convened.

Court and counsel heard answers to court's questions re scheduling order.

Court and counsel heard re estimated length of bench trial: 2 weeks.

Court and counsel heard re trial scheduling and deadlines.

Trial by Court set for **June 23, 2014 at 9:00 a.m.**

*Oral Argument on Summary Judgment/Pretrial Conference set for **May 30, 2014 at 1:30 p.m.**

Court to issue new scheduling order.

At 3:38 p.m. court adjourned.

DATE:   March 6, 2014   DEPUTY CLERK'S INITIALS:   SDW

Revised 6/18/07