```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

         TOYUKUK, et al.          vs.         TREADWELL, et al.
```

BEFORE THE HONORABLE SHARON L. GLEASON   CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK: SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER: R. JOY STANCEL

APPEARANCES:    PLAINTIFF: NATALIE A. LANDRETH
                           JAMES THOMAS TUCKER
                           RICHARD de BODO, TELEPHONIC

                DEFENDANT: MARGARET A. PATON-WALSH

PROCEEDINGS: ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT (DKTS
             47 AND 56) (PRE-TRIAL CONFERENCE) HELD MAY 30, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:35 p.m. court convened.

Motion Requesting Telephonic Participation of Michelle Speegle
(Dkt 103); **GRANTED.**

Motion in Limine to Preclude Testimony of Lieutenant Governor
Mead Treadwell (Dkt 105); **GRANTED.**

Court and counsel heard re translation issue (Yup'ik),
depositions needed to be lodged and witness lists.

Court ordered plaintiff to file re witnesses 6, 7, 8 on Docket
110 by **June 4, 2014**; Defendant to file reply by **June 9, 2014.**

Arguments heard re Motions for Summary Judgment (Dkts 47 and 56).

At 2:53 p.m. court recessed until 3:02 p.m.

Continued arguments heard.

Motion for Partial Summary Judgment (Dkt 47) and First Motion for
Summary Judgment (Dkt 56), matters taken **UNDER ADVISEMENT,** court
may issue a written ruling.

Decision on Record set for **June 4, 2014 at 2:30 p.m.**; Mr. Tucker
and Mr. de Bodo may appear telephonic.

At 4:08 p.m. court adjourned.


DATE:    May 30, 2014      DEPUTY CLERK'S INITIALS:      SDW


Revised 6/18/07