```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

         TOYUKUK, et al.         vs.         TREADWELL, et al.

BEFORE THE HONORABLE SHARON L. GLEASON   CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK: SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER: R. JOY STANCEL

APPEARANCES:     PLAINTIFF: JAMES THOMAS TUCKER, TELEPHONIC
                            ERIN C. DOUGHERTY
                            MATTHEW NEIL NEWMAN

                 DEFENDANT: AESHA R. PALLESEN
                            ELIZABETH M. BAKALAR, TELEPHONIC

PROCEEDINGS: DECISION ON RECORD FOR MOTIONS FOR SUMMARY JUDGMENT
             (DKTS 47 AND 56) HELD JUNE 4, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:33 p.m. court convened.

Court and counsel heard re court does not provide interpreters in civil cases.

Court and counsel heard re trial days to be 8:30 a.m. to 5:00 p.m. with a lunch break, miscellaneous breaks; 32 hours each side; courtroom deputy to keep daily time accounting used by each party and will provide each party accounting at the end of each day; parties to have one day to challenge time accounting before the court.

Alternative Motion to Establish Law of the Case (Dkt 47); **GRANTED**, with not the language proposed by the Division but in the manner set forth on record.

Motion for Partial Summary Judgment (Dkt 47); **DENIED**. First Motion for Summary Judgment (Dkt 56); **DENIED**. Cross Motion for Summary Judgment (Dkt 96); **DENIED**.

Any additional pretrial briefing to be included in the filing of the proposed Findings of Fact and Conclusions of Law by June 13, 2014 per Court's Pretrial Order (Dkt 45).

Court and counsel heard re real time transcript of this proceeding available.

At 3:04 p.m. court adjourned.


DATE:    June 4, 2014      DEPUTY CLERK'S INITIALS:    SDW


Revised 6/18/07