MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MIKE TOYUKAK, et al   vs.   MEAD TREADWELL, et al

BEFORE THE HONORABLE SHARON L. GLEASON   CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK: SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER: R. JOY STANCEL

APPEARANCES:   PLAINTIFF: NATALIE LANDRETH, JAMES THOMAS TUCKER, RICHARD DE BODO

DEFENDANT: MARGARET A. PATON-WALSH
AESHA R. PALLESEN
ELIZABETH M. BAKALAR, TELEPHONIC
KEVIN TODD WAKLEY, TELEPHONIC

PROCEEDINGS: STATUS HEARING HELD JUNE 19, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:35 p.m. court convened.

Court and counsel heard status re interpreters; 2 interpreters to be present during trial.

Court and counsel heard re status with Dr. Dybdahl and getting her testimony.

Court ordered both parties to file a copy of the proposed findings on a disc or email to chambers' proposed order box.

Court and counsel heard re any overlapping exhibits and clean copy/original of all the exhibits to be admitted.

Court and counsel heard re objections to exhibits.

Parties to provide, the day before, a list of exhibits that each side plans to use for the day; Both parties to file a notice and their list of exhibits for Monday by **5:00 p.m. on June 20, 2014.**

Court and counsel heard re list of witnesses and opening statements.

Continued To Page 2

DATE:   JUNE 19, 2014   DEPUTY CLERK'S INITIALS:   SDW

Revised 5-29-14

```
                    CONTINUATION - PAGE 2
        MIKE TOYUKAK, et al vs.  MEAD TREADWELL, et al
                       3:13-cv-00137-SLG
                         STATUS HEARING
                         JUNE 19, 2014
------------------------------------------------------------------
```

Court and counsel heard re plaintiff's exhibit list; Court ordered parties to meet and confer before Monday re to which exhibits are not objected to as to their admission.

Court and counsel heard re witness update.

Court and counsel heard re Motion to Use Depositions in Lieu of Live Testimony (Dkt 125); **GRANTED.**

Court and counsel heard re transcript of Mr. Augustine.

Court and counsel heard re Motion to Strike [86] (Dkt 115); **DENIED as moot.**

Court and counsel heard re issues laid out in both parties' pretrial briefs.

Witness exclusionary rule invoked.

Court and counsel heard re defendant's printout of the series of voter history and intent to add as an exhibit to the originals.

Trial by Court set for June 23, 2014 at 9:00 a.m. was **VACATED** and **RESET for June 23, 2014 at 8:30 a.m.**

At 2:21 p.m. court adjourned.

DATE:      JUNE 19, 2014      DEPUTY CLERK'S INITIALS:      SDW

Revised 5-29-14