```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

   MIKE TOYUKAK, et al         vs.     MEAD TREADWELL, et al

BEFORE THE HONORABLE SHARON L. GLEASON   CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK:   SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:   R. JOY STANCEL

APPEARANCES:    PLAINTIFF: NATALIE LANDRETH
                           JAMES THOMAS TUCKER
                           RICHARD DE BODO

                DEFENDANT: MARGARET A. PATON-WALSH
                           AESHA R. PALLESEN
                           ELIZABETH M. BAKALAR
                           KEVIN TODD WAKELY

PROCEEDINGS: TRIAL BY COURT - DAY 1 HELD JUNE 23, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened.

Court and counsel heard re plaintiff's exhibit list filed and exhibits 117, 118, 122, 123, 124, 140, 141, 142, 144, 145, 146, 147, 148, 149, 156-160, 218.

Court and counsel heard re "ADM" designation and local rule on authenticity of documents.

Court and counsel heard re defendant's exhibits HH, II; objection noted.

Court and counsel heard re exhibits without witness testimony and issue of declarations of witnesses.

Plaintiff exhibits 139, 243, 331 **ADMITTED**.

Court and counsel heard re interpreters' presence and time accounting during trial.

Opening statements heard.

                        Continued To Page 2

DATE:     JUNE 23, 2014      DEPUTY CLERK'S INITIALS:     SDW

Revised 5-29-14

```
                    CONTINUATION - PAGE 2
        MIKE TOYUKAK, et al vs.  MEAD TREADWELL, et al
                       3:13-cv-00137-SLG
                     TRIAL BY COURT - DAY 1
                        JUNE 23, 2014
-----------------------------------------------------------------
```

At 9:22 a.m. court recessed until 9:34 a.m.

Claudia Dybdahl sworn and testified as an expert on behalf of the plaintiff via video conference.

At 10:33 a.m. court recessed until 10:48 a.m.

Court and counsel heard re disclosure of State's intern.

Walkie Charles sworn and testified as an expert on behalf of the plaintiff. Plaintiff exhibit 255 **IDENTIFIED**. Plaintiff exhibits 53, 143, 256 **ADMITTED**. Defendant exhibits F, P **ADMITTED**.

At 12:10 p.m. court recessed until 1:25 p.m.

Court and counsel heard re plaintiff's power point.

Walkie Charles resumed and testified further as an expert on behalf of the plaintiff. Defendant exhibits J **IDENTIFIED**. Plaintiff exhibit 536 **IDENTIFIED**.

At 2:36 p.m. court recessed until 2:50 p.m.

Yup'ik Interpreter sworn; Annie Wassilie.

Brenda Tall sworn and testified on behalf of the plaintiff. Plaintiff exhibit 569 **IDENTIFIED**.

At 3:33 p.m. court recessed until 3:38 p.m.

Court and counsel heard re exhibits.

Brenda Tall resumed the stand and testified further on behalf of the plaintiff. Plaintiff exhibit H, J, M, S (pages 13, 71, 120, 136  only), T, U, X **ADMITTED**.

DATE:      JUNE 23, 2014       DEPUTY CLERK'S INITIALS:      SDW

Revised 5-29-14

```
                    CONTINUATION - PAGE 3
           MIKE TOYUKAK, et al vs.  MEAD TREADWELL, et al
                         3:13-cv-00137-SLG
                       TRIAL BY COURT - DAY 1
                          JUNE 23, 2014
------------------------------------------------------------------
```
Court and counsel heard re exhibits for tomorrow; Parties to file list of exhibits or email to chambers by tonight.

At 5:18 p.m. court recessed this matter to reconvene Tuesday, **June 24, 2014 at 8:30 a.m.**

DATE:＿＿＿JUNE 23, 2014＿＿＿ DEPUTY CLERK'S INITIALS:＿＿＿SDW＿＿＿

Revised 5-29-14