```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

   MIKE TOYUKAK, et al          vs.    MEAD TREADWELL, et al

BEFORE THE HONORABLE SHARON L. GLEASON  CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK:    SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:    R. JOY STANCEL

APPEARANCES:    PLAINTIFF: NATALIE LANDRETH
                           JAMES THOMAS TUCKER
                           RICHARD DE BODO
                           KESLIE KANDT

                DEFENDANT: MARGARET A. PATON-WALSH
                           AESHA R. PALLESEN
                           ELIZABETH M. BAKALAR
                           KEVIN TODD WAKELY

PROCEEDINGS: TRIAL BY COURT - DAY 2 HELD JUNE 24, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened.

Court and counsel heard re coffee in courtroom.

Court and counsel heard re exhibits and plaintiff's declarations of witnesses.

Brenda Tall resumed the stand and testified further on behalf of the plaintiff. Plaintiff exhibits 537, 570 **ADMITTED**. Defendant exhibits I, O (pages 1-25) **ADMITTED**.

Vincent Joseph Evone Nicketa sworn and testified on behalf of the plaintiff.

At 9:50 a.m. court recessed until 10:02 a.m.

Vincent Joseph Evone Nicketa resumed the stand and testified further on behalf of the plaintiff. Defendant exhibit W (pages 42, 75) **IDENTIFIED**. Defendant exhibit E, K, S (pages 27, 47, 65, 87, 104, 114) **ADMITTED**.

Continued To Page 2

DATE:    JUNE 24, 2014    DEPUTY CLERK'S INITIALS:    SDW

Revised 5-29-14

CONTINUATION - PAGE 2
MIKE TOYUKAK, et al vs. MEAD TREADWELL, et al
3:13-cv-00137-SLG
TRIAL BY COURT - DAY 2
JUNE 24, 2014
---

At 10:58 a.m. court recessed until 11:08 a.m.

Irene L. Camille sworn and testified on behalf of the plaintiff. Plaintiff exhibit 357 **IDENTIFIED**. Defendant exhibit V (first page) **IDENTIFIED**. Plaintiff exhibit 569 **ADMITTED**. Defendant exhibits S (pages 75, 96, 109) **ADMITTED**.

At 12:11 p.m. court recessed until 1:17 p.m.

Irene L. Camille resumed the stand and testified further on behalf of the plaintiff. Defendant exhibit W (page 84) **ADMITTED**.

Yup'ik Interpreter previously sworn; Annie Wassilie.

Mike Toyukak sworn and testified on behalf of the plaintiff. Defendant exhibits Z, EE, MM **ADMITTED**.

At 2:37 p.m. court recessed until 2:52 p.m.

Frank Logusak sworn and testified on behalf of the plaintiff. Plaintiff exhibit 109 **IDENTIFIED**. Plaintiff exhibit 106 **ADMITTED**.

At 3:25 p.m. court recessed until 3:29 p.m.

Court and counsel heard re Plaintiff exhibit 109; **ADMITTED**.

Frank Logusak resumed the stand and testified further on behalf of the plaintiff.

At 3:58 p.m. court recessed until 4:06 p.m.

Yup'ik Interpreter sworn; Mary Evans.

Nick Andrew, Sr. sworn and testified on behalf of the plaintiff.

At 4:29 p.m. court recessed until 4:46 p.m.

Continued To Page 3

DATE: JUNE 24, 2014    DEPUTY CLERK'S INITIALS: SDW

Revised 5-29-14

```
                    CONTINUATION - PAGE 3
         MIKE TOYUKAK, et al vs.  MEAD TREADWELL, et al
                       3:13-cv-00137-SLG
                     TRIAL BY COURT - DAY 2
                         JUNE 24, 2014
----------------------------------------------------------------
```
Court and counsel heard re plaintiff's Application to Appear Pro Hac Vice by Keslie Kandt.

Cecelia Andrews sworn and testified on behalf of the plaintiff.

At 5:16 p.m. court recessed this matter to reconvene Tuesday, **June 25, 2014 at 8:30 a.m.**

DATE:＿＿＿JUNE 24, 2014＿＿＿ DEPUTY CLERK'S INITIALS:＿＿＿SDW＿＿＿

Revised 5-29-14