**A M E N D E D**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MIKE TOYUKAK, et al    vs.    MEAD TREADWELL, et al

BEFORE THE HONORABLE SHARON L. GLEASON   CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK:   SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:   R. JOY STANCEL

APPEARANCES:   PLAINTIFF:   NATALIE LANDRETH
                            JAMES THOMAS TUCKER
                            RICHARD DE BODO
                            KESLIE KANDT

                DEFENDANT: MARGARET A. PATON-WALSH
                            AESHA R. PALLESEN
                            ELIZABETH M. BAKALAR
                            KEVIN TODD WAKELY

PROCEEDINGS: TRIAL BY COURT - DAY 3 HELD JUNE 25, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened.

Court and counsel heard re local rule 83.3.

Court and counsel heard re scheduling of plaintiff's witnesses and deposition of Mr. Augustine.

Eddie Frank sworn and testified on behalf of the plaintiff. Plaintiff exhibit 571 **ADMITTED**.

At 9:33 a.m. court recessed until 9:47 a.m.

Allan Hayton sworn and testified on behalf of the plaintiff.

At 10:53 a.m. court recessed until 1:34 p.m.

Dorie Wassilie sworn and testified on behalf of the plaintiff. Plaintiff exhibits 58, 173, 194, 196, 460 **ADMITTED**.

At 2:20 p.m. court recessed until 2:26 p.m.

Continued To Page 2

DATE:   JUNE 26, 2014      DEPUTY CLERK'S INITIALS:   SDW

Revised 5-29-14

**A M E N D E D**
CONTINUATION - PAGE 2
MIKE TOYUKAK, et al vs. MEAD TREADWELL, et al
3:13-cv-00137-SLG
TRIAL BY COURT - DAY 3
JUNE 25, 2014
---

Dorie Wassilie resumed the stand and testified further on behalf of the plaintiff. Defendant exhibit KK **IDENTIFIED**. Plaintiff exhibit 191, 193, 208, 357 **ADMITTED**.

At 3:22 p.m. court recessed until 3:40 p.m.

Dorie Wassilie resumed the stand and testified further on behalf of the plaintiff. Plaintiff exhibits 209, 247, 248, 467 **ADMITTED**.

Court and counsel heard concerns re numerous exhibits and filing of notice of exhibits the day before.

Court and counsel heard re trial scheduling and witnesses.

At 4:13 p.m. court recessed until 4:30 p.m.

Court and counsel heard re witnesses and trial scheduling.

At 4:33 p.m. court recessed this matter to reconvene Thursday**\***, **June 26, 2014 at 8:30 a.m.**

DATE:    JUNE 26, 2014      DEPUTY CLERK'S INITIALS:    SDW

Revised 5-29-14