**A M E N D E D**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

MIKE TOYUKAK, et al    vs.    MEAD TREADWELL, et al

BEFORE THE HONORABLE SHARON L. GLEASON  CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK:   SUZANNETTE DAVID-WATERS / CAROLINE EDMISTON

OFFICIAL REPORTER:   R. JOY STANCEL

APPEARANCES:   PLAINTIFF: NATALIE LANDRETH
                          JAMES THOMAS TUCKER
                          RICHARD DE BODO
                          KESLIE KANDT

               DEFENDANT: MARGARET A. PATON-WALSH
                          AESHA R. PALLESEN
                          ELIZABETH M. BAKALAR
                          KEVIN TODD WAKLEY

PROCEEDINGS: TRIAL BY COURT - DAY 4 HELD JUNE 26, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:38 a.m. court convened.

Court and counsel heard re plaintiff's Notice of Unavailability of Witness (Dkt 166).

Court ordered plaintiff to make efforts, beginning immediately, to subpoena Witness Jackson for 8:30 a.m. Monday, June 30, 2014.

Edna Rae Baker sworn and testified on behalf of the plaintiff. Plaintiff exhibits 6, 37 **IDENTIFIED**. Plaintiff exhibit 321 **ADMITTED**.

At 9:57 a.m.**\*** court recessed until 10:20 a.m.

Edna Rae Baker resumed the stand and testified further on behalf of the plaintiff. Plaintiff exhibits 24, 429, 430 **IDENTIFIED**. Defendant exhibit KK **IDENTIFIED**. Plaintiff exhibits 49 (Bates 5846, 5847), 373, 377, 433 (Bates 17878 for limited purpose) **ADMITTED**.

Continued To Page 2

DATE:    JUNE 27, 2014    DEPUTY CLERK'S INITIALS:    SDW

Revised 5-29-14

```
                         A M E N D E D
                      CONTINUATION - PAGE 2
                 MIKE TOYUKAK, et al vs.  MEAD TREADWELL, et al
                           3:13-cv-00137-SLG
                       TRIAL BY COURT - DAY 4
                           JUNE 26, 2014
----------------------------------------------------------------
```

At 11:10 a.m. court recessed until 11:21 a.m.

Edna Rae Baker resumed the stand and testified further on behalf of the plaintiff. Plaintiff exhibit 433 (Bates 17881) **IDENTIFIED**. Plaintiff exhibits 27 (page 1), 456 **ADMITTED**.

Court and counsel heard re plaintiff exhibits 221, 222, 223, 224, 225, 226, 227, 228, 229, 230; **ADMITTED**. Court ordered the plaintiff to prepare new revised charts as to plaintiff exhibits 221-230.

Court and counsel heard re plaintiff exhibits 217, 219, 220 re cds; **ADMITTED**; Court reserved ruling re charts to the exhibits.

At 12:08 p.m. court recessed until 1:18 p.m.

Court and counsel heard re defendant's Response in Opposition re First Motion for Summary Judgment (Dkt 69) re plaintiff's exhibits 217, 219, 220.

Court and counsel heard re plaintiff exhibits 78, 171, 172, 338, 356, 369, 371, 372, 391, 395, 399, 409, 410, 413, 417, 424, 425, 426, 427, 428, 439, 444, 448, 453, 454; **ADMITTED**.

Counsel heard court's disclosure re law clerk.

Dorie Wassilie resumed the stand and testified further on behalf of the plaintiff. Defendant exhibits O (pages 26-31, 41-64), Q, AA, BB (pages 35-42) **ADMITTED**.

At 2:07 p.m. court recessed until 2:20 p.m.

Shelly Growden sworn and testified on behalf of the plaintiff.

Court and counsel heard re access to Mr. Jackson's personnel records.

                        Continued To Page 3

DATE:      JUNE 27, 2014       DEPUTY CLERK'S INITIALS:      SDW

Revised 5-29-14

**A M E N D E D**
CONTINUATION - PAGE 3
MIKE TOYUKAK, et al vs. MEAD TREADWELL, et al
3:13-cv-00137-SLG
TRIAL BY COURT - DAY 4
JUNE 26, 2014
------------------------------------------------------------------

At 2:59 p.m. court recessed until 3:03 p.m.

Court deferred ruling re access to Mr. Jackson's personnel records.

Shelly Growden resumed the stand and testified further on behalf of the plaintiff. Plaintiff exhibit 23 **IDENTIFIED**. Plaintiff exhibits 11, 14 (5855, 5856, 6112, 6125, 6612, 6613), 86, 89, 91, 169 **ADMITTED**. Defendant exhibit G **ADMITTED**.

At 4:00 p.m. court recessed until 4:16 p.m.

Shelly Growden resumed the stand and testified further on behalf of the plaintiff. Plaintiff exhibits 175, 177, 180, 250, 252, 253, 316, 330, 376, 390, 403, 404, 421 **ADMITTED**.

Court and counsel heard re witness testimony of Mr. Augustine, defendant's response to charts, witness scheduling and trial scheduling.

At 5:09 p.m. court recessed this matter to reconvene Friday, **June 27, 2014 at 8:30 a.m.**


DATE:     JUNE 27, 2014     DEPUTY CLERK'S INITIALS:     SDW

Revised 5-29-14