```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

   MIKE TOYUKAK, et al          vs.      MEAD TREADWELL, et al

BEFORE THE HONORABLE SHARON L. GLEASON   CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK:    SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:    R. JOY STANCEL

APPEARANCES:    PLAINTIFF: NATALIE LANDRETH
                           JAMES THOMAS TUCKER
                           RICHARD DE BODO
                           KESLIE KANDT

                DEFENDANT: MARGARET A. PATON-WALSH
                           AESHA R. PALLESEN
                           ELIZABETH M. BAKALAR

PROCEEDINGS: TRIAL BY COURT - DAY 6 HELD JUNE 30, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:33 a.m. court convened.

Court and counsel heard re plaintiff exhibits 356 and 386; official record reflected plaintiff exhibit 386 was **ADMITTED.**

Michael Bryan Jackson sworn and testified on behalf of the plaintiff. Defendant exhibit CC (pages 14-17, 19-21) **ADMITTED.**

At 9:20 a.m. court recessed until 9:34 a.m.

Court and counsel heard re defendant's oral motion to exclude plaintiff exhibits as reference to Dr. McCool's testimony; Plaintiff exhibits 12, 23, 43, 58, 106, 125, 132, 155, 171, 175, 177, 194, 201, 210, 217-230, 247, 248, 251, 252, 255, 300, 325, 326, 330, 338, 342, 347, 357, 358, 403, 404, 421, 434, 472, 505, 524, 526, 527, 538, 562, 563, 564, 565, 568; **GRANTED.**

Daniel Craig McCool sworn and testified on behalf of the plaintiff. Plaintiff exhibit 151 **IDENTIFIED.** Plaintiff exhibits 150, 558 **ADMITTED.**

At 10:58 a.m. court recessed until 11:13 a.m.

                         Continued To Page 2

DATE:     JUNE 30, 2014      DEPUTY CLERK'S INITIALS:      SDW

Revised 5-29-14

CONTINUATION - PAGE 2
MIKE TOYUKAK, et al vs. MEAD TREADWELL, et al
3:13-cv-00137-SLG
TRIAL BY COURT - DAY 6
JUNE 30, 2014

---

Daniel Craig McCool resumed the stand and testified further on behalf of the plaintiff. Plaintiff exhibit 568 **IDENTIFIED**. Plaintiff exhibit 525 **ADMITTED**.

Court and counsel heard re plaintiff exhibit 356; **WITHDRAWN**.

At 11:55 a.m. court recessed until 1:33 p.m.

Daniel Craig McCool resumed the stand and testified further on behalf of the plaintiff. Plaintiff exhibits 151, 178 **ADMITTED**.

At 2:54 p.m. court recessed until 3:10 p.m.

Daniel Craig McCool resumed the stand and testified further on behalf of the plaintiff.

Court and counsel heard re plaintiff's renewed oral motion for judicial notice as to plaintiff exhibit 568; Court reserved ruling. Court ordered plaintiff to file redacted versions with relevant portion(s) of plaintiff exhibit 568 by close of business on **July 1, 2014.**

Court and counsel heard re plaintiff exhibits 342, 350, 352, 355, 567; **ADMITTED**. Plaintiff exhibit 322; Court reserved ruling.

Plaintiff rested.

Court and counsel heard re defendant's oral motion for dismissal as to Count 2 under 52(c) and dismissal of Arctic Village and Hooper Bay under 41(b); Court reserved ruling.

Shelly Growden resworn and testified on behalf of the defendant. Plaintiff exhibits 353, 354 **ADMITTED**. Defendant exhibits A, C, DD, GG **ADMITTED**. Defendant exhibit BB; Court reserved ruling.

Court and counsel heard re trial scheduling.

At 5:02 p.m. court recessed this matter to reconvene Tuesday, **July 1, 2014 at 8:30 a.m.**

DATE:     JUNE 30, 2014     DEPUTY CLERK'S INITIALS:     SDW

Revised 5-29-14