```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

   MIKE TOYUKAK, et al        vs.     MEAD TREADWELL, et al

BEFORE THE HONORABLE SHARON L. GLEASON  CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK:    SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:    R. JOY STANCEL

APPEARANCES:    PLAINTIFF: NATALIE LANDRETH
                           JAMES THOMAS TUCKER
                           RICHARD DE BODO
                           KESLIE KANDT

                DEFENDANT: MARGARET A. PATON-WALSH
                           AESHA R. PALLESEN
                           ELIZABETH M. BAKALAR
                           KEVIN TODD WAKLEY

PROCEEDINGS: TRIAL BY COURT - DAY 7 HELD JULY 1, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:31 a.m. court convened.

Court and counsel heard re plaintiff exhibit 322 (without the two incomplete emails) **ADMITTED**; Defendant exhibit BB **DENIED without prejudice**.

Court and counsel heard re plaintiff exhibit 568, redacted version of surveys; defendant to review by tomorrow.

Arguments heard re defendant's oral motion for dismissal as to Count 2 under 52(c) and dismissal of Arctic Village and Hooper Bay under 41(b); matters taken **UNDER ADVISEMENT.**

Court and counsel heard re update re Mr. Augustine; parties waiting for transcript.

Shelly Growden resumed the stand and testified further on behalf of the defendant. Defendant exhibit BB (pages 1-10, limited purpose) **ADMITTED.**

At 9:10 a.m. court recessed until 9:16 a.m.

                        Continued To Page 2

DATE:     JULY 1, 2014        DEPUTY CLERK'S INITIALS:      SDW

Revised 5-29-14

CONTINUATION - PAGE 2
MIKE TOYUKAK, et al vs. MEAD TREADWELL, et al
3:13-cv-00137-SLG
TRIAL BY COURT - DAY 7
JULY 1, 2014
----------------------------------------------------------------

Shelly Growden resumed the stand and testified further on behalf of the defendant. Defendant exhibits V (page 15), W (page 1) **IDENTIFIED**. Defendant exhibits S (remaining pages for limited purpose), Y, BB (pages 13-33, 45-52 (limited purpose)), CC (pages 1-13), FF **ADMITTED**.

At 10:12 a.m. court recessed until 10:32 a.m.

Court and counsel heard re defendant's exhibit BB (pages 35-42) admitted for limited purpose.

Shelly Growden resumed the stand and testified further on behalf of the defendant. Plaintiff exhibit 327 **IDENTIFIED**. Plaintiff exhibit 526 **ADMITTED**.

Counsel heard re court's ruling re defendant's oral 41(b) motion; **DENIED**.

Court and counsel heard re trial scheduling.

At 12:01 p.m. court recessed until 2:02 p.m.

Shelly Growden resumed the stand and testified further on behalf of the defendant. Plaintiff exhibits 5, 6 **ADMITTED**.

Court and counsel heard re admitted plaintiff exhibit 322.

At 2:23 p.m. court recessed until 2:44 p.m.

Shelly Growden resumed the stand and testified further on behalf of the defendant. Plaintiff exhibits 186, 254, 322 (pages 16-20), 433 (17872, 17873, 17874, 17880, 17881, 22505) **IDENTIFIED**.

Court ordered plaintiff to file a notice to cross reference defendant exhibit BB by Thursday, **July 3, 2014**.

At 3:31 p.m. court recessed until 3:41 p.m.

Continued To Page 3

DATE:_____JULY 1, 2014_____ DEPUTY CLERK'S INITIALS:_____SDW_____

Revised 5-29-14

```
                    CONTINUATION - PAGE 3
           MIKE TOYUKAK, et al vs. MEAD TREADWELL, et al
                        3:13-cv-00137-SLG
                      TRIAL BY COURT - DAY 7
                          JULY 1, 2014
```
--------------------------------------------------------------------
Becka Baker resworn and testified on behalf of the defendant.
Plaintiff exhibit 471 **ADMITTED.** Defendant exhibit V **ADMITTED.**

Defendant exhibit W **ADMITTED conditionally;** Court ordered defendant to provide plaintiff a packet for review re defendant exhibit W with certificates signed by a poll worker and/or by the Region IV Office.

Court and counsel heard re trial scheduling.

At 5:01 p.m. court recessed this matter to reconvene Wednesday, **July 2, 2014 at 8:30 a.m.**

DATE:_____JULY 1, 2014_____ DEPUTY CLERK'S INITIALS:_____SDW_____

Revised 5-29-14