MIKE TOYUKAK, et al  vs.  MEAD TREADWELL, et al

BEFORE THE HONORABLE SHARON L. GLEASON  CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK:  SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:  R. JOY STANCEL

APPEARANCES:    PLAINTIFF: NATALIE LANDRETH
                     JAMES THOMAS TUCKER
                     RICHARD DE BODO
                     KESLIE KANDT

               DEFENDANT: MARGARET A. PATON-WALSH
                     AESHA R. PALLESEN
                     ELIZABETH M. BAKALAR
                     KEVIN TODD WAKLEY

PROCEEDINGS: TRIAL BY COURT - DAY 8 HELD JULY 2, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:37 a.m. court convened.

Court and counsel heard re plaintiff exhibit 322, defendant exhibit W and defendant's objection to portions of plaintiff exhibit 568.

Becka Baker resumed the stand and testified further on behalf of the defendant. Plaintiff exhibits 25, 299, 388 **IDENTIFIED**. Plaintiff exhibits 57, 322 (20182, 20183, 20184, 20185, 20186, 20187, 20188, 20189) **ADMITTED.**

At 9:57 a.m. court recessed until 10:17 a.m.

Court and counsel heard re plaintiff exhibit CC.

Becka Baker resumed the stand and testified further on behalf of the defendant. Plaintiff exhibit 25 **IDENTIFIED.**

Alice Mary Fredson sworn and testified on behalf of the defendant.

Continued To Page 2

DATE:   JULY 2, 2014   DEPUTY CLERK'S INITIALS:   SDW

Revised 5-29-14

```
                    CONTINUATION - PAGE 2
            MIKE TOYUKAK, et al vs.  MEAD TREADWELL, et al
                         3:13-cv-00137-SLG
                       TRIAL BY COURT - DAY 8
                            JULY 2, 2014
---------------------------------------------------------------
```

At 10:32 a.m. court recessed until 10:52 a.m.

Alice Mary Fredson resumed the stand and testified further on behalf of the defendant. Defendant exhibit R (pages 7, 8, 9, 15, 23) **IDENTIFIED**. Defendant exhibit R (page 5) **ADMITTED**.

Oscar Alexie sworn and testified on behalf of the defendant. Defendant exhibit R (page 2) **IDENTIFIED**.

At 11:57 a.m. court recessed until 1:35 p.m.

Oscar Alexie resumed the stand and testified further on behalf of the defendant. Plaintiff exhibit 573 **IDENTIFIED**. Plaintiff exhibit 185 **ADMITTED**. Defendant exhibit R (page 2) **ADMITTED**.

Gail Fenumiai sworn and testified on behalf of the defendant. Defendant exhibit B **IDENTIFIED**. Defendant exhibit JJ **ADMITTED**.

At 3:03 p.m. court recessed until 3:26 p.m.

Frank Chingliak sworn and testified on behalf of the defendant. Defendant R (pages 3, 7) **ADMITTED**.

Court and counsel heard re defendant's census data re 3 communities and defendant exhibit B to be redacted.

Gail Fenumiai resumed the stand and testified further on behalf of the defendant. Defendant exhibit B **IDENTIFIED**.

Court and counsel heard re trial scheduling and closing arguments.

At 5:08 p.m. court recessed this matter to reconvene Thursday, **July 3, 2014 at 9:30 a.m.**

DATE:      JULY 2, 2014        DEPUTY CLERK'S INITIALS:      SDW

Revised 5-29-14