MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TOYUKAK, et al.    vs.    TREADWELL, et al.

BEFORE THE HONORABLE SHARON L. GLEASON   CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK: SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER: NOT PRESENT

APPEARANCES:   PLAINTIFF: NATALIE A. LANDRETH
                          ERIN C. DOUGHERTY
                          MATTHEW NEIL NEWMAN
                          RICHARD de BODO, TELEPHONIC

               DEFENDANT: AESHA R. PALLESEN
                          MARGARET A. PATON-WALSH
                          ELIZABETH M. BAKALAR, TELEPHONIC
                          KEVIN TODD WAKLEY, TELEPHONIC

PROCEEDINGS: EXHIBIT DISPUTE HEARING HELD JULY 11, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:30 p.m. court convened.

Court and counsel heard re exhibits marked ADM and draft stipulation not formally filed with the court.

Court and counsel heard re discussion of exhibits marked ADM at Final Pretrial Conference and Local Rule 39.3.

Court and counsel heard re plaintiffs' thoughts that certain exhibits were actively discussed by parties and were not formally moved in because counsel thought exhibit had been admitted on the stipulation; Court ordered plaintiff to file a notice identifying the time when discussions/statements were made by who re each exhibit in question by **July 14, 2014**.

Arguments heard.

Court and counsel heard re exhibits that were draft stipulated to with conditions; Plaintiff exhibits 53, 57, 78, 109, 185, 243, 253, 331, 350, 352, 353, 354, 357, 369, 526, 540 were on the stipulation and were formally moved into evidence.

Court to issue a written ruling re disputed exhibits.

Court and counsel heard re power point during plaintiff's closing argument and plaintiff to file a notice re an issue with a witness.

At 1:51 p.m. court adjourned.

DATE:   July 11, 2014    DEPUTY CLERK'S INITIALS:   SDW

Revised 6/18/07