IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MIKE TOYUKAK, et al.,

        Plaintiffs,

  v.

MEAD TREADWELL, et al.,

        Defendants.

Case No. 3:13-cv-00137-SLG

## ORDER RE DISPUTED EXHIBITS

After the bench trial in this matter concluded, Plaintiffs sought to have five exhibits added to the list of admitted exhibits in the case (Docket 199). Defendants oppose (Docket 193).

Although Local Rule 39.3(a)(5) provides that "[e]xhibits marked (ADM)" at the exhibit review meeting "are evidence, without need for foundation or further offer at trial," that rule also provides that it applies "[e]xcept as may be otherwise ordered by the court." *See* Rule 39.3(a). In this case, the Court otherwise ordered at the Final Pretrial Conference that was held in this case on June 19, 2014, informing the parties that exhibits marked ADM would still need to be formally moved into evidence on record and admitted on record by the Court. (*See* Transcript, Docket 206, at 6, 7, 11-14). And the Court instructed the parties that all admitted exhibits were to be left on the table in the well of the courtroom so as to be accessible to both parties throughout the trial. (Docket 206 at 7).

Both parties followed this procedure throughout the trial, formally moving many, many exhibits into evidence on the record, and then leaving those admitted exhibits on the courtroom table. The five exhibits that Plaintiffs seek to add to the exhibit list were

not moved into evidence on the record during trial, and were not placed on the courtroom table as admitted exhibits. Both parties had access to the Court Clerk's exhibit list throughout the trial, and were repeatedly encouraged by the Court to raise any exhibit issues as necessary on record. But at no point did Plaintiffs avail themselves of this until after the trial had concluded.

Further, while Plaintiffs assert these exhibits were discussed during the trial, the cited portions of the record indicate that while the fact that these exhibits had been written was testified to at trial, the exhibits themselves were not identified on the record and their content not meaningfully discussed at trial. For the foregoing reasons, Exhibits 422, 524, 527 and 530 will not be added to the exhibit list.

Exhibit 9 is an excerpt from the Federal Register. Although it will not be added to the exhibit list, it may be considered and referenced by the Court, just as any other Federal Register provision or other regulation, statute or case law may be.

DATED this 22nd day of July, 2014.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

3:13-cv-00137-SLG, *Toyukak, et al. v. Treadwell, et al.*
Order re Disputed Exhibits
Page 2 of 2
Case 3:13-cv-00137-SLG   Document 207   Filed 07/22/14   Page 2 of 2