```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

  MIKE TOYUKAK, et al.          vs.     MEAD TREADWELL, et al.

BEFORE THE HONORABLE SHARON L. GLEASON  CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK: SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER: R. JOY STANCEL

APPEARANCES:    PLAINTIFF: NATALIE A. LANDRETH
                           ERIN C. DOUGHERTY
                           MATTHEW NEIL NEWMAN
                           JAMES THOMAS TUCKER, TELEPHONIC
                           RICHARD de BODO, TELEPHONIC
                           SYLVIA OLA SEMPER, TELEPHONIC

                DEFENDANT: AESHA R. PALLESEN
                           MARGARET A. PATON-WALSH
                           ELIZABETH M. BAKALAR, TELEPHONIC
                           KEVIN TODD WAKLEY, TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE HELD SEPTEMBER 3, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:35 a.m. court convened.

Counsel heard Court's partial decision associated with the upcoming general election.

Court to issue a written decision to follow to address all issues.

Defendants to file a proposal on interim remedies by close of business on **September 5, 2014**; Plaintiffs' response due by close of business on **September 10, 2014**.

Court and counsel heard re parties' filed proposed Findings of Fact and Conclusions of Law; Court ordered parties to file amended proposed findings interlineating changes and include citations to admitted evidence by close of business **September 24, 2014.**

At 11:08 a.m. court adjourned.



DATE:   September 3, 2014    DEPUTY CLERK'S INITIALS:    SDW


Revised 6/18/07