IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al., <br><br>　　　　　　　Plaintiffs, <br>　　v. <br>MEAD TREADWELL, et al., <br><br>　　　　　　　Defendants. | <br><br><br><br><br><br><br>Case No. 3:13-cv-00137-SLG |

### ORDER

The Court has received and begun review of the Defendants' Comprehensive Report Detailing Compliance (Docket 230), and requests that the Plaintiffs file a response to that report within 28 days of the date of this Order.

The Court further directs that the parties promptly meet and confer to discuss whether a global or partial settlement of this litigation is attainable at this juncture. The Plaintiffs shall be responsible for arranging this conference; at least one attorney for the Plaintiffs and one attorney for the Defendants shall be present in person at this conference. After the conference, and no later than 28 days from the date of this Order, the parties shall submit a joint status report to the Court that simply indicates whether or not a global or partial settlement is presently attainable; the status report to the Court shall not contain any discussion of the parties' substantive positions on a possible settlement.

DATED this 4th day of December, 2014, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE