CRAIG W. RICHARDS
ATTORNEY GENERAL

Elizabeth M. Bakalar (Alaska Bar No. 0606036)
Margaret Paton-Walsh (Alaska Bar No. 0411074)
Aesha R. Pallesen (Alaska Bar No. 1205021)
Kevin T. Wakley (Alaska Bar No. 1405019)
Assistant Attorneys General
P.O. Box 110300
Juneau, AK  99811
Phone: 907.465.3600
Fax: 907.465.2520
Email:  libby.bakalar@alaska.gov
  margaret.paton-walsh@alaska.gov
  aesha.pallesen@alaska.gov
  kevin.wakley@alaska.gov

*Attorneys for all Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MEAD TREADWELL, et al.,<br><br>Defendants. | Case No.: 3:13-cv-00137-SLG<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ENGAGE IN SETTLEMENT DISCUSSIONS** |

At Docket 235, the Court ordered the parties to meet and confer regarding global or partial settlement of the remainder of this litigation. The parties have conferred

*Toyukak v. Treadwell*   Case No. 3:13-cv-00137-SLG
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ENGAGE IN SETTLEMENT DISCUSSIONS   Page 1 of 3

Case 3:13-cv-00137-SLG   Document 236   Filed 12/10/14   Page 1 of 3

for the purposes of scheduling that conference, and have concluded that additional time

is needed to conduct meaningful settlement discussions. Between the upcoming holidays,

key personnel on leave, and the transition to a new executive administration,

the current conference deadline of January 2 is not realistic for productive negotiations.

Accordingly, defendants respectfully request a 30-day extension of the deadline

for the settlement conference to February 2, 2015. Defendants have consulted with

plaintiffs, who do not oppose this motion.

DATED: December 10, 2014.

    CRAIG W. RICHARDS
    ATTORNEY GENERAL

By: s/Elizabeth M. Bakalar
    Elizabeth M. Bakalar
    Assistant Attorney General
    Alaska Bar No. 0606036

By: s/Margaret Paton-Walsh
    Margaret Paton-Walsh
    Assistant Attorney General
    Alaska Bar No. 0411074

By: s/Aesha R. Pallesen
    Aesha R. Pallesen
    Assistant Attorney General
    Alaska Bar No. 1205021

By: s/Kevin T. Wakley
    Kevin T. Wakley
    Assistant Attorney General
    Alaska Bar No. 1405019

*Attorneys for Defendants*

*Toyukak v. Treadwell*      Case No. 3:13-cv-00137-SLG
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ENGAGE IN SETTLEMENT DISCUSSIONS      Page 2 of 3

Case 3:13-cv-00137-SLG   Document 236   Filed 12/10/14   Page 2 of 3

## Certificate of Service

I hereby certify that on December 10, 2014 copies of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ENGAGE IN SETTLEMENT DISCUSSIONS AND PROPOSED ORDER** were served electronically on the following parties of record pursuant to the Court's electronic filing procedures:

Natalie A. Landreth &
Erin C. Dougherty
Matthew Newman
c/o Native American Rights Fund
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
landreth@narf.org
dougherty@narf.org
mnewman@narf.org

James Thomas Tucker &
Sylvia O. Semper
c/o Wilson, Elser, Moskowitz, Edlemen, & Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
james.tucker@wilsonelser.com
sylvia.semper@wilsonelser.com

Richard de Bodo
BINGHAM McCUTCHEN LLP
1601 Cloverfiled Blvd., Suite 2050 North
Santa Monica, CA 99404-2055
rich.debodo@bingham.com

s/Elizabeth M. Bakalar

*Toyukak v. Treadwell*                                               Case No. 3:13-cv-00137-SLG
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ENGAGE IN SETTLEMENT DISCUSSIONS                          Page 3 of 3

Case 3:13-cv-00137-SLG   Document 236   Filed 12/10/14   Page 3 of 3