CRAIG W. RICHARDS
ATTORNEY GENERAL

Elizabeth M. Bakalar (Alaska Bar No. 0606036)
Margaret Paton-Walsh (Alaska Bar No. 0411074)
Aesha R. Pallesen (Alaska Bar No. 1205021)
Kevin T. Wakley (Alaska Bar No. 1405019)
Assistant Attorneys General
P.O. Box 110300
Juneau, AK  99811
Phone: 907.465.3600
Fax: 907.465.2520
Email:    libby.bakalar@alaska.gov
          margaret.paton-walsh@alaska.gov
          aesha.pallesen@alaska.gov
          kevin.wakley@alaska.gov

*Attorneys for all Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MEAD TREADWELL, et al.,<br><br>　　　　Defendants. | Case No.: 3:13-cv-00137-SLG<br><br>**MAY 18TH STATUS REPORT** |

Pursuant to the Court's Order for Supplemental Status Report at Docket 261, the parties continue to actively work on settlement of this matter. Defendants are awaiting Plaintiffs' proposal on a specific dispositive issue, and that is expected by Wednesday,

May 20, 2015. As noted in the Joint Response to Court Order at Docket 260, "the parties appear[] to be largely in agreement, except for one major outstanding issue and possibly some smaller details." Defendants will promptly evaluate Plaintiffs' proposal as to the dispositive issue, and attempt to resolve it, so that the remainder of settlement negotiations may proceed. While this one major issue is being worked out, the parties have exchanged a draft settlement order and are working on the details of that at the same time.

Please note that this morning all state employees received a message from Governor Walker stating that non-critical state employees may be laid off beginning July 1 if the Legislature does not pass a fully-funded budget. This may affect the timing of ongoing settlement negotiations. In the meantime, the parties intend to continue working in good faith to settle the case in full.

DATED: May 18, 2015.

        CRAIG W. RICHARDS
        ATTORNEY GENERAL

        By: s/Elizabeth M. Bakalar
            Elizabeth M. Bakalar
            Assistant Attorney General
            Alaska Bar No. 0606036

        By: s/Margaret Paton-Walsh
            Margaret Paton-Walsh
            Assistant Attorney General
            Alaska Bar No. 0411074

By: s/Aesha R. Pallesen
    Aesha R. Pallesen
    Assistant Attorney General
    Alaska Bar No. 1205021

By: s/Kevin T. Wakley
    Kevin T. Wakley
    Assistant Attorney General
    Alaska Bar No. 1405019

*Attorneys for Defendants*

## Certificate of Service

I hereby certify that on May 18, 2015 copies of the foregoing **MAY 18TH STATUS REPORT** was served electronically on the following parties of record pursuant to the Court's electronic filing procedures:

Natalie A. Landreth &
Erin C. Dougherty
Matthew Newman
c/o Native American Rights Fund
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
landreth@narf.org
dougherty@narf.org
mnewman@narf.org

James Thomas Tucker &
Sylvia O. Semper
c/o Wilson, Elser, Moskowitz, Edlemen, & Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
james.tucker@wilsonelser.com
sylvia.semper@wilsonelser.com

Richard de Bodo
BINGHAM McCUTCHEN LLP
1601 Cloverfiled Blvd., Suite 2050 North
Santa Monica, CA 99404-2055
rich.debodo@bingham.com

s/Elizabeth M. Bakalar

*Toyukak v. Treadwell*
MAY 18TH STATUS REPORT

Case No. 3:13-cv-00137-SLG
Page 4 of 4

Case 3:13-cv-00137-SLG   Document 262   Filed 05/18/15   Page 4 of 4