NATALIE A. LANDRETH (Bar No. 0405020)
ERIN C. DOUGHERTY (Bar No. 0811067)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: 907.276.0680
Facsimile: 907.276.2466
Email: landreth@narf.org
       dougherty@narf.org

JAMES T. TUCKER (*pro hac vice*)
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
Email: jtucker@armstrongteasdale.com

RICHARD DE BODO (*pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1601 Cloverfield Boulevard, Suite 2050 North
Santa Monica, California 90404
Telephone: 310.255.9055
Facsimile: 310.907.2055
Email: rich.debodo@morganlewis.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MIKE TOYUKAK, et al., | Case No.: 3:13-cv-00137-SLG |
| Plaintiffs, | |
| vs. | **SUPPLEMENTAL STATUS REPORT IN RESPONSE TO ORDER AT DOCKET 263** |
| MEAD TREADWELL, et al., | |
| Defendants. | |

Pursuant to the Court's Order for Supplemental Status Report at Docket 263, the parties continue to actively work on settlement of this matter.[1] The Parties appear to be close to an agreement on the specific dispositive issue identified in the Status Reports at Dockets 260 and 262.

---

[1] The Parties apologize for any inconvenience caused by their untimely filing of this Supplemental Status Report. The delay was caused, in part, by the Parties' continuing efforts to resolve the specific dispositive issue mentioned above.

As noted in the Joint Response to Court Order at Docket 260, "the parties appear[] to be largely in agreement, except for one major outstanding issue and possibly some smaller details." The Parties are in the process of coordinating their respective schedules with Judge Longenbaugh for a possible in-person meeting regarding the remainder of settlement negotiations. The Parties anticipate completing any such in-person meeting no later than the week of August 31, 2015.

DATED: July 20, 2015  ARMSTRONG TEASDALE LLP

By: */s/ James Thomas Tucker*
JAMES THOMAS TUCKER, ESQ.
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
jtucker@armstrongteasdale.com
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2015, copies of the foregoing **SUPPLEMENTAL STATUS REPORT IN RESPONSE TO ORDER AT DOCKET 263** was served electronically on the following parties of record pursuant to the Court's electronic filing procedures:

Elizabeth Bakalar
Alaska Department of Law
Office of the Attorney General
P.O. Box 11300
Juneau, Alaska 99811
libby.bakalar@alaska.gov

Margaret Paton-Walsh
Alaska Department of Law
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
margaret.paton-walsh@alaska.gov

Aesha R. Pallesen
Alaska Department of Law
Office of the Attorney General
P.O. Box 11300
Juneau, Alaska 99811
aesha.pallesen@alaska.gov

Kevin T. Wakley
Alaska Department of Law
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
kevin.wakley@alaska.gov

Date: July 20, 2015

/s/ *Jessica Elia*
An employee of Armstrong Teasdale LLP