Natalie A. Landreth (Bar no. 0405020)
Erin C. Dougherty (Bar no. 0811067)
**NATIVE AMERICAN RIGHTS FUND**
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501
(907) 276-0680; Facsimile: (907) 276-2466
E-mail: landreth@narf.org
dougherty@narf.org

James Thomas Tucker (*pro hac vice*)
**ARMSTRONG TEASDALE LLP**
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
Email: jtucker@armstrongteasdale.com

Richard de Bodo (*pro hac vice*)
**MORGAN LEWIS & BOCKIUS LLP**
1601 Cloverfield Boulevard, Suite 2050 North
Santa Monica, California 90404-4082
(310) 255-9055; Facsimile (310) 907-2055
E-mail: rich.debodo@morganlewis.com

**Attorneys for Plaintiffs**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MIKE TOYUKAK et al,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>BYRON MALLOTT, et al,<br><br>　　　　　　Defendants. | Case No. 3:13-cv-00137-SLG<br><br>**JOINT RESPONSE TO COURT ORDER** |

1

On July 21, the Court ordered the parties to file a supplemental report or "all closing documents" by September 4. In addition, if the parties had not fully resolved the matter, the Court indicated it would take jurisdiction and issue a decision on the merits shortly thereafter.

The parties have worked together and have essentially completed all closing documents, as the Court requested by September 4, but there is still one provision that needs to be reviewed. The parties apologize for the delay, but they were interrupted by the intervening holiday weekend, during which it was a challenge to locate all persons necessary for review. As a result, the parties respectfully request until September 8 to complete the closing documents.

Defendants have reviewed this document and given Plaintiffs permission to file it jointly.

DATED:    September 5, 2015         Respectfully submitted,

                                    s/nlandreth

                                    Natalie A. Landreth (Bar no. 0405020)
                                    Erin C. Dougherty (Bar no. 0811067)
                                    **NATIVE AMERICAN RIGHTS FUND**
                                    745 West 4th Avenue, Suite 502
                                    Anchorage, Alaska 99501

                                    James Thomas Tucker, Esq. (*pro hac vice*)
                                    **ARMSTRONG TEASDALE LLP**
                                    3770 Howard Hughes Parkway, Suite 200
                                    Las Vegas, Nevada 89169

                                    Richard de Bodo (*pro hac vice*)
                                    **MORGAN LEWIS & BOCKIUS LLP**
                                    1601 Cloverfield Boulevard, Suite 2050 North
                                    Santa Monica, California 90404-4082

                                    **Attorneys for Plaintiffs**

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2015 a true and correct copy of the foregoing document was served electronically pursuant to the Court's electronic filing procedures upon the following:

Counsel for Defendants Byron Mallott, Gail Fenumiai, Becka Baker, and Michelle Speegle:

**Elizabeth Bakalar**
Alaska Department of Law
Office of the Attorney General
P.O. Box 11300
Juneau, Alaska 99811-0300
libby.bakalar@alaska.gov

**Margaret Paton-Walsh**
**Aesha Pallesen**
Alaska Department of Law
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
margaret.paton-walsh@alaksa.gov

**s/nlandreth**