# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al., <br><br> Plaintiffs, <br> v. <br> BYRON MALLOTT, et al., <br><br> Defendants. | Case No. 3:13-cv-00137-SLG |

## ORDER RE JOINT RESPONSE

The Court has reviewed the parties' Joint Response to Court Order (Docket 267) filed on September 5, 2015. Based on that review, the Court hereby ORDERS that the closing documents shall be accepted as timely filed on **September 8, 2015**.

DATED this 8th day of September, 2015.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE