MINUTES OF THE UNITED STATES DISTRICT COURT
                               DISTRICT OF ALASKA

    MIKE TOYUKAK, et al.        vs.     BRYAN MALLOTT, et al.

BEFORE THE HONORABLE: SHARON L. GLEASON*  CASE NO. 3:13-cv-00137-SLG

DEPUTY CLERK:   SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:  R. JOY STANCEL

APPEARANCES:    PLAINTIFF: NATALIE LANDRETH
                           JAMES THOMAS TUCKER, TELEPHONIC
                           RICHARD de BODO, TELEPHONIC

                DEFENDANT: AESHA R. PALLESEN
                           ELIZABETH M. BAKALAR, TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE HELD SEPTEMBER 16, 2015
At 11:32 a.m. court convened.

Court commended parties for their efforts to reach a settlement.

Court and counsel heard re transcripts (dkts 124 & 223) and Court's order (dkt 226) from last fall.

Court required to review the records to determine reasonableness under the applicable statute re attorneys fees.

Court and counsel heard re plaintiffs' attached appendices transcribed by another reporter were identical with one difference of a case citation inserted.

Court ordered Plaintiffs to file a notice supporting the attorneys fees amount and indicating where the case citations are for the cases with the appending signature pages by **September 30, 2015;** Defendants may file a response by **October 7, 2015** or a notice to the court that the defendants do not intend to file anything.

At 11:41 a.m. court adjourned.

*Via video conference in Arizona


DATE:      September 16, 2015      DEPUTY CLERK'S INITIALS:  SDW
(Revised 1-29-2015)