IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al.,<br><br>      Plaintiffs,<br>  v.<br>BYRON MALLOTT, et al.,<br><br>      Defendants. | Case No. 3:13-cv-00137-SLG |

## ORDER RE NOTICE TO THE COURT

The Court has reviewed the Notice to the Court Regarding Election Reports (Docket 293). Based on that review, the Court hereby ORDERS that the parties may proceed as they have proposed and that a three-election report shall be filed on **January 9, 2017**.

DATED this 16th day of November, 2016 at Anchorage, Alaska.

              */s/ Sharon L. Gleason*
              UNITED STATES DISTRICT JUDGE