KEVIN G. CLARKSON
ATTORNEY GENERAL

Janell M. Hafner
janell.hafner@alaska.gov

Margaret Paton-Walsh
margaret.paton-walsh@alaska.gov

Assistant Attorneys General
P.O. Box 110300
Juneau, AK 99811
Phone: 907.465.3600
Fax: 907.465.2520

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> BYRON MALLOTT, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:13-cv-00137-SLG <br><br> **NOTICE OF LODGING** <br> **THREE-ELECTION REPORT** |

The parties' settlement in the above-captioned matter calls for the filing of periodic reports with the court. The parties stipulated a new filing date of January 31, 2019. [Dkt. 304] The Division of Elections ("Division") has just today finished gathering documentation necessary to support the report, and so is filing it now with the permission of plaintiffs' counsel who has non-opposed this new proposed filing date. The Division hereby requests that the report be accepted for filing and apologizes for any inconvenience the delay may have caused the Court or the parties.

ATTORNEY GENERAL, STATE OF ALASKA
Dimond Courthouse
PO Box 110300, JUNEAU, ALASKA 99811
PHONE (907) 465-3600

1  DATED: January 31, 2019.

                    KEVIN G. CLARKSON
                    ATTORNEY GENERAL

            By:    /s/ Janell M. Hafner
                   Janell M. Hafner
                   Assistant Attorney General
                   P.O. Box 110300
                   Juneau, AK 99811
                   Phone: 907.465.3600
                   Fax: 907.465.2520
                   Email: Janell.hafner@alaska.gov
                   Alaska Bar No. 0306035

                   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019 copies of the foregoing **NOTICE OF LODGING THREE-ELECTION REPORT** was served electronically on the following parties of record pursuant to the Court's electronic filing procedures:

Natalie A. Landreth &
Erin C. Dougherty
Matthew Newman
c/o Native American Rights Fund
745 W. 4th Avenue, Suite 502
Anchorage, Alaska 99501
landreth@narf.org
dougherty@narf.org
mnewman@narf.org

James Thomas Tucker &
Sylvia O. Semper
c/o Wilson, Elser, Moskowitz, Edlemen,
& Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
james.tucker@wilsonelser.com
sylvia.semper@wilsonelser.com

Richard de Bodo
BINGHAM McCUTCHEN LLP
1601 Cloverfiled Blvd., Suite 2050 North
Santa Monica, CA 99404-2055
rich.debodo@bingham.com

                   /s/ Richard J. Carter
                   Richard J. Carter, Law Office Manager I

*Toyukak v. SOA, DOC, et al.*    Case No. 3:13-cv-00137-SLG
NOTICE OF LODGING THREE-ELECTION REPORT    Page 2 of 2
Case 3:13-cv-00137-SLG   Document 305   Filed 01/31/19   Page 2 of 2