Expert Witness Report
in the case of
*Toyukak v. Mallott*
Case No. 3:13-cv-00137-SLG
U.S. District Court for the District of Alaska
Filed by Dr. Daniel McCool, Professor Emeritus
Political Science Department, University of Utah
December 22, 2020

## I. INTRODUCTION

### A. Research Question

On September 15, 2015, the Court filed a Stipulated Judgment and Order in this case. Attorneys for the plaintiffs have asked me to assess the extent to which the Alaska Division of Elections has met the requirements set forth in that Order.

### B. Qualifications

I am Professor Emeritus of Political Science at the University of Utah. I received a B.A. in Sociology from Purdue University, and a Ph.D. in Political Science from the University of Arizona. For over thirty-five years I have conducted research on voting rights. In 2007, I co-authored *Native Vote: American Indians, The Voting Rights Act, and the Right to Vote* (Cambridge University Press). In 2012, I edited a book titled *The Most Fundamental Right: Contrasting Perspectives on the Voting Rights Act* (Indiana University Press). I also have several peer-reviewed publications that focus on public policy methodology and theory. I serve as an academic advisor to the Native American Voting Rights Coalition, and co-authored the 2020 report, "Obstacles at Every Turn: Barriers to Political Participation Faced by Native American Voters" (Tucker, De León, and McCool. 2020). I also assisted in the design of a four-state survey of Native American voters.

**Exhibit A**

I utilized "qualitative methods," described below, for nearly all of the ten books, 25 articles, and 19 book chapters that I have published. I have served as an expert witness in 17 voting rights cases, including the original *Toyukak* case. Those 17 cases are listed in my vita, which is included as Appendix C. Six of those cases were filed in state courts, and the others involved federal claims under Section 2 or Section 203 of the Voting Rights Act. I applied the same methodology, described below, in all of these reports. My reports and my testimony have never been rejected by a court.

I have been hired by the plaintiffs for this case and I am compensated at the rate of $250/hour. To assist me in the analysis of the large data set collected for this report, I hired two Research Assistants, both of whom are graduates of my home department, Political Science, at the University of Utah. One Research Assistant has a Ph.D., and the other has a Bachelor's Degree and has been accepted to Lewis and Clark law school; both have extensive experience doing research assistance for faculty. The conclusions I present in this report are mine alone, are not related to or endorsed by the University where I have an appointment, and were reached through an independent process of research and inquiry.

## C. Qualitative Methods

In this report I utilize a well-recognized methodology known as "qualitative methods" (Denzin and Lincoln, 2000, 2011; Teherani, et. al. 2015). This is the same methodology I have used in nearly all my academic work, as well as all of my previous expert witness reports. It is particularly useful to analyze information from large bodies of print data. It is important to note that qualitative analysis does not mean non-numerical; for this report I employ many numerical measures to answer the research question.

Case 3:13-cv-00137-SLG   Document 311-1   Filed 12/30/20   Page 2 of 61

Qualitative methods are well recognized in the social sciences. The Consortium on Qualitative Research Methods was established in 2001 (Consortium on Qualitative Research Methods, n.d.). The American Political Science Association organized a section titled Qualitative Methods in 2003 (American Political Science Association, n.d.). By 2003 almost half of all peer-reviewed articles in Political Science journals utilized qualitative methods (Bennett, Barth, and Rutherford 2003). Syracuse University, with funding from the National Science Foundation, established a "Qualitative Data Repository" to assist researchers who utilize this method (Qualitative Data Repository, n.d.). Qualitative methods are now used in a variety of fields and research settings (Lamont and White. 2009: 5; Bartolini. 2013). The widespread use and acceptance of qualitative methods, along with its applicability to large-scale analytical problems, is why I have consistently relied on that methodological approach for both my academic work and my expert witness reports.

## II. METHODOLOGY FOR THIS REPORT

### A. The Data

To answer the research question, I began by developing a subject-matter guide for my analysis that is derived directly from the Stipulation and Order. This guide is divided into three categories: Training, Outreach and Pre-election Publicity; and Election Day Language Assistance. Each of these is described in the following section. To assess the extent to which these required activities were conducted, my research assistants and I analyzed a large volume of material from federal observer reports as well as materials provided by the Alaska Division of Elections covering elections from 2016 to 2019 in three census areas. We estimate that we reviewed approximately 6,800 pages of materials, and many hours of video and audio tapes.

These sources cover election materials for three census areas: Dillingham (DCA), Kusilvak [formerly Wade Hampton] (KCA), and Yukon-Koyukuk (YKCA).

The federal observer reports used a standard form, but they varied dramatically in regard to how much information was provided. The federal observer reports we examined are Docket numbers: 284-1, 295-1-28, 295-30-32, 301-1- 15, 302-1-9, 307-1-10.

We also analyzed materials provided by the Alaska Division of Elections. These materials included a great variety of documents, including video files, audio files, PowerPoint presentations, emails, activity logs, letters, surveys, outreach certificates, and word documents. We examined approximately 250 state documents for this report; they are listed in Appendix A. The documents provided by the Division of Elections were unorganized, piecemeal, and haphazard. Data for a single election was often scattered among numerous files (this was especially true for the 2018 election). There was no consistency in how the files were organized or labeled from one election to the next, and some of the files had no discernable title or explanation as to its contents. Data sets were split among many different files. These materials were not organized in any way that corresponded to the requirements set out in the Stipulation and Order, and as a result, they documented some parts of the Stipulation and Order but not others. Indeed, the state materials were so disorganized and incomplete that they appeared to be obtuse by design. Thus, it was a considerable challenge to compile a comprehensive understanding of the state's activities in regard to the Stipulation and Order.

**B. Subject Matter Guide**

This report is based on tasks identified in the Stipulation and Order, organized into three categories: training; outreach and pre-election publicity; and language assistance on and prior to

Election Day. I created this guide to assist me in identifying the important issues that were mandated in the Stipulation and Order (the references in this section refer to the Stipulation and Order, by section and page number). These requirements apply to the three census areas covered by this report. The subject matter guide focuses on the extent to which mandated services were documented (Sub-section Q of the Stipulation and Order, p. 29) because it is that documentation that is the basis of this report.

### i. Training:

1. Document that all poll workers are to be made aware of language assistance requirements (H, 1, p. 19).

2. Bilingual poll worker training for language assistance is to be documented by the state (A, 8, p. 13 of S&O). The state must document the extent and quality of the training for bilingual poll workers, including: number of hours of training, in-person vs. phone, completion rates for training, three trainings held for each general election (H, pp. 19-22).

3. The state must demonstrate that the training covered the required topics (H, a-q, pp. 20-21), and must provide the required documentation of that training (a-f, p. 23).

4. The state must demonstrate that all bilingual workers being trained were provided: a copy of all translations; a training handbook; checklist of duties; Election Day materials (H, 6, pp. 21-22).

5. The state must document the bilingual language abilities of bilingual workers, both oral and written (H, 9, a-f, p. 23).

6. Compare the roster of people who went through training with the roster of actual poll workers; document differences to ascertain if all bilingual election workers were trained (H, 2, p. 19).

7. The state must document that a glossary for each dialect/language was prepared by appropriate translation panels (C, p. 15, E, p. 16).

### ii. Outreach and Pre-election Publicity:

1. The state must document that outreach workers were provided for all elections in villages that have language assistance needs (G, 3, p. 18; I, pp.23-25). This documentation must include how many hours/days/weeks outreach workers actually worked doing outreach, and document the number of villages, and number of outreach workers who did the following: held a community informational meeting, voting machine demonstration, radio announcement, voter registration drive, provided translation of official election pamphlet prior to election, translated bilingual ballot before the election, and any additional forms of outreach. The documentation must also demonstrate the extent to which outreach workers met with the Native community on announced dates/times for information and translation and worked with tribal leaders (i.e. mandatory pre-election outreach meetings), and document that all required topics were covered (I, a-l, pp. 24-25).

2. The state is to provide certificates of outreach, to be filled out documenting all language assistance (A, 1, a-d, pp. 10-11). Outreach must be for 10 hours if there is no OEP, and 20-30 hours if there is an OEP (G, 3, p. 18).

2. The state must indicate the extent to which outreach workers were recommended by tribal councils (A, 8-b, p. 13 of the S&O).

### iii. Extent of Language Assistance on or Prior to Election Day:

1. The state must document that touch-screen voting machines with audio translation, or tape recordings, were available and working for all federal elections (L, p. 27).

2. The state must document that poll workers offered required language assistance in the appropriate dialect (III, B, pp. 14-15).

3. The state must document that trained, bilingual poll workers were actually at the polling places, including the number of hours they worked, and the percentage of polling place hours of operation that they were actually there and available (Q, p. 29).

4. The state must document that its pre-election outreach efforts and advertising in the appropriate Native dialect included: VHF radio announcements (PSAs) made by qualified Native speakers, posters, signs, and community meetings. It must be documented that all of these were provided for both registration and voting (J, a-d, pp. 26-27; N, 2, p. 28).

5. The state must document that announcements were made that language assistance was available (J, vi, p. 26; N, p. 33).

6. The state must document that a toll-free number for language assistance was provided and advertised, and a log created of calls. Information that must be provided when this number is called must include: identity of bilingual workers for that village; notice that a bilingual translator is available for assistance; schedule of events (D, pp. 15-16).

7. The state must document the use of translated materials for _all_ aspects of the election, including registration, early voting, and GOTV efforts (F, pp. 16-17).

8. The state must document that materials provided in English were also provided in the Native language, including the Official Election Pamphlet (OEP)and sample ballots (A, p. 10-12, F, 1, p. 16). The state must provide answers to these questions: What bilingual materials were posted in the polling place? Were voter complaint forms available? Were bilingual ballots available and opened (III, A, 1-7, pp. 10-11)?

9. The state must document that a Language Assistance Compliance Manager was employed for all elections (G-1, p. 18).

If all these components of the language assistance program had been clearly documented, I could have assessed each factor in the above subject matter guide. But the documentation is not sufficiently complete to provide a comprehensive and full assessment of every required action identified in the Stipulation and Order. However, relying on the evidence that is available, I was able to complete the following assessment.

## III. THE ASSESSMENT

## A. Training

To understand the extent to which outreach and poll worker training took place, it is necessary to know how many poll workers were interviewed in the villages visited by federal observers, and of those, what percentage were actually trained, how many were not trained at all, how many were trained that election year, or trained in previous years. The answers to those questions are summarized in Table 1. These data make it clear that training was significantly incomplete. For example, for the 2016 primary, only 47 percent of poll workers were trained and for the general election that year, only and 42 percent of poll workers were trained. The rate of training improved for 2018 and 2019, but a significant percentage of those trained workers were trained at least two years prior to that election.

Table 1: Poll Worker Training

|         | Total PWs Interviewed | PWs never trained | PWs trained that year | PWs trained previous year | PW trained 2 or more years earlier | PW who declined to answer |
|---------|-----------------------|-------------------|-----------------------|---------------------------|------------------------------------|---------------------------|
| 8-2016  | (N)71*                | (N)33— 47%        | (N)27— 40%            | (N)1— 1%                  | (N)7-- 11%                         | (N)1-- 2%                 |
| 11-2016 | (N)40                 | (N)17— 42%        | (N)20— 50%            | (N)0-- 0%                 | (N)3— 8%                           | (N)0— 0%                  |
| 8-2018  | (N)53                 | (N)21— 41%        | (N)26— 49%            | (N)3— 6%                  | (N)2— 3%                           | (N)1— 1%                  |

| 11-2018 | (N)34 | (N)6— 18% | (N)21— 62% | (N)1-- 2% | (N6— 18% | (N)0— 0% |
| 2019 | (N)33 | (N)6— 18% | (N)21— 64% | (N)1— 3% | (N)5— 15% | (N)0— 0% |

*Pitka's Point voted by mail, so a worker was interviewed, but not about training.

I also calculated the method by which poll workers were trained (or not trained) by year, in Table 2. The totals for the percentage that were not trained are different in these two tables because the data in Table 1 indicate how many poll workers were never trained at all, and the data in Table 2 indicates how many were not trained that specific year.

Table 2: Training Methodology*

|  | Total PWs Interviewed | In person | DVD | Telephone | No training |
| --- | --- | --- | --- | --- | --- |
| 8-2016 | (N)71 | (N)27— 38% | (N)0— 0% | (N)1— 1% | (N)43— 61% |
| 11-2016 | (N)40 | (N)20— 50% | (N)0— 0% | (N)0— 0% | (N)20— 50% |
| 8-2018 | (N)53 | (N)24— 45% | (N)0— 0% | (N)0— 0% | (N)29— 55% |
| 11-2018 | (N)34 | (N)20— 59% | (N)3— 9% | (N)0— 0% | (N)11— 32% |
| 2019 | (N)33 | (N)9— 27% | (N)6— 19% | (N)9— 27% | (N)9— 27% |

*Training method done that year. That means that if training took place prior to that election, it was counted as no training.

It is clear from these data that the "mandatory training" (p. 19, Sec. H of the Stipulation and Order) did not happen in many cases, or was completed in some form other than in-person training, such as via a DVD.

The data in the tables above are from the federal observer reports. I also tried to assess the extent of training by using the documents provided by the Division of Elections. That data is extremely spotty, but it appears that the number of poll workers trained has precipitously declined. According to state attendance records, 65 were trained in 2016, 32 were trained in 2018, and 20 were trained in 2019. Also, quite a few poll workers who were supposed to be trained were apparently not able to attend the trainings sessions. In their records, the state highlights in blue the names of a number of poll workers registered for training who apparently

did not attend (a direct explanation of the blue shading was not provided). Some of them are accompanied with the notation "fishing," which I interpretated to mean that the poll worker could not attend because the training session was scheduled when they were at fish camp—an annual event that can be anticipated. For example, there were three poll workers in the 2016 Dillingham July training with the notation "fishing" or "arcmedial" beside their names. For the Dillingham October training that year, the names of two people were shaded in blue. For the St. Mary's training, two names were shaded in blue with the notation next to one of those names that said "Susie forgot about traveling to training." For the region 4 (Nome) training in 2018 there are four names shaded in blue. There is no discussion in the state documents of whether an alternative training session was offered or whether a replacement poll worker was provided. There is no indication that the state coordinated with Native communities to schedule training sessions at a time when they did not conflict with the annual fishing season so that community members could engage in subsistence fishing *and* receive required training.

This raises the question: what percentage of poll workers were not trained at all, according to the data provided by the state? The simple answer is that a total number cannot be determined from the state materials, but I can offer examples. There were no trained poll workers for Clark's Point, Birch Creek, or Chakyitsik in 2016. And the state's court report for the 2019 REAA election indicated that there were no bilingual poll workers at Koliginek for most of Election Day, and no one available for language assistance at Arctic Village or Birch Creek (Court Report n.d.). An internal email from the Division of Elections indicates that two poll workers at Twin Hills were trained but not in-person; it does not explain how they were trained (Horton to Arriaga, 2017). The state records contain no comprehensive data on the other precincts that

provide a clear picture of which poll workers did not receive training, or were partially trained, or were not trained in-person. The most complete picture of how many poll workers were trained, and how they were trained, is provided by the federal observer reports, not the state documents.

The frequency of training is only part of the question; that training must also be of high-quality. It is not clear what percentage, if any, of the training was conducted by a Native speaker rather than by a non-Native speaker with the training in English. The inadequate quality of the training is obvious in the comments made in the federal observer reports. There are numerous examples, below. The citation is to the docket number and the page in that document.

**The August, 2016 election:**

> Venetie: "Precinct Chair, Nanna Clevland, stated that she received lecture style training…the trainer demonstrated how to set up the polling site, but she did not receive any minority language specific training" (295-20, Page 8).

> Beaver: "There were no bilingual poll workers and no bilingual training was offered" (295-18, Page 9).

> Mountain Village: "Mr. Clifford Smart said he received training on how to translate the contents of the ballot [at St. Mary's]" (295-12, Page 9).

> Pilot Station: "No training was given to interpreter Susie Makaily, however she was provided a copy of the 2016 Yup'ik glossary of election terms" (295-13, Page 9).

> Kotlik: "…the training centered around a booklet titled, 'Polling Place Election Procedures.' They reviewed the booklet and did a question and answer section [for 4 hours]" (295-10, Page 8).

> Togiak: "The bilingual interpreter training consisted of a DVD that was provided for the worker called '2016 Yup'ik Glossary of Election Terms'" (295-6, Page 8).

**The November, 2016 election:**

> Dillingham City Hall: "According to all poll officials, training last occurred in 2014 prior to those elections. The exception was Translator Ida Noonkassar, who took language training in 2015" (295-2, Page 8).

> Manokotak: "Bessie Krause, Chair, stated there was no formal training, only on-the-job" (295-22, Page 8).

> Fort Yukon: "No language assistance training. 'We just know how to translate the ballot in Gwitch'in.'" (295-32, Page 9).

> Emmonak: "The poll workers were trained on how to read ballots, sign in voters, and were provided a glossary in Yup'ik to assist Yup'ik speaking voters" (295-27, Page 8).

**The 2018 election:**

> Dillingham City Hall: "Mr. Armstrong (election chair) said he just got a training provided by CD Video for 1 hour and a ½ in Dillingham City Hall in 8/2018" (302-1, Page 9).

> Manokotak: "None of the poll workers said they specifically had training in how to assist Yup'ik speakers" (302-2, Page 9).

> Togiak: "Desiree said she and Sally Williams got their training in Dillingham at Bristol Inn, then came back to Togiak and trained Elizabeth Gosuk and Priscilla Smith at the Togiak City Office. Desiree and Sally stated the training consisted of going over forms and procedures in English only" (302-4, Page 8).

**EXHIBIT A**

> Arctic Village: "Marie John-Willoya stated that she was only told that if she already knew the language then, 'to translate just that way to those who needed language assistance,' that was the only training related to language translation that was received." (302-6, Page 9).

**The 2019 election:**

> Koliganek: "Charlene Larson received a CD training disk. She did not listen to it" (307-7, Page 8).

> Emmonak: "Poll workers reported that they received a training DVD and training booklets which were received prior to the election. Poll workers did not receive additional training for language assistance" (307-7, Page 8).

> Alakanuk: "Bilingual poll official stated she received training over the phone in September 2019. She said this lasted a couple of hours. Eusobia noted that they went over voting procedures and how to set up equipment at the polling site. She also noted that her and Monica talked about how to provide language assistance in the Yup'ik language" (307-5, Page 8).

> Chevak: "Poll official stated that the state handed them booklets that has translations on what there is for the voting polls" (307-6, Page 9).

Those quotes are from federal observer reports. The quality of the training can also be assessed by examining state documents, despite their inadequacy. It is difficult to ascertain whether all of the aspects of training that are outlined in detail in the Stipulation and Order (pp. 20-23, 5-8) were actually completed for each training. For example, the state records did not document that every training included "practice performing available translations," (p. 21, 5-n), "Practicing the translation of the ballot with each translator" (p. 21, 5-p), or "Written role-playing scenarios covered during the training" (p. 23, 9-d). However, one of the comments made by a

13

poll worker about the training may indicate that the training did not include practice: "I think we should go over it and practice reading it/saying it as a workshop" (from the 2018 General Training Attendance_Results.pdf., p. 5). It is also instructive that one of the trainees wrote in March, 2018: "The training is getting better, they're finally listening to us" (from the 2018 Primary Training #1 Attendance_Results.pdf., p. 7).  This was 28 months after the Stipulation and Order was signed, and nearly three years after the remedial order was signed.

**B. Election Outreach and Pre-Election Publicity**

Outreach is a crucial component of a language assistance program.  The Stipulation and Order devotes almost four pages to this topic, with very specific instructions, and mandates 10 hours of outreach if there is no OEP, and 20-30 hours if there is. Language assistance is of no use if Native speakers are not aware that it is available.  The right to vote is not meaningful if a Native speaker does not understand the procedure for registering to vote, know the location of the polling place, and know who they can contact for help in their own language. Outreach also plays a vital educational role; it is the method by which Native voters can learn about voting procedure, candidates, and ballot measures. Outreach is the means by which a Native language voter can learn about and develop an understanding of the 148-page Official Election Pamphlet, which covers complicated issues. A meaningful vote cannot be cast if the voter does not understand what they are voting for. These challenges can be resolved by an effective outreach program. This is even more important in states, such as Alaska, where poll workers are strictly limited in the information they can convey to a voter.

The state's performance on outreach and pre-election publicity ranks from satisfactory to abysmal.  I examined which precincts had an outreach worker who was awarded an outreach

certificate, and how many hours they worked. I also examined whether announcements were made regarding the following topics: the availability of language assistance; the voter registration deadline; and polling locations. These data are summarized in Table 3, which is quite lengthy so it is included as Appendix B. Note that Table 3 reflects the fact that data is missing for some elections for some regions (3 or 4). The data in Table 3 indicate dramatic fluctuations in the availability of pre-election outreach. The same can be said for PSAs. The total number of PSAs for 2016 was higher because they include multiple elections. Some PSAs were apparently made in 2018, but I could not find data indicating how many, I could not find receipts indicating how much airtime was purchased, and they were not mentioned in the certificates of outreach.

The data in Table 3 on the number of hours of outreach can also be presented as a tally of the total hours of outreach by village; as in Table 3, this proved to be difficult because there is so much missing data, but the data I do have are presented in Table 4, below. Several data points are worth emphasizing. Beaver, Birch Creek, Chalkyitsiks, and Venetie either had no outreach hours submitted for payment, or no worker was found. And in several of the villages, the outreach worker put in very few hours. For example, in Nunapitchuk the worker only did 7 hours of outreach in 2016, and in Marshall the worker only put in one hour for the 2019 election. In twelve villages over all election years, the outreach worker put in eleven hours or less. It seems impossible that all the outreach material required by the Stipulation and Order could be covered with so little outreach time. Indeed, the outreach forms indicate a great variation in what was, and what was not, accomplished.

Table 4: Hours of Outreach

| Outreach by Village: | 2016 Hours | 2018 Hours | 2019 Hours |
|---|---|---|---|
| | | | |

EXHIBIT A

| | | | |
|---|---|---|---|
| Aleknagik | No Data | No Data | None Reported, |
| Atmautluak | 10 Hours | No Data | No Data |
| Beaver | No Data | "No Hours Submitted" | No Data |
| Birch Creek | No Data | "No worker for location" | No Data |
| Chalkyitsik | No Data | "No worker for location" | No Data |
| Circle | No Data | 30 Hours, other worker submitted 0 hours. | No Data |
| Clark's Point | No Data | No Data | 13 Hours |
| Fort Yukon | No Data | 30 Hours | No Data |
| Hooper Bay | 70 Hours | No Data | 10 Hours |
| Kapaskiak | 30 Hours | No Data | No Data |
| Kotlik | 34 Hours | No Data | 10 Hours |
| Kwethluk | 10 Hours | No Data | No Data |
| Kwigillingok | 11 Hours | No Data | No Data |
| Lower Kalsag | 60 Hours | No Data | No Data |
| Manokotak | No Data | No Data | 10 Hours |
| Marshall | No Data | No Data | 1 Hour |
| Mountain Village | 30 Hours | No Data | No Data |
| Napakiak | 65 Hours | No Data | 10 Hours |
| Napaskiak | 40 Hours | No Data | No Data |
| Nightmute | 20 Hours | No Data | No Data |
| Nunam Iqua | 30 Hours | No Data | No Data |
| Nunapitchuk | 7 Hours | No Data | No Data |
| Pilot Station | 11 Hours | No Data | 10 Hours |
| Quinhagak | 20 Hours | No Data | No Data |
| Scammon Bay | No Data | No Data | 10 Hours |
| Togiak | 33 Hours | No Data | 10 Hours |
| Tuluksak | 40 Hours | No Data | No Data |
| Venetie | No Data | "No Hours Submitted" | No Data |
| | Total: 521 Hours Outreach | Total: 60 Hours Outreach | Total: 84 Hours Outreach |

A survey of the outreach certificate forms indicates wild variation in quality and extent of outreach. For example, in the 2016 REAA election, Lillian Pavilla in Atmautluak completed all the tasks required; she posted notices in three different locations, made herself available for language assistance in Council headquarters and the bingo hall, and made all of the required

radio announcements. This contrasts with many of the certificates that are either incomplete or there is no indication that the required tasks were performed. Also, it is not clear from some forms if actual "outreach" took place. For example, in a review of outreach certificates from 2016 to 2019, nine identified only "my home" or variations thereof as the only place where they conducted outreach, and eleven certificates indicated the hours worked but left blank the line indicating the location of their outreach. And, as the data in Table 3 makes clear, many of the certificates do not indicate that the required radio announcements were made.

In sum, outreach and pre-election publicity, like the training, is inconsistent at best, and absent in some precincts in some years. And, as with all the other variables I have examined, there is considerable missing data and an incomplete record of compliance.

## C. Election Day Assistance

Competent direct language assistance to voters as they vote, along with pre-election outreach, form the heart of this case. Ideally, no voter who speaks a language other than English should be unable to vote because she or he does not understand the language on the ballot or does not understand the voting process. They should not be effectively deprived of the right to vote because they cannot read the instructions for using a paper ballot or voting machine.

Unfortunately, that ideal has not been met in Alaska in the three census areas covered by this report. Effective language assistance on Election Day consists of three components: trained bilingual poll workers, written translated materials, and working voting machines.

### 1. Bilingual Poll Workers

In the August, 2016 election, 15 percent of the precincts that were observed by federal observers (Dillingham-Koliganek, Beaver, and Venetie) did not have a bilingual poll worker

present. In the November election that year, a quarter of the precincts that were observed did not have a bilingual poll worker (Manokotok, Alakanuk, Chevak). In the August, 2018 election, Circle and Venetie did not have bilingual poll workers, and Kotlik only had a bilingual poll worker who was "on call" but not physically present at the precinct.

In addition, federal observer reports documented that some of the bilingual poll workers were not present for the entire time that the poll was open. In 2016, the poll worker at Fort Yukon was gone for an hour and 20 minutes, and in Venetie, the poll worker left at 3:30 and did not return. In 2018, in Koliganek, the translator was "in and out" all day, and in Venetie the bilingual poll worker was only there for 15 minutes. In 2019, the translator at Alakanuk was gone for an hour. There may have been additional absences in other villages where there were no federal observers.

Another problem relates to the situation where elderly Native speakers bring their offspring or some other person of their choice to the poll to help them translate (guaranteed by Section 208 of the Voting Rights Act). But assistance from this chosen person is sometimes discouraged by the poll workers. For example, in the village of Marshall, a federal observer wrote: "Elderly usually bring their children in to help, but poll worker Joseph Peters tries to talk them out of using children to translate because they translate incorrectly" (Docket No. 295-11, p. 17).

## 2. Required Printed Materials

Providing fully-trained bilingual poll workers for the duration of poll operating hours is only part of the effort to provide effective translation. Polling places must also utilize printed materials to assist Native-speaking voters. These materials include: signs in the covered language,

**EXHIBIT A**

"I VOTED" stickers in the covered language, a glossary in the appropriate dialect, a sample ballot, and the Official Election Pamphlet. Each of these will be evaluated. I want to emphasize that the number of precincts indicated in the following tables are the precincts where federal observers filed reports; there may be additional shortcomings in precincts that were not observed and those shortcomings would not be revealed by the data in these tables.

### a. Signage

Each polling place should have appropriate signage to assist Native speakers in understanding the ballot and the electoral process. But as the data in Table 5 make clear, this goal has not been met to a significant degree. The record improved in 2018, but was again dismal in 2019.

Table 5: No signs in the covered language

| No signs at polling stations | | | | |
|---|---|---|---|---|
| **August 2016**<br>**20 Precincts** | **Nov. 2016**<br>**12 Precincts** | **August 2018**<br>**15 Precincts** | **Nov. 2018**<br>**9 Precincts** | **2019**<br>**10 Precincts** |
| 95% | 100% | 40% | 33% | 70% |
| Dillingham-Koliganek | Manokotok | New Stuyahok | New Stuyahok | Hooper Bay |
| Dillingham-Manokotok | New Stuyahok | Alakanuk | Emmonak | Emmonak |
| Dillingham- New Stuyahok | Togiak | Chevak | Arctic Village | Circle |
| Dillingham-Togiak | Kusilvak-Alakanuk | Kotlik | | Koliganek |
| Alakanuk-Alakanuk | Kusilvak- Chevak | St. Mary's | | Chevak |
| Emmonak | Hooper Bay | Circle | | Alakanuk |
| Kotlik | Fort Yukon | | | New Stuyahok |
| Marshall | Emmonak | | | |
| Mountain Village | Venetie | | | |
| Pilot Station | St. Mary's | | | |
| Pitka's Point | Arctic Village | | | |
| Russian Mission | Dillingham | | | |

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| St. Mary's City Hall | | | | |
| Arctic Village- Council Office | | | | |
| Beaver | | | | |
| KZPA Radio Station | | | | |
| Venetie | | | | |
| Aleknagik | | | | |
| Dillingham | | | | |

**b. "I VOTED" Stickers**

Voting is considered by many to be a civic duty, and voters are proud that they have participated in our democratic form of government. Hence, the popularity of "I VOTED" stickers. However, many, if not most, of the Native speakers in the three census areas covered by this report do not have the opportunity to receive an "I VOTED" sticker in their Native language, as evidenced by the data in Table 6. The percentage of polling places that DID **not** offer language-appropriate "I Voted" stickers ranged from 70 percent to 92 percent.

Table 6: No "I VOTED" sticker in the covered language

| No "I VOTED" Stickers | | | | |
|---|---|---|---|---|
| **August 2016** | **Nov. 2016** | **August 2018** | **Nov. 2018** | **2019** |
| 80% | 92% | 73% | 78% | 70% |
| Dillingham-Koliganek | New Stuyahok | Dillingham- City Hall | Dillingham City Hall | Togiak |
| Dillingham-Manokotok | Togiak | Koliganek | Manokotak | Circle |
| New Stuyahok | Alakanuk | Manokotak | Togiak | Scammon Bay |
| Dillingham-Togiak | Kusilvak-Chevak | Togiak | Emmonak | Manokotak |
| Alakanuk-Alakanuk | Hooper Bay | Alakanuk | Arctic Village | Hooper Bay |
| Emmonak | Dillingham | Kotlik | Circle | Emmonak |
| Hooper Bay | Fort Yukon | Hooper Bay | Venetie | Chevak |
| Kotlik | Emmonak | St. Mary's | | |
| Pilot Station | Venetie | Circle | | |

**EXHIBIT A**

| Pitka's Point | St. Mary's | Venetie | | |
|---|---|---|---|---|
| Russian Mission | Arctic Village | Fort Yukon | | |
| St. Mary's City Hall | | | | |
| Arctic Village | | | | |
| Beaver | | | | |
| KZPA Radio Station | | | | |
| Venetie | | | | |

### c. Glossary

Ballot terminology is unique and can be quite technical. Election law has its own lexicon, with many words that are specific to the electoral process. But many Native languages do not have an equivalent word, so the word must be explained or a substitute word provided. That is part of the reason why the Yup'ik glossary is 61 pages, and the Gwich'in glossary is 40 pages. Clearly, effective translation cannot take place without the glossary. But a significant number of precincts in the three census areas did not have a glossary, as can be seen in the data in Table 7. Precincts lacking a glossary in the election years covered by this report vary from 60 percent to 87 percent. Also, the mere presence of a glossary is insufficient; the bilingual poll worker must be familiar with it, and trained to employ it effectively.

Table 7: No Glossary in the covered language

| No Glossary | | | | |
|---|---|---|---|---|
| **August 2016** <br> **20 Precincts** | **Nov. 2016** <br> **12 Precincts** | **August 2018** <br> **15 Precincts** | **Nov. 2018** <br> **9 Precincts** | **2019** <br> **10 Precincts** |
| **65%** | **83%** | **87%** | **67%** | **60%** |
| Dillingham-Koliganek | Manokotok | Dillingham City Hall | Manokotak | Togiak |
| Emmonak | New Stuyahok | New Stuyahok | Emmonak | Hooper Bay |
| Kotlik | Togiak | Koliganek | Arctic Village | Circle |
| Marshall | Kusilvak-Alakanuk | Manokotak | Circle | Koliganek |

| | | | | |
|---|---|---|---|---|
| Mountain Village | Kusilvak-Chevak | Togiak | Fort Yukon | Chevak |
| Pilot Station | Hooper Bay | Alakanuk | Venetie | Alakanuk |
| Pitka's Point | Fort Yukon | Chevak | | |
| Russian Mission | Emmonak | Emmonak | | |
| St. Mary's City Hall | Venetie | Hooper Bay | | |
| Beaver | St. Mary's | St. Mary's | | |
| KZPA Radio Station | | Arctic Village | | |
| Venetie | | Circle | | |
| Aleknagik | | Venetie | | |

### d. Sample Ballots

Effective translation also requires the use of a sample ballot so that Native-speaking voters can become familiar with the ballot and develop a level of comfort and ease in understanding the ballot and voting according to their preference. But many precincts in the three census areas did not have a sample ballot written in the appropriate covered language, according to the data in Table 8. The percentage of precincts without a sample ballot ranged from 40 to 60, with the lone exception of 2018 when sample ballots were available.

Table 8: No Sample ballot in the covered language

| No Sample Ballots | | | | |
|---|---|---|---|---|
| August 2016 20 Precincts | Nov. 2016 12 Precincts | August 2018 15 Precincts | Nov. 2018 9 Precincts | 2019 10 Precincts |
| 40% | 42% | 53% | 0% | 60% |
| Alakanuk-Alakanuk | New Stuyahok | Togiak | | Manokotak |
| Kotlik | Kusilvak-Alakanuk | Alakanuk | | Hooper Bay |
| Mountain Village | Fort Yukon | Chevak | | Circle |
| Pitka's Point | Venetie | Hooper Bay | | Koliganek |

| | | | | |
|---|---|---|---|---|
| Arctic Village- Council Office | Arctic Village | Arctic Village | | Alakanuk |
| Beaver | | Circle | | Scammon Bay |
| KZPA Radio Station | | Fort Yukon | | |
| Venetie | | Venetie | | |

**e. Official Election Pamphlet**

The preparation of an official election pamphlet is required by state law. Clearly, the state considers this pamphlet important because state law requires that it be provided to every household with a registered voter, and specifies a long list of subjects that must be covered (Alaska Statutes. Title 15. Elections, Sec. 15.58.010-020). But many precincts covered by this report were not provided with the pamphlet in the appropriate Native language. The data in Table 9 indicate that most precincts, and in some elections, all precincts, lacked the translated pamphlet.

Table 9: No Official Election Pamphlet in the covered language

| No OEP | | | | |
|---|---|---|---|---|
| **August 2016** **20 Precincts** | **Nov. 2016** **12 Precincts** | **August 2018** **15 Precincts** | **Nov. 2018** **9 Precincts** | **2019** **10 Precincts** |
| **100%** | **75%** | **100%** | **100%** | **50%** |
| Dillingham-Koliganek | Manokotok | Dillingham City Hall | Dillingham City Hall | Togiak |
| Dillingham-Manokotok | New Stuyahok | New Stuyahok | Manokotak | Circle |
| Dillingham- New Stuyahok | Togiak | Koliganek | New Stuyahok | Alakanuk |
| Dillingham-Togiak | Kusilvak- Alakanuk | Manokotak | Togiak | New Stuyahok |
| Alakanuk-Alakanuk | Kusilvak- Chevak | Togiak | Emmonak | Scammon Bay |
| Emmonak | Hooper Bay | Alakanuk | Arctic Village | |
| Hooper Bay | Fort Yukon | Chevak | Circle | |
| Kotlik | Venetie | Emmonak | Fort Yukon | |

| Marshall | Arctic Village | Hooper Bay | Venetie | |
|---|---|---|---|---|
| Mountain Village | | Kotlik | | |
| Pilot Station | | St. Mary's | | |
| Pitka's Point | | Arctic Village | | |
| Russian Mission | | Circle | | |
| St. Mary's City Hall | | Fort Yukon | | |
| Arctic Village | | Venetie | | |
| Beaver | | | | |
| KZPA Radio Station | | | | |
| Venetie | | | | |
| Aleknagik | | | | |

### f. All Materials Lacking

The absence of any one of the election materials identified above (signage, "I VOTED" stickers, glossary, sample ballot, official election pamphlet) would significantly impair the ability of a translator—even a well-trained one—to provide an adequate level of translation services to every Native-speaking voter. But in some precincts in the three census areas, *none* of the election materials identified above were provided. Table 10 provides a list of the precincts that were completely lacking in these materials, as identified in the federal observer reports, again with a reminder that there may be additional precincts that could be added to this list but were not observed by federal observers.

Table 10: No materials at all were provided in covered language

| No materials provided | | | | |
|---|---|---|---|---|
| August 2016 20 Precincts | Nov. 2016 12 Precincts | August 2018 15 Precincts | Nov. 2018 9 Precincts | 2019 10 Precincts |
| 25% | 33% | 40% | 0% | 10% |
| Kotlik | New Stuyahok | Alakanuk | | Circle |

| | | | | |
|---|---|---|---|---|
| Pitka's Point | Kusilvak-Alakanuk | Chevak | | |
| Beaver | Fort Yukon | Hooper Bay | | |
| KZPA Radio Station | Venetie | Arctic Village | | |
| Venetie | | Circle | | |
| | | Venetie | | |
| | | | | |
| | | | | |

Instructions, in the appropriate Native dialect, regarding election procedures would have also been helpful (Sec. H, 5, d-I, pp. 20-21), but I could find no mention of these in the federal observer reports as being available.

### 3. Voting Machines with Oral Translation

There are three essential components of a successful Election Day language assistance program. Having well-trained bilingual poll workers and appropriate translated election materials were discussed above. But these components are incomplete without voting machines that can provide an oral translation of election information and the ballot into the appropriate Native dialect. The data in Table 11 indicate the precincts that did not have this essential service. On this particular measure, the state has a truly dismal record, with its best performance in the November, 2016 elections, when "only" 43 percent of precincts lacked a working voting machine with oral translation. The state was not required to provide voting machines for non-federal elections, and clearly did not do so in most precincts in 2019.

Table 11: Voting machine with oral language translations in the covered language

| No Voting Machine with audio translations | | | | |
|---|---|---|---|---|
| **August 2016** **20 Precincts** | **Nov. 2016** **12 Precincts** | **August 2018** **15 Precincts** | **Nov. 2018** **9 Precincts** | **2019** **10 Precincts** |

| 100% | 43% | 60% | 56% | 90% |
|---|---|---|---|---|
| Dillingham-Koliganek | Manokotok | New Stuyahok | Dillingham City Hall | Togiak |
| Dillingham-Manokotok | New Stuyahok | Koliganek | Arctic Village | Hooper Bay |
| Dillingham- New Stuyahok | Hooper Bay | Emmonak | Circle | Emmonak |
| Dillingham-Togiak | Fort Yukon | Hooper Bay | Fort Yukon | Circle |
| Alakanuk-Alakanuk | Emmonak | St. Mary's | Venetie | Koliganek |
| Emmonak | Dillingham | Arctic Village | | Chevak |
| Hooper Bay | | Circle | | Alakanuk |
| Kotlik | | Fort Yukon | | New Stuyahok |
| Marshall | | Venetie | | Scammon Bay |
| Mountain Village | | | | |
| Pilot Station | | | | |
| Pitka's Point | | | | |
| Russian Mission | | | | |
| St. Mary's City Hall | | | | |
| Arctic Village- Council Office | | | | |
| Beaver | | | | |
| KZPA Radio Station | | | | |
| Venetie | | | | |

In sum, language assistance on Election Day, like the training and the outreach is, spotty and not well-documented.  Some polling locations accomplished most of the required tasks, and some fell short to a significant extent.  Thus, the record of performance for this required service ranges from acceptable to non-existent.

**IV. Conclusion**

Translating election materials is not an easy task.  It requires a high level of training, pre-election preparation, and the use of well-designed supporting materials. Training, outreach, and

translated election materials must be updated with each election cycle. Translators must understand both the ballot and the voting process, and have the technical skill to provide the voter with sufficient understanding so that the Native-speaking voter can cast a meaningful and informed vote.

The complexities of the electoral process can be difficult to understand, even for English speakers. The Alaska Election Code has 15 chapters and 409 sections (Alaska Election Statutes. 2020). The 2020 Official Election Pamphlet for Region IV was 148 pages long (Official Election Pamphlet. 2020). The language on ballots is often confusing and complicated, especially if there are ballot measures. For example, for the 2020 election in Alaska, there were two ballot measures. Ballot Measure 1, the "North Slope Oil Production Tax Increase Initiative," contained this language:

The other tax, termed an "additional tax," would be based on a calculation of a production tax value for the oil that would allow lease expenditure and transportation cost deductions. This tax on production tax value would be calculated based on the difference between the production tax value of the oil and $50. The difference between the two would be multiplied by the volume of oil, and then that amount would be multiplied by 15%. (Ballotpedia, North Slope Oil Production, 2020).

The other ballot measure was 25 pages long. Ballotpedia ranks ballot measures according to their average readability level on a scale from zero (the least readable score) to 34. The Alaska measures were given a summary rating of 11 (Ballotpedia, Ballot Measure Readability Scores, 2020).

A language assistance program that is truly effective must be comprehensive, carefully designed, administered by well-trained personnel, and available to all voters who need assistance. It should also be fully documented so performance audits can be completed and weak

points identified and remedied. The language assistance program offered by the Alaska Division of Elections in the three census areas covered by this report does not meet these criteria, in my professional opinion.

In conclusion, there are three words that best describe the Division of Elections' fulfillment of the mandates specified in the Stipulation and Order.  First, the state's performance is wildly *inconsistent*; in some areas, some or most of the duties were performed but in others there was a conspicuous failure to perform some duties. The Division's efforts appear to be haphazard, with notable effort put into language assistance in some situations, but not others.

Second, *partial* compliance appears to be a trend across the data. The data documenting the activities and duties as specified in the Stipulation and Order indicate compliance in some cases, minimal effort in some cases, and significant failures in others. In addition, there appears to be no aspect of the program that consists of quality control or assessment. The public administration literature makes it clear that assessment is a critical part of any program, but this program does not have that.  If a quality control program had been in place, many of the problems outlined in this report could have been identified and rectified.

And third, the documentation of compliance is dramatically *incomplete*; we were not able to fully assess all the activities identified in Section II of this report due to the lack of complete and coherent information.[1]  The state's compliance with the Stipulation and Order has not been clearly documented by the state to an extent that a full assessment of all relevant variables can

---

[1] The hodgepodge of materials provided by the state included training records for regions outside the three census areas covered by this case: Homer, KPB, Seward, Anchorage, and Kodiak.

**EXHIBIT A**

be performed; there is not a set of "all records" and "complete records" (p. 29, Sec. Q of the Stipulation and Order). But the evidence that does exist in the federal observer reports and the state materials clearly indicates significant shortcomings and gaps in the program.

REFERENCES

Alaska Election Statutes. Title 15. Elections. 2020.
https://codes.findlaw.com/ak/title-15-elections/#!tid=NDA1D4FC04D1C11DDB409AB1D1ED27E00

Alaska Official Election Pamphlet. 2020.
https://www.elections.alaska.gov/election/2020/General/OEPBooks/2020%20AK%20Region%20IV%20pamphlet_FINAL-web.pdf

American Political Science Association, section on Qualitative Methods.
http://www.apsanet.org/content_57139.cfm.

Ballotpedia. Alaska Ballot Measures, 2020.
(https://ballotpedia.org/Alaska_Ballot_Measure_1,_North_Slope_Oil_Production_Tax_Increase_Initiative_(2020)).

Ballotpedia. Ballot Measure Readability Scores. 2020.
(https://ballotpedia.org/Ballot_measure_readability_scores,_2020).

Bartolini, Stefano. 2013. "The Temporal Dynamics of the Franchise Expansion: Timing, Tempo, and Reversals." *Qualitative & Multi-Method Research* 11 (Fall, No. 2): 3-7.

Bennett, Andrew, Aaron Barth, and Kenneth Rutherford. 2003. "Do We Preach What We Practice? A Survey of Methods in Journals and Graduate Curricula." *PS: Political Science and Politics*, 36 (3), 372-376.

Consortium on Qualitative Research Methods
http://www.maxwell.syr.edu/moynihan/programs/cqrm/

Court Report. n.d. "State of Alaska, Division of Elections, Alaska Native Language Assistance Court Report for 2019 REAA Election. Case No. 3:13-cv-00137-SLG.

Denzin, Norman K. and Yvonna S. Lincoln, eds. 2000, 2011. *The SAGE Handbook of Qualitative Research*, 1st ed., 4th ed. SAGE Publications.

Horton, Angelique, to Indra Arriaga, Jan. 13, 2017. Email provided by the Alaska Division of Elections.

Case 3:13-cv-00137-SLG   Document 311-1   Filed 12/30/20   Page 29 of 61

Lamont, Michèle, and Patricia White.  2009. Workshop on Interdisciplinary Standards for Systematic Qualitative Research. Washington, DC: National Science Foundation, Cultural Anthropology, Law and Social Science, Political Science, and Sociology Programs. www.nsf.gov/sbe/ses/soc/ISSQR_workshop_rpt.pdf.

McCool, Daniel, Susan Olson, and Jennifer Robinson. 2007. *Native Vote: American Indians, The Voting Rights Act, and the Right to Vote*. Cambridge University Press.

McCool, Daniel. *The Most Fundamental Right: Contrasting Perspectives on the Voting Rights Act* (Edited). 2012. Indiana University Press.

Qualitative Data Repository. n.d.  https://qdr.syr.edu

Teherani, Arrianne, et. al. 2015. "Choosing A Qualitative Research Approach." *Journal of Graduate Medical Education*. 2015 Dec; 7(4): 669–670.

*Toyukak v. Mallott*. U.S. Dist. Ct., Dist. of Alaska. Case No. 3:13-cv-00137-SLG.

Tucker, James, Jacqueline De León, and Daniel McCool. 2020. "Obstacles at Every Turn."  Native American Rights Fund. https://vote.narf.org/wpcontent/uploads/2020/06/obstacles_at_every_turn.pdf

Appendix A:
Documents Provided by the Alaska Division of Elections

**Audio/Visual PSA's and Trainings:**

PSA Scripts Provided by Language and Year
Source(s):

- 2014: Docket Numbers 231-19, 231-24, 231-25
- 2015: Documents: "#7 2015 REAA PSA for Radio English BB Yup'ik.pdf", "#7 2015 REAA PSA for Radio English Yup'ik.pdf", "#7 2015 REAA PSA for Radio English.Gwich'in.pdf"
- 2016: Documents: TouchScreenHeadersandRacesTranslations.pdf
- 2018: Documents: 2018 GENERAL Election Scripts (8 folders), 2018 Primary Election PSA Scripts (7 folders), 2018 REAA Election PSA Scripts (10 folders),
- 2019: Documents: Scripts: 2019_Script LM PSA_Gwich'in, 2019_Script_LM PSA SPANISH, 2019_Script_LM PSA_BB, 2019_Script_LM PSA_GCY, 2019_Script_LM PSA_HBC, 2019_Script_LM PSA_NSY, 2019_Script_LM PSA_Y, 2019-Announcements/Notice of Election (9 files), Recordings: 2019 List Maintenance (20 audio files), 2019 Announcements/ANL Audio (6 folders), 2019 REAA Election Video PSAs/DRAFT_Video Scripts (5 files)

Total PSA Recordings Created by Year
Source:

- 2014:
- 2015: Documents:
- 2016: Documents: Folder: Tsx_2016_Tagalog (25 Files), Gwich'in TSX (15 Files), 2016_Spanish (25 Files), 2016_HBC (15 Files), 2016_GCY-Veronica's do not use (11 Files), 2016_GCY- Yukon (15 Files), 2016_GCY- NSK (15 Files), 2016_GCY (15 Files), 2016_BB (15 Files), 2016 TSAudio Yukon_Kotlik (8 Files), TSX Yup'ik (32 Files), Primary (8 Files), NInupiaq TSX (7 Files), Koyukon TSX (4 Files), BM and Judicial 2016 GENR (14 Files), Audio for Tablets (English and Target Language in one Recording)
- 2018: Documents: Recordings: 2018 ANL Advertising File (40 files, 4 other folders), 2018 17FSH2 Audio (11 Folders), 2018 Judicial Retention_Final (8 folders), 2018 Primary Election PSA Audio (36 files), 2018 REAA Election PSAs (54 files),
- 2019: Documents: 2019 List Maintenance (20 audio files), 2019 Announcements/ANL Audio (6 folders), 2019 REAA Election Video PSAs/DRAFT_Video Scripts (5 files)

PSA and Training Videos by Dialect:
Source:

- 2014:
- 2015: Documents:
- 2016: Documents:
- 2018: Documents: 2018 Video PSA I Voted_SCRIPT, 180711 Video Div Elections ELECTION WORKERS 1, 180711 Video Div Elections I VOTED2, Videos (3 files, 1 folder)
- 2019: Documents: 2019 REAA Election Video PSAs (6 videos)

**Posters and Mailed Docs:**

Mailers and Outreach Text by Language and Year
Source:

- 2014: Docket Numbers 231-20
- 2015: Documents: : #8 #9 2015 REAA PSA for Outreach Workers English BB Yup'ik.pdf, #8 #9 2015 REAA PSA for Outreach Workers English Yup'ik.pdf,        #8 #9 2015 REAA PSA for Outreach Workers English.Gwich'in.pdf
- 2016: Documents: untitled
- 2018: Documents: : Mailers_012018 (5 files, 1 folder)
- 2019: Documents: 2019 LM notice tribal ltr, 2019 LM Letter Contact List,

S43 and P17 (Language Assistance) Posters by Language
Source:

- 2014: Docket Numbers 231-21,231-27
- 2015: Documents: : #12 P17 LA Poster Polls. Yup'ik.pdf, #12 P17 LA Poster Polls Gwich'in.pdf
- 2016: Documents: NUN Cup'ig Posters (3 Files), NSY Yup'ik Posters (3 Files), HBC Cup'ik Posters (3 Files), Gwich'in Posters (2 Files)
- 2018: Documents: S43 Poster_English, S43_Posters (2 files, 2 folders)
- 2019: Documents: 2019 REAA S43 NOTICE_POSTERS (2 files, 3 folders)

Letters Sent to Tribal Councils by Dialect
Source:

- 2014: Docket Numbers 231-3, 231-6
- 2015: Documents: : #6 2015 REAA Tribal Outreach 1st mailing.pdf, #6 2015 REAA Tribal Outreach sample ballot mailing Gwich'in.pdf
- 2016: Documents: : Sec3B.pdf, NARFYup'ikRecommendations.pdf, NARFGwich'inRecommendations.pdf, R4PAVnarrative.pdf
- 2018: Documents: 2018 LM notice tribal ltr BCA KCA DCA YKCA, 2018 LM notice tribal ltr BCA KCA DCA YKCA1, DCA WHCA Tribal ltr re dialects
- 2019: Documents: 2019 LM Letter To Tribes, 2019 LM notice tribal ltr

**Glossaries and OEP Docs:**

Glossaries Recorded by Year
Source:

- 2014:
- 2015: Documents:
- 2016: Documents: : AudioGlossaryEmail.pdf, 2016 Yup'ik Glossary of Election Terms.pdf, 2016 Gwich'in Glossary of Election Terms.pdf, Gwich'inAudioGlossaryFiles (63 Files)
- 2018: Documents: B19-Gwichin Glossary, B19Y, Audio Glossary Recordings (2 files, 10 folders)
- 2019: Documents: B19 Gwichin Glossary, B19 Yupik Glossary

Official Election Pamphlet Languages
Source:

- 2014:
- 2015: Documents:
- 2016: Documents: OEPS: Returned surveys on OEP.pdf, YYOEP.pdf, OEPletteronletterhead.docx, OEP mailing list with tracking numbers.pdf, NSKOEP.pdf, HBCOEP.pdf, Gwich'inOEP.pdf, GCYOEP.pdf, BBOEP.pdf
- 2018: Documents: 2018 OEPs and ballot measure (22 files)
- 2019: Documents:

Sample Ballot Languages
Source:

- 2014: Docket Numbers 231-17, 231-18, 231-19
- 2015: Documents: #15 DCA WHCA R4 Outreach Letter for Sample Ballots.pdf      #15 Gwich'in REAA 13-1.pdf      #15 Gwich'in REAA 13-2.pdf   #15 Gwich'in REAA 13-3.pdf      #15 YKCA Gwichin Sample ballot letters.pdf  #15 Yupik REAA 3.pdf #15      Yupik REAA 6.pdf     #15 Yupik REAA 22.pdf
- 2016: Documents: 2016 REAA Sample Ballots (23 Files), 2016 Primary Sample Ballots (29 Files), 2016 General Sample Ballots for Printing (16 Files)
- 2018: Documents: 2018 OEPs and ballot measure (22 files), 18GENR (2 folders), 18PRIM (1 folder), 18REAA (2 folders)
- 2019: Documents: Sample ballots (21 files, 2 folders)

"Can I Help?" Button Design
Source:

- 2014: Docket Numbers 231-28
- 2015: Documents: #11 Button Can I Help Gwich'in.pdf,      #11 Button Can I Help Yup'ik.pdf

- 2016: Documents: 2017 FINAL Report to the Court (page 32)
- 2018: Documents: untitled

- 2019: Documents: untitled


**Web Translations Available:**

Translations made available via Division of Elections Website
Source:

- 2015: Documents: #14 LA Web Page Gwich'in, #14 LA Web Page Sample Ballots Yup'ik, #14 LA Web Page Yup'ik
- 2020: Source: https://elections.alaska.gov/Core/languageassistance.php Citation: Alaska. (2020). Language Assistance. Retrieved November 15, 2020, from https://elections.alaska.gov/Core/languageassistance.php (APA)


Outreach Workers Employed by Election
Source:

- 2014: Docket Numbers 231-3
- 2015: Documents: "#3 and 8 Outreach Worker Packet YKCA R3.pdf", #17 WHCA Bilingual Worker Database.pdf, #17 YKCA Bilingual Outreach Workers.pdf
- 2016: Documents: 16REAA outreach certs.pdf, 16PRIM outreach certs.pdf, 16GENR outreach certs.pdf, 16REAAcommunication.pdf, 16 PRIMCommunication.pdf, 16GenrCommunication.pdf, WorkerTAPrimaryElection.pdf, WorkerTAGeneralElection.pdf, TamaraHenryEmailAndWilliamEdwardsTravelTA.pdf
- 2018: Documents:
- 2019: Documents: Training (4 files)


Receipts for Radio Air Time
Source:

- 2014: untitled
- 2015: Documents: "#7 AO 16-3000 KDLG Candidate BB Yup'ik.pdf" (33 other receipt files following this one. Total- 34 receipts for air time)
- 2016: Documents: Removable Disk E/PSAs/ANL Audio/Invoices and Affadavits (50 files)
- 2018: Documents: PSAs files and certificates (5 Folders), 2018 GENERAL Election PSA Audio (43 files),
- 2019: Documents: 2019-Announcements/Docs for Court Report (23 files), 2019-Announcements/List Maintenance (8 files), 2019-Announcements/PFD AVR (3 files), 2019-announcements (4 folders),

Appendix B

## Table 3: Outreach

| Outreach Workers & Time Providing Outreach: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| File Name | Year | Region | Precinct | Hrs Worked | Announcements: Language Assistance | Announcements: Voter Reg. Deadline | Announcements: Election Day/ Polling Location Hrs | #messages aired per election cycle |
| 19REAA R4 outreach certificates.pdf | 2019 | 4 | Aleknagik | None Reported | No | No | No | 24 |
| | 2019 | 4 | Clark's Point | 13 | Yes | Yes | Yes | |
| | 2019 | 4 | Manokotak | 10 | Yes | Yes | Yes | |
| | 2019 | 4 | Togiak | 10 | Yes | Yes | Yes | |
| | 2019 | 4 | Marshall | 1 | No | No | No | |
| | 2019 | 4 | Napakak | 10 | Yes | Yes | Yes | |
| | 2019 | 4 | Hooper Bay | 10 | Yes | Yes | Yes | |
| | 2019 | 4 | Kotlik | 10 | Yes | Yes | Yes | |
| | 2019 | 4 | Pilot Station | 10 | Yes | Yes | Yes | |
| | 2019 | 4 | Scammon Bay | 10 | Yes | Yes | Yes | |
| <mark>No Certifs of Outreach Provided for Reg 3 - 2019</mark> | 2019 | 3 | No Data | No Data | No Data | No Data | No Data | |
| | | | | | | | | |
| File Name | Year | Region | Precinct: | Hrs Worked: | Announcements: Language Assistance: | Announcements: Voter Registration Deadline | Announcements: Election Day/ Polling Location Hrs | |
| Certif. of Outreach.pdf | 2018 | 3 | Fort Yukon | 30 | No | No | No | 0 |
| | 2018 | 3 | Fort Yukon | 30 | No | No | No | |
| | 2018 | 3 | Circle | "No Hrs Submitted" | No | No | No | |
| | 2018 | 3 | Circle | 30 | No | No | No | |
| | 2018 | 3 | Beaver | "No Hrs Submitted" | No | No | No | |
| | 2018 | 3 | Beaver | "No Hrs Submitted" | No | No | No | |
| | 2018 | 3 | Birch Creek | "No worker for loc" | No | No | No | |
| | 2018 | 3 | Birch Creek | "No worker for loc." | No | No | No | |
| | 2018 | 3 | Chalkyitsik | "No worker for loc." | No | No | No | |
| | 2018 | 3 | Chalkyitsik | "No worker for loc." | No | No | No | |
| | 2018 | 3 | Venetie | "No Hrs Submitted" | No | No | No | |
| | 2018 | 3 | Venetie | "No Hrs Submitted" | No | No | No | |
| | 2018 | 3 | Chalkyitsik | "No worker for loc" | No | No | No | |
| <mark>No Certificates of Outreach Provided for Reg 4 in 2018</mark> | | | | | | | | |

| File Name | Year | Region: | Precinct : | Hours Worke | Announcements: Language Assistance: | Announcements: Voter Registration Deadline: | Announcements: Election Day/ Polling Location Hrs | # messages aired per election cycle |
|---|---|---|---|---|---|---|---|---|
| 16GENR outreach cert.pdf | 2016 | 4 | Nunam Iqua | 30 | Yes | Yes | Yes | 25 |
| | 2016 | 4 | Nunam Iqua | 30 | Yes | Yes | Yes | |
| | 2016 | 4 | Kotlik | 2 | No | No | No | |
| | 2016 | 4 | Kapaskiak | 30 | Yes | Yes | Yes | |
| | 2016 | 4 | Hooper Bay | 30 | Yes | Yes | Yes | |
| | 2016 | 4 | Tuluksak | 30 | No | No | No | |
| | 2016 | 4 | Togiak | 25 | Yes | Yes | Yes | |
| | 2016 | 4 | Napakiak | 30 | No | No | No | |
| | 2016 | 4 | Kwigillingok | 11 | Yes | No | Yes | |
| | 2016 | 4 | Lower Kalsag | 30 | Yes | Yes | Yes | |
| | 2016 | 4 | Nightmute | 20 | Yes | Yes | Yes | |
| | 2016 | 4 | Mt. Village | 30 | No | No | Yes | |
| | 2016 | 4 | Pilot Station | 10 | No | No | Yes | |
| 16PRIM outreach certs.pdf | 2016 | 4 | Lower Kalsag | 30 | Yes | Yes | Yes | 14 |
| | 2016 | 4 | Napakiak | 25 | Yes | Yes | Yes | |
| | 2016 | 4 | Napaskiak | 30 | Yes | Yes | Yes | |
| | 2016 | 4 | Nunapitchuk | 3 | Yes | No | Yes | |
| | 2016 | 4 | Hooper Bay | 30 | Yes | Yes | Yes | |
| | 2016 | 4 | Kotlik | 30 | No | No | No | |
| 16REAA outreach certs | 2016 | 4 | Togiak | 8 | Yes | Yes | Yes | 25 |
| | 2016 | 4 | Atmautluak | 10 | Yes | Yes | Yes | |
| | 2016 | 4 | Kwethluk | 10 | Yes | Yes | Yes | |
| | 2016 | 4 | Napakiak | 10 | Yes | Unclear | Unclear | |
| | 2016 | 4 | Napaskiak | 10 | Yes | Yes | Yes | |
| | 2016 | 4 | Nunapitchuk | 4 | No | No | No | |
| | 2016 | 4 | Quinhagak | 20 | Yes | Yes | Yes | |
| | 2016 | 4 | Tuluksak | 10 | Yes | Yes | Yes | |
| | 2016 | 4 | Hooper Bay | 10 | Yes | Yes | Yes | |
| | 2016 | 4 | Kotlik | 2 | No | No | No | |
| | 2016 | 4 | Pilot Station | 1 | Yes | Yes | Yes | |
| No Certifs of Outreach Provided for Reg. 3 - 2016 | | | | | | | | |

Appendix C

Vita
**Daniel Craig McCool**
Political Science Department
University of Utah
Gardner Commons, Suite 3345
260 S. Central Campus Dr.
Salt Lake City, UT  84112
(801) 476-2088
email:  dan.mccool@poli-sci.utah.edu
November, 2020

## EDUCATION

Ph.D.  (1983) University of Arizona (Political Science)
　　Dissertation:  "Indian and Non-Indian Water Development."

Independent Doctoral Minor:  Latin American Studies, awarded by the Latin American Area Center, University of Arizona.

M.A.  (1978) University of Arizona (Political Science)
　　M.A. Thesis:  "The Budgeting Problems of the National Park Service."

B.A.  (1973) Purdue University (Sociology).

Major Fields of Research:  voting rights, water resources, public lands, American Indian policy

Language Training:  Spanish

## WORK EXPERIENCE

| | |
|---|---|
| 2017-present | Professor Emeritus, Political Science, University of Utah |
| 1996-2017 | Professor of Political Science, University of Utah |
| 2003-2015 | Director, Environmental and Sustainability Studies Program |
| 2011-2014 | Co-Director, University of Utah Sustainability Curriculum Development |
| 1998-2007 | Director, American West Center |
| 1989-1996 | Associate Professor of Political Science, University of Utah |
| 1990-1993 | Associate Dean, College of Social and Behavioral Science |
| 1987-1990 | Director of Public Administration Education, Center for Public Policy and Administration, University of Utah |
| 1987-1989 | Assistant Professor of Political Science, University of Utah |
| 1983-1987: | Assistant Professor, Texas A&M University |
| 1982-1983: | Visiting Lecturer, Texas A&M University |

**EXHIBIT A**

| Spring, 1981: | Lecturer for the American Indian Education Program, University of Arizona |
|---|---|
| 1978-1982: | Research and Teaching Associate, Political Science Department, University of Arizona |
| June--Oct., 1978: | Volunteer English Instructor for Project Ayuda in Cunen, Guatemala (7th, 8th, and 9th grade Mayan Indian students). |
| 1976-1978: | Research Assistant, Political Science Department, University of Arizona. |
| 1973-1974: | Research Assistant, Southwest Indian Youth Center, Tucson, Arizona. |

## PUBLICATIONS

*Books*:

**Vision and Place: John Wesley Powell & Reimagining the Colorado River Basin** (edited), with Jason Robison and Thomas Minckley. University of California Press, 2020. This book is divided into three parts: water, public lands, and Native Americans. Each chapter is divided into three sections: historic, contemporary, and prospective. The editors wrote an introductory chapter to the book and an introduction to each of the three parts.

**River Republic: The Fall and Rise of America's Rivers.** Columbia University Press, 2012 (paperback 2014). This book tells the story of America's rivers and the movement to bring them back to health and vigor. I develop the theme of a "river republic" by focusing on citizens who become politically active to save a local river.
Runner-up, Science Category, Green Book Festival.

**The Most Fundamental Right: Contrasting Perspectives on the Voting Rights Act** (edited). Indiana University Press, 2012. The book is a "debate in print" over the future of the Voting Rights Act. The chapter authors are the leading voices in that debate.

**Native Vote: American Indians, the Voting Rights Act, and the Right to Vote**, with Susan Olson and Jennifer Robinson. Cambridge University Press, 2007. This book provides a history and analysis of Indian voting rights, with emphasis on cases brought under the Voting Rights Act. Three case studies are used to illustrate the legal issues in such cases. The final chapter describes contemporary efforts by American Indians to participate in the political system.

**Native Waters: Contemporary Indian Water Settlements and the Second Treaty Era.** University of Arizona Press, 2002. This book analyzes the first fourteen negotiated settlements that attempted to resolve conflicts over Indian water rights. I argue that these water settlements constitute a second treaty era, analogous to the first treaty era of the Nineteenth Century.

**Contested Landscape: The Politics of Wilderness in Utah and the West**, with Doug Goodman. University of Utah Press, 1999. This edited book consists of chapters written by graduate and undergraduate students from the University of Utah. My contributions include the Preface, co-authorship of the final chapter ("The Community Context Approach"), and an introduction to each of the four sections of the book.

**Staking Out the Terrain: Power Differentials Among Natural Resource Management Agencies**, second edition, with Jeanne Nienaber Clarke. SUNY Press, 1996. This book formulates a model of agency power focusing on the ability of agencies to expand resources and jurisdiction. A detailed analysis of seven federal agencies provides support for the model. They are: the Army Corps of Engineers, the Forest Service, the

Bureau of Reclamation, the National Park Service, the Fish and Wildlife Service, the Natural Resource Conservation Service, and the Bureau of Land Management. We are currently working on a third edition.

**Public Policy Theory, Concepts, and Models: An Anthology**. Englewood Cliffs, NJ: Prentice Hall, 1995. This semi-edited book provides a comprehensive overview of the most influential theories, concepts, and approaches in policy studies. It is an anthology of previously published work arranged into conceptual categories. My contributions include: Section One: "The Theoretical Foundation of Policy Studies;" Section 6: "Conflict and Choice in Policy Theory;" and an "Introduction" and "Discussion" to accompany Sections Two through Five.

**The Waters of Zion: The Law, Policy, and Politics of Water in Utah**. University of Utah Press, 1995. This edited book consists of chapters written by graduate and undergraduate students from the University of Utah. My contributions include: Chapter One: "Politics, Water And Utah;" Chapter Nine: "The CUP Completion Act of 1992;" and an "Introduction" to each of the four sections of the book.

**Command of the Waters: Iron Triangles, Federal Water Development, and Indian Water**. University of California Press, 1987, re-issued in paperback with a new chapter, 1994, by the University of Arizona Press. This book is concerned with differential rates of water development on Indian and non-Indian lands. Chapter one identifies factors that affect the political viability of iron triangles. The book then examines a traditionally weak iron triangle -- the water development program of the Bureau of Indian Affairs, and a traditionally powerful iron triangle-- the federal water development program.

*Journal Articles*:

"Evolution of Water Institutions in the Indus River Basin: Reflections from the Law of the Colorado River." With Erum Sattar and Jason Robison. *Michigan Journal of Law Reform* 51 (Issue 4 Summer 2018): 715-776 (ranked #94 out of 1,549 law journals).

"Indigenous Water Justice." With Jason Robison, Barbara Cosens, Sue Jackson, and Kelsey Leonard. *Lewis and Clark Law Review*: 22 (No. 3, 2018): 841-922 (ranked #40 out of 1,549 law journals).

"Integrated Water Resources Management and Collaboration: The Failure of the Klamath Water Agreements." *Journal of Policy History*. 30, Issue 1 (Jan. 2018): 83-104.

"The Power of the Woods: A Memoir." *The Trumpeter: Journal of Ecosophy*. 32, No. 2 (2016).

"Social Science Expert Witness Testimony in Voting Rights Cases," with Richard Engstrom, Jorge Chapa, and Gerald Webster. *National Political Science Review*. 17, No. 1 (2015).

"Institutionalizing Interdisciplinary Sustainability Curriculum at a Large, Research-intensive University: Challenges and Opportunities," with M. Ward, A. Cachelin, B. Bowen, and S. Burian. *Journal of Environmental Studies and Sciences* (Aug. 2015).

"Creating a "Water BRAC" Commission to Evaluate Existing Water Projects." *Water Resources Impact* (Vol. 17, No. 5, 2015).

"Campus Sustainability in the U. S.: A Comparison of a Research and a Teaching University" with Janet Winniford. *International Journal of Environmental, Cultural, Economic, and Social Sustainability* (Vol. 6, No. 4, 2010).

"Rivers of the Homeland: River Restoration on Indian Reservations." *Cornell Journal of Law and Public Policy* 16 (Summer 2007 No. 3): 539-561.

**EXHIBIT A**

"The River Commons: A New Era in U. S. Water Policy." *University of Texas Law Review*. 83 (June 2005): 1903-1927.

"Two Cultures, One County: Devolution and Indian Sovereignty," with F. Ted. Hebert and Doug Goodman *American Indian Culture and Research Journal* 29 (No. 2, 2005): 15-34.

"Grand Staircase-Escalante National Monument: Lessons for a Public Lands Peace Process in Utah." *Journal of Land, Resources, and Environmental Law* 21 (No. 2b, 2001): 613-618.

"Field Essay: The Subsystem Family of Concepts: A Critique and A Proposal," *Political Research Quarterly* 51 (Number 2, 1998): 551-570.

"Indian Water Settlements: Negotiating Tribal Claims to Water." *Water Resources Update* (Spring, 1997): 28-32.

"Implementing Public Action: Populist Bureaucracy and Program Politicians," *International Journal of Public Administration* 20 (4&5, 1997): 935-937.

"Indian Water Settlements:  The Prerequisites of Successful Negotiation," *Policy Studies Journal* 21 (#2, 1993): 227-247.

"Intergovernmental Conflict and Indian Water Rights:  An Assessment of Negotiated Settlements," *Publius* 23 (Winter, 1993): 85-101.

"Water Welfare, Green Pork, and the 'New' Politics of Water," *Halcyon* 14 (1992): 85-102.

"Subgovernments:  Determinants of Political Viability," *Political Science Quarterly* 105 (Summer, 1990): 269-93.

"Marketing of Water from Indian Lands," *Forum for Applied Research and Public Policy* 5 (Spring, 1990): 73-78.

"Subgovernments and the Impact of Policy Fragmentation and Accommodation," *Policy Studies Review* 8 (Winter, 1989):  264-87.

"Precedent for the Winters Doctrine," *Journal of the Southwest* 29 (Summer, 1987):  164-78.

"Voting Patterns of American Indians in Arizona," *The Social Science Journal* 19 (July, 1982):  101-13.

"Federal Indian Policy and the Sacred Mountain of the Papago Indians," *Journal of Ethnic Studies* 9 (Fall, 1981):  58-69.

"Indian Water Rights, The Central Arizona Project and Water Policy in the Lower Colorado River Basin," *Journal of Energy Law and Policy* 2 (1981):  107-22.

"Indian Water Rights:  The Bureaucratic Response," *Hydrology and Water Resources in Arizona and the Southwest*  2 (May, 1981).


***Book Chapters:***

"We Must Either Protect Him or Destroy Him."  With Weston C. McCool.  In *Vision and Place: John Wesley Powell & Reimagining the Colorado River Basin*.  University of California Press, 2020.

"The Politics of Dam Removal and River Restoration." In *Environmental Politics and Policy in the West*, rev. ed. Edited by Zachary Smith and John Freemuth. University Press of Colorado, 2016.

"A New Water Ethic." In *Desert Water: The Future of Utah's Water Resources*, ed. by Hal Crimmel. University of Utah Press, 2014.

"Voting Rights and Electoral Representation in the United States." *The Oxford Handbook of Indigenous Peoples' Politics*, Oxford University Press, 2014.

"Meaningful Votes." Chapter One of *The Most Fundamental Right: Contrasting Perspectives of the Voting Rights Act*, 2012, Indiana University Press.

"Accomplishing the Impossible: Implementing River Restoration Projects." In *Greening History: The Presence of the Past in Environmental Restoration*, edited by Marcus Hall. Routledge Press, 2010.

"As Dams Fall, A Chance for Redemption." *Water in the 21st Century West*, edited by Char Miller. Oregon State University Press, 2009: 65-70.

"The Development of the Geographic Information System at Tohono O'odham Nation, Arizona," with Phoebe B. McNeally and Barry Biediger. *In The U. S.-Mexican Border Environments: Tribal Environmental Issues of the Border Region*, edited by Michael Wilken-Robertson. SCERP Monograph No. 9. 2004.

"Evolving Political Institutions: A New Water Policy and Its Impact on the Border Region." In *The U. S. Mexican Border Environment*, edited by Suzanne Michel. San Diego State University Press, 2003: 363-394

*Atlas of U. S. and Canadian Environmental History*. Chap. 4: "*Winters v. U. S.* and the Development of the Doctrine of Reserved Water Rights." Chap. 6: "Contemporary Indian Land and Resource Rights in the U. S." Chap. 7: "River Restoration: The New Era in Federal Water Policy." New York: Moschovitis Publishing Group, 2002.

"Negotiated Water Settlements: Environmentalists and American Indians," with Laura Kirwan. In *Trusteeship in Change: Toward Tribal Autonomy in Resource Management*, edited by Richmond Clow and Imre Sutton. University Press of Colorado (2001): 265-280.

"Native Americans, Who Were Forced to Give Up Most of their Land, Should Exercise Jurisdictional Sovereignty over Their Reservations." In *History in Dispute: Water and the Environment Since 1945*, edited by Char Miller. Manly, Inc. (2001): 171-173.

"The CUP: A Project in Search of a Purpose," "Welcome, Floaters, to River City," and "The Northern Utes Long Water Ordeal." In *Water in the West*, edited by Char Miller. Oregon State University Press (2001).

"Contemporary Treaties: Indian Water Settlements." In *Fluid Arguments: Water in the American West*, edited by Char Miller. University of Arizona Press (2001): 120-138.

"Negotiating Water Settlements: Ten Common Themes," in *Indian Water in the New West*, edited by Thomas McGuire, William Lord, and Mary Wallace. University of Arizona Press (1993): 88-102.

"The Watering of the Reservation: Native Americans and their Water," in *Environmental Politics and Policy in the West*, edited by Zachary Smith. Kendall-Hunt Publishers (1993): 219-236.

"Water and the Future of Non-Indian Federal Lands in the Southwest," in *Water and the Future of the Southwest*, edited by Zachary Smith. University of New Mexico Press (1989): 113-32.

Case 3:13-cv-00137-SLG   Document 311-1   Filed 12/30/20   Page 41 of 61

"Indian Voting," in *American Indian Policy in the Twentieth Century*, edited by Vine Deloria, Jr. University of Oklahoma Press (1985): 105-134.

"The Relevance of Management Information Systems to Policy Choices: Lessons for the Bureau of Land Management" with Helen Ingram, in *Developing Strategies for Rangeland Management*, edited by the National Research Council and the National Academy of Science, Westview Press, Boulder, Colorado (1984): 1785-1809.

***Report:***

"Obstacles at Every Turn: Barriers to Political Participation Faced by Native American Voters," with James Tucker and Jacqueline De León. Published by the Native American Rights Fund. 2020.
 https://vote.narf.org/wp-content/uploads/2020/06/obstacles_at_every_turn.pdf

***Encyclopedia Articles:***

"American Indians, 1975-Present." *Encyclopedia of US Political History*, CQ Press, 2011.

"Dam Removal and River Restoration." *Encyclopedia of Water Politics and Policy in the United States. CQ Press, 2011.*

"Applied Behavioral Science." *The International Encyclopedia of Public Policy and Administration*, edited by Jay Shafritz. Westview Press (1997).

## MEDIA PUBLICATIONS

Utah's Outstanding Rivers Deserve Recognition," with Tim Palmer. *The Salt Lake Tribune* (Sept. 9, 2017). http://www.sltrib.com/opinion/commentary/2017/09/09/commentary-utahs-outstanding-rivers-deserve-recognition/

"Choose to Be Powerful." *Field Report*, Southwest Region, National Parks Conservation Association (Summer/Fall 2017).
https://www.npca.org/resources/3094-southwest-regional-office-field-reports

"Op-Ed: We've Been Here Before, and the Result Was Devastating." *The Salt Lake Tribune* (Oct. 30, 2016). http://www.sltrib.com/opinion/4515090-155/op-ed-weve-been-here-before-and

"The Solution to Utah's Water Problems." Op-Ed, *Deseret News* (Jan. 5, 2016).
http://www.deseretnews.com/article/865646997/The-solution-to-Utahs-water-problems.html

"Utah Rules of the Road." *Salt Lake City Weekly* (Oct. 28, 2015).
http://www.cityweekly.net/utah/utah-rules-of-the-road/Content?oid=3047281

"3 Myths Power Effort to Give Federal Lands to Utah." Op-Ed, *Salt Lake Tribune* (July 3, 2014)
http://www.sltrib.com/csp/cms/sites/sltrib/pages/printerfriendly.csp?id=58143192

"What Gettysburg Means to America Today." Op-Ed, *Salt Lake Tribune* (July 12, 2013).

"The Big Shakeout and a New Water Ethic. *RMS Journal* 26, No. 3 (Fall, 2013): 18-19.
http://www.river-management.org/assets/Journals-Newsletters/2013fall.pdf

"A Coalition to Stop Water Grab." Op-Ed*, Salt Lake Tribune* (April 2, 2013).

"Saving for the Future: Making a Commitment Now to Preserve Great Salt Lake." *Friends of Great Salt Lake Newsletter* (Fall, 2011, # 4): 7.

"Warning: Water Policy Faces an Age of Limits." *High Country News* (April 22, 2010), Reprinted in the *Salt Lake Tribune*, the *Summit Daily News*, *the Aspen Times, and the Cortez Journal*.

"Fall Creek." *American Rivers* (Fall, 2009): 13.

"If I Were President....*" The Canyon Country Zephyr* vol. 20, no. 4 (Oct/Nov 2008): 18.

"Native Vote in 2008." ACLU Blog of Rights, Voting Rights Symposium, October 17, 2008.

"Perfect Moments." *The Canyon Country Zephyr,* vol. 19, no. 5 (Dec/Jan): 14.

"A Walking Tour of Washington's Civil War Statuary." *Civil War Historian* 3 (March/April 2007): 20-25.

"As Dams Fall, a Chance for Redemption." *High Country News* (June 21, 2004): 12.

"Funding the Water System with Property Taxes Is Unfair." *Salt Lake Tribune*, editorial (Sept. 2, 2001): AA2.

"Indian Reservations:  Environmental Refuge or Homeland?" *High Country News* (10 April 2000): 10.

"Learning Vision." *Continuum* (Winter, 1998-99): 54.

"Want Less Government and Lower Taxes? Stop the Spanish Fork-Nephi Irrigation Project*." The Salt Lake Observer* (July 17-30, 1998): 6.

"Wasteful Irrigation Subsidies Are All Wet." *Salt Lake Tribune*, editorial (February 15, 1998): AA8.

"A River Between Two Cultures." *Catalyst* (August, 1997): 14-15.  (Awarded second place, "Excellence in Journalism Award," by the Utah Society of Professional Journalists, 1998).

"Salt Lake's Water Needs are Real, but Let's Think Before Paying More." *Salt Lake Tribune*, editorial (August 3, 1997): AA6.

"Indian Water Settlements: Negotiating Tribal Claims to Water." *Red Ink* (Spring, 1996): 10-14.

"Utah and the Ute Tribe are at War." *High Country News* (June 27, 1994): 12. Reprinted in the *Ute Bulletin* (July 26, 1994): 5, and again (September 5, 1995): 4.

"Return to Bittersweet Memories:  A Family Vacation to WWII." *The Purdue Alumnus,* (Summer, 1993): 24-29.

"Welcome Floaters, to River City." *High Country News* (Dec. 30, 1991): 15.

"The Northern Utes' Long Water Ordeal." *High Country News* (July 15, 1991):  8-9.  Reprinted in the *Ute Bulletin*  (Aug. 13, 1991):  6.

"The New Politics of the Environment and the Rise of 'Green Pork'," *Free Perspectives* IV (Dec., 1990): 5-7.

"Indians Defend Tribes from Attack," *High Country News* (May 21, 1990):  14.  Reprinted in the *Ute Bulletin* (June 27, 1990):  4.

"New Coalition Lobbies for Indians," *High Country News* (Feb. 26, 1990):  3.

"Pilgrimage to the Sacred Mountain," *Ascent:  The Mountaineering Experience in Word and Image,* Sierra Club Books, 1989.

**EXHIBIT A**

"Let Taxpayers Devise Budget," *Salt Lake Tribune*, Common Carrier column (Mar. 26, 1989): A18.

"Who's to Blame for $3.12 Trillion Debt Limit? Look in Mirror," *Salt Lake Tribune*, editorial (Dec. 16, 1989): A14. Also published in *The Park Record* as "The Debt-Makers: Who Are Those Guys?" (Dec. 28, 1989): A20.

"To Save a Sacred Mountain," *The Canyon Echo* (April, 1982): 4.

"Climbing Tongue-in-Cheek," *Summit* (April-May, 1980).

"Baboquivari Endures as Center of World," with Richard Harding, *The Indian Trader* (Aug., 1979): 3, 16.

"Orizaba: The Other Side of the Mountain," *Summit* (June-July, 1979).

## EXPERT WITNESS REPORTS IN VOTING CASES

> *U. S. v. South Dakota.* 615 NW 2d 590 U.S. Dist. Ct. SD (2000)
> *U.S. v. Blaine County*. 157 F. Supp. 2d 1145 U.S. Dist. Ct. MT (2001)
> *Bone Shirt v. Hazeltine*. 336 F. Supp.2d 976 U.S. Dist. Ct. SD (2004)
> *Cottier v. City of Martin*. No. CIV. 2002-5021 U.S. Dist. Ct. SD (2005)
> *Koyukak v. Treadwell*. Case No. 3:13-cv-00137-JWS U.S. Dist. Ct. AK (2014)
> *Navajo Nation v. San Juan County, Utah.* Case No. 2:12-cv-00039-RJS-DPB. U.S. Dist. Ct. UT (2016)
> *Brakebill v. Jaeger*. I. Civ. 1: 16-CV-08 U.S. Dist. Ct. ND (2016)
> *Brakebill v. Jaeger*. II. Civ. 1: 16-CV-08 U.S. Dist. Ct. ND (2018)
> *Sanchez et. al. v. Cegavske.* Case No. 3:16-cv-00523-MMD-WGC U.S. Dist. Ct. NV (2016)
> *Navajo Nation Human Rights Commission v. San Juan County, Utah*. Case No. 2:16-cv-00154-JNP-BCW U.S. Dist. Ct. UT (2017)
> *Voto Latino v. Hobbs*. CV-05685-PHX-DWL. U.S. Dist. Ct. AZ (2019)
> *DSCC v. Simon*. 2nd Jud. Dist. Minn. (Jan. 2020, Supp Rept. April, 2020)
> *Western Native Voice v. Stapleton*. Mont. 13th Jud. Dist. (March, 2020, Supp. Rept. Aug. 2020)
> *Corona et. al. v. Cegavske et. al*. I. 1st Jud. Ct. in and for Carson City, NV (April, 2020)
> *Crossey v. Bookckvar*. In the Commonwealth Court of Pennsylvania (May, 2020)
> *LaRose v. Simon*, 2nd Jud. District of Minnesota (July, 2020)
> *Corona et. al. v. Cegavske et. al*. II. 1st Jud. Ct. in and for Carson City, NV (July, 2020)
> *League of Women Voters v. LaRose*. U.S. Dist. Ct. Southern Dist., Eastern. Div. OH (Aug., 2020)
> *A. Philip Randolph Institute of Ohio v. LaRose*. U.S. Dist. Ct. Northern Div. OH (September 2020)

## BOOK REVIEWS

*Unredeemed Land: An Environmental History of Civil War and Emancipation in the Cotton South,* by Erin Stewart Mauldin. *Journal of American History,* 2020.

*Water: Abundance, Scarcity, and Security in the Age of Humanity,* by Jeremy Schmidt. *The American Historical Review,* 2018.

*The Blue, The Gray, and the Green,* edited by Brian Allen Drake. *Journal of American History,* 2015.

*Integrating Climate, Energy, and Air Pollution Policies,* by Gary Bryner with Robert Duffy. *Perspectives in Politics, 2013.*

*The New Politics of Indian Gaming,* by Kenneth Hansen and Tracey Skopek. *American Review of Politics.* 2012.

*Stealing the Gila,* by David DeJong. *Pacific Historical Review, Vol. 80, No. 1, 2010.*

*Dividing Western Waters,* by Jack August. *Western Historical Quarterly*, 2009.

*The Silver Fox of the Rockies: Delphus E. Carpenter and the Western Water Compacts,* by Daniel Tyler. *The Jouranl of American History.* June 2004.

*Fuel for Growth: Water and Arizona's Urban Environment,* by Douglas Kupel. *The Journal of American History.* June 2004.

*Indian Reserved Water Rights: The Winters Doctrine in Its Social and Legal Context,* by John Shurts. *Pacific Historical Review* (Nov. 2001).

*The Struggle for Water: Politics, Rationality, and Identity in the American Southwest*, by Wendy Nelson Espeland. In *The American Political Science Review*, (Fall, 1999).

*A Sense of the American West: An Anthology of Environmental History*. Edited by James E. Sherow. In *Utah Historical Quarterly*, (1999).

*The Weber River Basin: Grass Roots Democracy and Water Development,* by Richard Sadler and Richard Roberts. In *The Journal of American History*, (Sept., 1995).

*The Last Water Hole in the West*, by Daniel Tyler. In *Western Historical Quarterly*, ( Aug., 1993).

*Senate Elections and Campaign Intensity,* by Mark Westlye. In *Political Studies,* (1993).

*Water Resources Management,* by David Feldman. In *Policy Currents* (Aug., 1992).

*American Indian Water Rights and the Limits of Law,* by Lloyd Burton. In *Pacific Historical Quarterly* (May, 1992).

*The Logic of Congressional Action*, by R. Douglas Arnold. In *Political Studies* (1992).

*Breaking the Iron Bonds*, by Marjane Ambler. In *Natural Resources and Environmental Administration* (June, 1991): 6-7.

*Environmental Politics and Policy: Theories and Evidence*, edited by James P. Lester. In *Journal of Politics* (Aug., 1991): 889.

*A Budget Quartet: Critical Policy and Management Issues*, by Donald Axelrod. In *Western Governmental Researcher* (1990).

*Envisioning a Sustainable Society*, by Lester Milbrath. In *Rivers*, (1991).

*Native American Estate: The Struggle Over Indian and Hawaiian Lands*, by Linda S. Parker. In *The National Political Science Review* (1992).

*A Life of Its Own: The Politics and Power of Water,* by Robert Gottlieb. In *American Political Science Review* (Dec., 1989): 1382-83.

*As Long as the Rivers Run: Hydroelectric Development and Native Communities in Western Canada,* by James B. Waldrum. In *Western Historical Quarterly* (Feb., 1989): 87-88.

*Controversies in Environmental Policy*, edited by Sheldon Kamieniecki, Robert O'Brien, and Michael Clarke. In *The American Review of Public Administration* (June, 1988).

*Water in New Mexico*, by Ira G. Clark. In *New Mexico Historical Review* (1989).

**EXHIBIT A**

**INVITED TALKS**

Invited Speaker, "Fighting for the Franchise: Native American Voting Rights in Arizona and Beyond." Arizona Historical Society, virtual conference. Oct. 29, 2020.

Invited Participant, "Colorado River Conversations: Integrating Science and Identifying Solutions Conference." University of Arizona, Oct. 28-30, 2019.

Invited Speaker, "The Arid Lands and the Legacy of John Wesley Powell." The Biennial Conference on the Science and Management of the Colorado Plateau & Southwest Region, Flagstaff, AZ, Sept. 9, 2019.

Invited Speaker, "John Wesley Powell Sesquicentennial Symposium." Page, AZ, July 10, 2019.

Invited Speaker, "John Wesley Powell Sesquicentennial Symposium." Moab, UT, June 21, 2019.

Invited Speaker, Groundwater Management Districts Association, Summer Conference, Salt Lake City, June 6, 2019.

Keynote Speaker, "John Wesley Powell Sesquicentennial Symposium." Green River WY, May 23, 2019.

Invited Speaker, "Native American Participation in U. S. Elections." The Carter Center, Atlanta, GA, Dec. 11-12, 2018.

Invited Testimony, The Native American Voting Rights Coalition, public hearing, Phoenix, AZ, Jan. 11, 2018.

Participating Scientist, "The Colorado River Basin Workshop: Building a Science Agenda" Funded by the National Science Foundation and the Janet Quinney Lawson Foundation, Tucson, AZ, Oct. 12-14, 2017.

Keynote Speaker, Constitution Day, East Central University, Ada, OK, Sept. 17, 2017.

Invited Speaker, Symposium on Native Voting Rights, the Carter Center, Atlanta, GA, Dec. 4-5, 2016.

Speaker, Restoring the West Conference, Utah State University, October 18, 2016.

Speaker, Martz Summer Conference, panel on Indigenous Water Justice, University of Colorado, June 9, 2016.

Moderator, Indigenous Water Justice Symposium, University of Colorado, June 6, 2016.

Participant, "Upstream Downstream Voices: Protecting the Colorado River, Moab, UT, May 24, 2016.

Speaker, Utah History Symposium, Salt Lake City, UT, May 12, 2016.

Speaker, Great Salt Lake Issues Forum, Salt Lake City, UT, May 11, 2016.

Speaker, Interagency Regional Wilderness Stewardship Training, St. George, UT, April 26, 2016.

Speaker, Spring Runoff Conference, Utah State University, Logan, UT, April 5, 2016.

Speaker, State of the Rockies Annual Speaker Series, Colorado College, Colorado Springs, CO, Mar. 28, 2016.

Speaker, Intermountain Sustainability Summit, Weber State University, Nov. 24, 2016.

**EXHIBIT A**

Keynote speaker, Salt Lake County Water Symposium, Nov. 18-19, 2015.

Speaker, Native Symposium, Weber State University, Ogden UT. Nov. 4, 2015.

Plenary Speaker, National Congress of American Indians, National Conference, San Diego, CA. Oct. 2015.

Keynote Speaker, Indian Voting Rights Symposium. Washington, D.C. May 27-28, 2015.

Debate on Public Lands. Speaker of the House Rebecca Lockhart and Representative Ken Ivory vs. Robert Keiter and Daniel McCool. Southern Utah University, Sept. 18, 2014.
https://www.youtube.com/watch?v=1m631pbW6iU&feature=youtu.be

Debate on "Who Should Manage Utah's Public Lands?" Speaker of the House Rebecca Lockhart and Representative Ken Ivory vs. Pat Shea and Daniel McCool. Salt Lake City, May 14, 2014.
https://www.youtube.com/watch?v=GEoEgBkotvA

Speaker, National Commission on Voting Rights, Las Vegas, NV, April 26, 2014.

Speaker, River Rendezvous, Moab, UT Nov. 9, 2013.

Speaker, Upper Colorado River Conference, Colorado Mesa University, Nov. 7, 2013.

Guest Speaker, Texas Tech University, Lubbock, TX, April 17, 2013.

Keynote Speaker, River Management Society annual conference, Grand Junction, CO, Mar. 12, 2013.

Guest Speaker, the Wild and Scenic Film Festival, Nevada City, CA. Jan. 11-13, 2013.

Guest Lecturer, Carleton College, April 19-20, 2011.

Speaker, League of Women Voters, Panel on the proposed Las Vegas Pipeline, Salt Lake City, UT, Sept. 15, 2010

Speaker, Utah State History Conference, panel on Oral History, Salt Lake City, UT, Sept. 10, 2010.

Speaker, Redistricting Institute, Duke University, July 28, 2010.

Census and Redistricting Institute, Participating Scholar, Atlanta, GA, July 20, 2009

Spring Runoff Conference, Keynote Speaker, Utah State University, April 3, 2009.

Law and Justice Center, Salt Lake City, UT, Feb. 5, 2009.

Special Collections Omnibus Lecture, Brigham Young University, Provo, UT, Nov. 5, 2008

Salt Lake Countywide Watershed Symposium, Salt Lake City, Oct. 29, 2008.

The *Winters* Centennial, Tamaya Resort, Santa Ana Pueblo, NM June 11, 2008.

Panel on Indian voting rights, National Indian Gaming Association, annual conference, San Diego, CA, April 22, 2008.

Panel on "Voting Rights in Indian Country," at the Indigenous Law and Policy Center, Michigan State University College of Law, Jan. 31, 2008.

Conference, "Overview of the Reauthorization and Amendment of the Federal Voting Rights Act." University of California, Los Angeles, Jan. 25-26, 2008.

Symposium on the future of the Colorado River, College of Law, University of Utah, Oct. 25, 2007

Water Resources Seminar, Oregon State University, Corvallis, OR, Oct. 10, 2007.

American Comenius, University of Groningen, the Netherlands, U. S. program, Oct. 2, 2007.

 "Native Water Law & Public Policy:  Critical Issues in the Great Lakes and St. Lawrence Watersheds." Keynote Speaker, Cornell University, School of Law, Ithaca, NY, Nov. 17-18, 2006.

American Comenius, University of Groningen, the Netherlands, U. S. program, 2006.

Harvard University Law School symposium, "Preserving and Promoting the Native American Vote: A New Look at the Voting Rights Act Renewal Process."  Cambridge, MA, April 5, 2006.

American Comenius, University of Groningen, the Netherlands, U. S program, 2005.

Testimony before the National Committee for the Voting Rights Act, Rapid City, SD, September 9, 2005.

River Management Society, annual conference, Keynote speaker, Salt Lake City, UT May 10, 2005.

Colorado Plateau River Guides, annual conference. Cataract Canyon, May 2-5, 2005.

Invited speaker, National Congress of American Indians, national convention , panel on Native Voting Rights, Tulsa, OK, November 2005.

Invited speaker, Biannual Symposium on the Colorado River, sponsored by the Water Education Foundation. Bishop's Lodge, Santa Fe, NM.  Sept. 29, 2005.

Symposium: "Changing Directions in Water Law." University of Texas School of Law. Feb. 4-5, 2005.

Mni-Sose Intertribal Water Coalition, board of directors meeting, Rapid City, SD.  September 2004

"Water in Utah," sponsored by the Utah Science Center, Public Dialogue Series, September 2004 (aired on KCPW radio, September 20, 2004).

BLM Recreation/Wilderness/Cultural/VRM Workshop, Moab, Utah. September 2004.

Utah State Historical Society, annual meeting, panel on Lake Powell. September 2004.

Mni-Sose Intertribal Water Coalition, Annual conference, Denver, CO. January 2004.

The Utah Environmental Symposium, Salt Lake City, UT, Nov. 2003.

Utah State University, Natural Resources and Environmental Policy Program, November 28, 2001.

U. S. Department of the Interior, Office of Indian Water Rights, annual negotiation teams meeting, Seattle, WA, November, 2000.

Conference on "Rivers, Dams and the Future of the West."  Sponsored by the Utah Wetlands and Riparian Center, Salt Lake City, UT, November, 1999.

Symposium on "Where the Rivers Flow," sponsored by the Wallace Stegner Center, Salt Lake City, Utah, April, 1999.

Symposium on Tribal Survival, sponsored by Dine' College, Flagstaff, Arizona, April, 1999.

Symposium on "Changing Water Regimes in Drylands," sponsored by the Desert Research Institute.  June 10-12, 1997, Lake Tahoe, CA.

Indian Water Rights Symposium sponsored by the All-Indian Pueblo Council, Indian Pueblo Cultural Center, Albuquerque, NM, April, 1994.

Symposium on the Future of the Colorado River Plateau, University of Utah School of Law, Sept., 1993.

"Arizona Water 2000," sponsored by the Commission on the Arizona Environment, Sedona, Arizona, Sept. 1992.

Invited Speaker, conference titled "A River Too Far:  Water in the Arid West."  Sponsored by the Nevada Humanities Committee, Reno, Nevada, 1991.

Symposium on "Water in the 20th Century," Phoenix, Arizona, 1990.

Bureau of Land Management, "Image Enhancement Seminar," Park City, Utah, 1989.

Workshop on Indian Land and Water Rights sponsored by the American Indian Lawyer Training Program, Albuquerque, N. M., 1987.


## CONFERENCE PAPERS

"Integrated Water Resources Management: A Typology of Collaborative Processes, Applied to the Utah Governor's Water Strategy Advisory Team."  International Conference on Interdisciplinary Social Science, Hiroshima, Japan, July 2017.

"Indigenous Water Justice in the Colorado, Columbia, and Murray-Darling Basins."  With Jason Robison and Kelsey Leonard.  The Waterkeeper Alliance, Park City, UT, June 2017.

"The Voting Rights Act and the Potential for "Bail-in" After *Shelby County v. Holder*." The Midwest Political Science Association, Chicago, IL, April 2016.

 "Pockets of Discrimination: The Voting Rights Act and the Role of 'Bail-in' After *Shelby County v. Holder*." The International Social Sciences Conference, Split, Croatia, June 2015.

"Creating a 'Water BRAC' Commission to Evaluate Existing Water Projects."  American Water Resources Association, Vienna, VA, November, 2014.

"River Policy in Crisis: the Klamath River." American Political Science Association, Washington, D. C. August, 2014.

"Social Science Expert Witness Testimony in Voting Rights Act Cases."  With Richard Engstrom,  Jorge Chapa, and Gerald Webster.  Eighth International Conference on Interdisciplinary Social Science, Charles University, Prague, The Czech Republic, August, 2013.

"Campus Sustainability in the U. S.: A Comparison of a Research and a Teaching University," with Janet Winniford.  2010 Conference on Environmental, Cultural, Economic and Social Sustainability University of Cuenca, Cuenca, Ecuador January 5-7.

"Rivers of the Homeland: River Restoration on Indian Reservations."  International Congress of Americanists, Sevilla, Spain, July, 2006.

"From Insanity to Enlightenment: Changing Perceptions of River Restoration and River Restorationists." Transatlantic Workshop on "Restoring or Renaturing." Zurich, Switzerland, July, 2006.

"The Community Context Approach: Cross-Boundary Management and the Protection of Parks and Wild Lands." International Symposium on Society and Resource Management, Sardinia, Italy, 2002.

"The Wilderness Debate in Utah: Using Community Values and Education to Resolve Conflict." International Symposium on Society and Resource Management. Indiana University, 2002.

"Evolving Political Institutions: A New Water Policy and its Impact on the Border Region" Southwest Center for Environmental Research and Policy, Bi-National Water Program. Rio Rico, AZ, 2002.

"Indian Water Rights in the Settlement Era." American Political Science Association, Washington, D. C. 2000.

"Land Use, Borders, and Environmental Policy: Tribal Autonomy and Ecosystem Management." International Conference on "Nature, Society and History," Vienna, Austria, 1999.

"Two Cultures, Two Communities, One County: Devolution and Retrenchment in Indian Country." With F. Ted Hebert and Doug Goodman. American Political Science Association, 1998.

"Subsystem Theory and the Hierarchy of Conflict." Western Political Science Association, 1997.

"Environmentalists, Tribes, and Negotiated Water Settlements," with Laura Kirwan. American Political Science Association, 1995.

"Successes and Failures of Policy Theory." Western Political Science Association, 1992.

"Indian Water Rights: The End of the Negotiation Era?" Western Political Science Association, 1991.

"Indian Water Rights: Negotiation; Agreement; Legislative Settlement." American Water Resources Association, 1989.

"Using Measures of Budgetary Success to Evaluate Subgovernment Theory: The Case of Federal Water Resource Development." Western Political Science Association, 1988.

"Policy Theory, Policy Typologies, and Decision-making." Midwestern Political Science Association, 1987.

"Federal Water Development: Changing Theoretical Assumptions." Western Political Science Association, 1987.

"Subgovernments, Political Viability, and Budgetary Constraints." Western Political Science Association, 1986.

"Subgovernments, Autonomy, and Stability: The Case of Federal Water Resource Development." Western Social Science Association, 1986.

"Western Water Policy and Federalism: Two Conflicting Doctrines." Southwestern Social Science Association, 1984.

"Contemporary Federal Water Policy: The Battle Over Water Project Expenditures During the Carter and Reagan Administrations." Western Social Science Association, 1983.

"Indian and Non-Indian Water Development: Competition for Water and Water Projects." Western Social Science Association, 1983.

"The Theoretical Origins of the *Winters* Doctrine." Southwestern Social Science Association, 1982.

"For Richer or for Poorer: A Comparative Approach to the Study of Bureaucracy," with Jeanne Nienaber. Western Political Science Association, 1981.

"Indian Water Rights: The Bureaucratic Response." Arizona Section of the American Water Resources Association, 1981.

"Indian Water Rights, The Central Arizona Project, and Water Policy in the Lower Colorado River Basin." Western Social Science Association, 1980.

"Federal Indian Policy and the Sacred Mountain of the Papago Indians." Southwestern Social Science Association, 1980.

## OTHER CONFERENCE ROLES

Roundtable participant, "John Wesley Powell and the Colorado River Basin." Western History Association, Las Vegas, October, 2019.

Discussant, panel on "The Most Fundamental Right: Voting Now and Then, Here and There." The Midwest Political Science Association, Chicago, IL, April 2016.

Moderator, panel on "Flood Management." American Water Resources Association, Vienna, VA, November 2014.

Delegate, NASPA Exchange Program with Deutsches Studentenwerk (Germany), February 2014, focusing on campus sustainability.

Presenter, American Water Resources Association, annual meeting, panel on dam removal and river restoration, Seattle, WA, November 2005.

Discussant, panel on "Native Americans in the Twenty First Century." Western Social Science Association. April 2005.

Chair, panel on "Revisions in Policy Subsystem Theory." Western Political Science Association, 1997.

Invited Participant, Moscow State University Symposium on Training Public Administrators, Moscow, Russia, March 1993.

Chair, panel on "Public Policy Theory: Past, Present, Future." Western Political Science Association, 1992.

Invited Discussant, conference on "Innovation in Western Water Law and Management," University of Colorado School of Law, 1991.

Delegate, Citizen Ambassador Program, Environmental Technology Delegation to the Soviet Union, 1990.

Organizer and Moderator, panel on "Hosting the Olympics," National Association of Schools of Public Affairs and Administration, 1990.

Invited Discussant, Symposium on "Indian Water Rights," University of Colorado School of Law, 1990.

Invited Discussant, Arizona Historical Society, symposium on Water, Tucson, Arizona, 1989.

Chair, panel on "Executive MPA Programs," National Association of Schools of Public Affairs and Administration, 1989.

**EXHIBIT A**

Discussant, Sixth Annual Women in Public Administration Conference, Salt Lake City, Utah, 1989.

Chair, panel on "Models of Policy Analysis." Western Political Science Association, 1989.

Discussant, panel on "Natural Resource Management in the Post-Reagan Era." American Society for Public Administration, 1989.

Convener and discussant, panel on "Administrative Practice and Organization Theory." Public Administration Theory Symposium, American Society for Public Administration, 1989.

Participant, Minnowbrook II Conference on the Future of Public Administration, Syracuse University, Sept., 1988.

Discussant, panel on "Limited Perspectives: Traditional Methods and Models and the Study of Native American Political Participation." American Political Science Association, 1988.

Chair, panel on "Alternative Models of Environmental Policy Formulation and Implementation." Western Political Science Association, 1988.

Chair, panel on "Policy Models and Theories." American Political Science Association, 1986.

Chair, panel on "Environmental Policy," Western Political Science Association, 1986.

Chair, panel on "Subsystems and Natural Resource Policy." Western Social Science Association, 1986.

Discussant, panel on "Environmental Politics and Policy: A Synthesis and Critique." Western Political Science Association, 1985.

Discussant, panel on "The Political Context of Environmental Policy." Western Political Science Association, 1984.

Chair, panel on "Indian Water Rights and Water Development." Western Political Science Association, 1982.

## PUBLIC COMMUNICATIONS

Quoted interview, *The Washington Post*, Nov. 1, 2020 (topic: Native American voting rights).

On-air interview, Native America Calling. Oct. 6, 2020 (topic: Native American voting rights).

On-air interview, KCPW radio, Sept. 9, 2019 (topic: Colorado River Basin).
http://kcpw.org/blog/in-the-hive/2019-09-12/unquenchable-3-the-fate-of-the-colorado-river/

Quoted interview, Utah Public Radio, Aug. 21, 2018 (topic: Lake Powell Pipeline).
http://www.upr.org/post/loving-our-lands-thirsty-cities-and-lake-powell-pipeline

Quoted interview, *Outside Magazine*, Aug. 14, 2018 (topic: Lake Powell Pipeline).
https://www.outsideonline.com/2333236/utah-pipeline-water-shortage-st-george

On-air interview, Native America Calling Radio Program, Aug. 14, 2018 (topic: Native American voting rights).

Quoted interview, *ThinkProgress*, June 20, 2018 (topic: Native American voting rights).

Quoted interview, *Arizona Republic*, Jan. 24, 2018 (topic: public lands).

EXHIBIT A

On-camera interview, America Divided TV show, Jan. 19, 2018 (topic: San Juan County, UT).

Quoted interview, *The New York Times*, Jan. 4, 2018 (topic: American Indian voting rights).
https://www.nytimes.com/2018/01/04/us/native-american-voting-rights.html

Quoted research, *Governing Magazine*, July 2017 (topic: Navajo water development).

Quoted interview, *High Country News*, Sept. 4, 2017 (topic: The Bear River Project).

Quoted interview, *Salt Lake Tribune*, April 28, 2017 (topic: American Indians and the Census).
http://www.sltrib.com/news/5216761-155/does-the-us-census-undercount-utah

Quoted Interview, Colorado Pubic Radio, Feb. 23, 2017 (topic: public lands).

Quoted interview, *Mother Jones*, Mar. 25, 2016 (topic: Indian voting rights).

NPR, All Things Considered, recorded interview, Jan. 18, 2016 (topic: Marketing Indian water).
http://www.npr.org/2016/01/18/463503934/arizona-tribes-wade-into-the-water-business

Market Place, Oregon Public Broadcasting, quoted interview, Jan. 4, 2016 (topic: public lands).
http://www.marketplace.org/2016/01/04/world/how-feds-came-own-west

KRCL, Radioactive Show, on-air interview, Sept. 20, 2015 (topic: Navajo water).
http://www.krcl.org/tag/dan-mccool/

CBS Sunday Morning, on-camera interview Aug. 15, 2015 (topic: Navajo water).
http://www.cbsnews.com/news/the-water-lady-a-savior-among-the-navajo/

BYU Radio, on-air interview. May 15, 2015 (topic: river restoration and water management).
http://www.byuradio.org/episode/b98b846e-feea-4401-a14f-c288370763f4/top-of-mind-with-julie-rose-the-river-republic-straight-talk-parenting

KSRW Radio, Santa Monica, CA. on-air guest, April 3, 2015 (topic: western water).
http://kcrw.com/news-culture/shows/to-the-point/a-parched-west-struggles-to-adapt-to-the-realities-of-drought

Trib Talk, on-air interview. Mar. 10, 2015 (topic: Utah water policy).
*http://www.sltrib.com/blogs/tribtalk/2270151-155/trib-talk-is-bear-river-project*

Quoted interview, *Salt Lake Tribune*, March 9, 2015 (topic: The Bear River Project).
http://www.sltrib.com/csp/mediapool/sites/sltrib/pages/printfriendly.csp?id=2230808

Quoted interview*, Environment*, Dec. 11, 2014 (topic: Utah water).

KSUB, Cedar City, UT, Sept. 18, 2014 (topic: public lands).

KUER, Radio West, Salt Lake City, on-air guest, April 23, 2014 (topic: public lands grazing).
http://radiowest.kuer.org/post/cliven-bundys-range-war

On-film interview for movie, "Black Hawk." Mar. 2014.
https://www.youtube.com/watch?v=liLXujigjPY

KUER, Radio West, Salt Lake City, on-air guest, Sept. 3, 2013 (topic: Colorado River).
http://radiowest.kuer.org/post/sharing-colorado

**EXHIBIT A**

Quoted interview, *Anchorage Press*, July 18, 2013 (topic: The Voting Rights Act).

Blog post for Indiana University Press, June 28, 2013 (topic: The Voting Rights Act).
http://iupress.typepad.com/blog/2013/06/how-does-shelby-county-v-holder-impact-the-voting-rights-act.html

*Indian Country Today*, quoted interview, June 28, 2013 (topic: The Voting Rights Act).

Quoted interview, *DebtWire*, May 1, 2013 (topic: Las Vegas pipeline).

Quoted interview, *Huffington Post*, April 8, 2013 (topic: Las Vegas pipeline).
http://www.huffingtonpost.com/mobileweb/2013/04/08/utah-nevada-water-deal-colorado-river_n_3038477.html

KUER, Radio West, Salt Lake City, on-air guest, April 4, 2013 (topic: Las Vegas pipeline).
http://radiowest.kuer.org/post/protecting-snake-valley

*New York Times*, quoted interview, Mar. 26, 2013 (topic: the Pecos River and western drought).

http://www.nytimes.com/2013/03/27/us/new-mexico-farmers-push-to-be-made-a-priority-in-drought.html?pagewanted=all&_r=0

New Books in Political Science, blog, interview with Heath Brown. Feb. 26, 2012 (topic: *The Most Fundamental Right)*.
http://newbooksinpoliticalscience.com/2013/02/27/daniel-mccool-the-most-fundamental-right-contrasting-perspectives-on-the-voting-rights-act-indiana-up-2012/

*Albuquerque Journal,* quoted interview, Feb. 10, 2013 (Topic: Navajo water settlement).

*River Management Society Journal*, book review of *River Republic*, Winter, 2012 (Topic: *River Republic*).
http://www.river-management.org/assets/Journals-Newsletters/2012%20winter.pdf

Suburban Wildlife Magazine Blog, interview, January 13, 2013. (topic: *River Republic*).
http://blog.suburbanwildlifemagazine.com/2013/01/13/daniel-mccool.aspx

KDVS Radio, Davis, CA, interview, Jan. 5, 2013 (topic: The Wild and Scenic Film Festival).

*Western Water,* quoted interview, Nov/Dec 2012 (topic: the Colorado River).

*Salt Lake Tribune,* Editorial, "Protect our Rivers."  Dec. 22, 2012.

KSFR Radio, interview with Diego Mulligan on the "Journey Home" Show, Albuquerque, NM, Dec. 11, 2012 (topic: *River Republic*).

*KCPW* Radio, interview, Oct. 23, 2012 (topic: *The Most Fundamental Right)*.

http://redthread.utah.edu/take-a-longer-view-of-election-day/7780

The King's English Bookstore, reading, Oct. 18, 2012 (topic: *River Republic).*

*Salt Lake Tribune*, featured column, Oct. 4, 2012 (topic*: River Republic*)

http://www.sltrib.com/sltrib/entertainment2/54996363-223/rivers-america-mccool-utah.html.csp

Interview, KUER Radio, Sept. 10, 2012 (topic: *River Republic).*

**EXHIBIT A**

http://www.kuer.org/post/u-professor-optimistic-about-americas-rivers

Interview, The Park Visitor, Sept. 10, 2012 (topic: *River Republic).*

http://parkvisitor.com/blog/2012/09/10/daniel-craig-mccools-outdoor-adventure-and-conservation-tips/

Page 99 Blog , September, 2012 (topic: *River Republic).*
http://page99test.blogspot.com/2012/09/daniel-mccools-river-republic.html

KCPW Radio, interview, Aug. 20, 2012 (topic: *River Republic).*

*Indian Country Today,* quoted interview, June 15, 2012 (topic: Indian voters).

*Salt Lake City Weekly,* quoted interview, May 9, 2012 (topic: Las Vegas Pipeline).

*The New York Times,* quoted interview, April 11, 2011 (topic: Indian water rights).

*KSL TV News,* interview, April 1, 2011 (topic: Colorado River).

*Associated Press,* quoted statement, Sept. 29, 2010 (topic: Navajo water settlement).

*Salt Lake Tribune,* quoted statement, Sept. 17, 2010 (topic: proposed Green River pipeline).

*Tooele Transcript Bulletin,* quoted statement, Sept. 16, 2010 (topic: proposed Las Vegas pipeline).

*USA Today*, quoted statement, Aug. 24, 2010 (topic: Grand Canyon). This article was picked up by 75 newspapers.

*The Salt Lake Tribune*, quoted statement, Aug. 24, 2010 (topic: Grand Canyon).

KUER Radio, quoted statement, Aug. 23, 2010 (topic: Grand Canyon).

KSL TV news, interview. April 21, 2010 (topic: reservoirs in Utah).

Fox News Utah, news coverage, Feb. 14, 2010 (topic: climate change*).*

*Indian Country Today*, quoted interview, Feb. 4, 2010 (topic: Indian voting rights).

*Indian Country Today*, quoted interview, Oct. 20, 2009 (topic: Indian voting rights).

*High Country News* blog, quoted interview. Oct. 15, 2009 (topic: Indian voting rights).

KUED "Utah Now" television program, August 21, 2009 (topic: western water policy).

*Salt Lake Tribune*, quoted interview, Nov. 28, 2008 (topic: Navajo water rights).

*Indian Country Today*, quoted interview, Oct. 26, 2008 (topic: American Indian voting).

KCPW Radio, interview, Oct. 22, 2007 (topic: western water policy).

KUER Radio, interview, Oct. 2, 2007 (topic: water policy in Utah).

*Calibre*, quoted interview, June 11, 2007 (topic: Indian voting rights).

*Los Angeles Times,* quoted interview, April 22, 2007 (topic: federal public lands)

**EXHIBIT A**

*The New Standard* (national on-line news publication), quoted interview, January 22, 2007 (topic: American Indian water rights).

*Salt Lake Tribune*, quoted interview, Oct. 30, 2006 (topic: global warming and water).

KUSU Radio interview, August 31, 2006. (topic: Utah water).

*Salt Lake Tribune*, quoted interview, August 8, 2006. (topic: Utah water).

KUER, Radio West program, live interview, March 7, 2006 (topic: Women war veterans).

KCPW Radio, live interview, March 7, 2006 (topic: Women war veterans).

*Salt Lake Tribune*, quoted interview, February 16, 2006 (topic: American Indian voting rights).

*Native American Times*, secondary quote, November 1, 2005 (topic: American Indian voting).

*Time Magazine,* quoted interview, July 18, 2005 (topic: dam removal).

*Salt Lake Tribune,* quoted interview, June 23, 2005 (topic: river restoration).

*Los Angeles Times*, quoted interview, April 26, 2005 (topic: National Park Service).

Associated Press, quoted interview, October 25, 2004 (Nov. 2 in *Tri-Valley Central*)  (topic: dam removal).

*Deseret Morning News,* quoted interview, Aug. 8, 2004 (topic: the law of the river).

*East Valley Times (Arizona  Tribune),* secondary quote, June 4, 2004 (topic: the drought).

*Los Angeles Times*, quoted interview, May 22, 2004 (topic: American Indian voting rights).

Weather Notebook, Public Radio program, Boise, ID, interview, May 24, 2004 (topic: the impact of drought on western water policy).

Airtalk, KPCC Southern California Public Radio, interview,  May 6, 2004 (topic: western water policy).

*New York Times,* quoted interview, May 2, 2004 (Topic: western water policy).

*Rapid City Journal,* quoted interview, April 12, 2004 (Topic: Indian voting rights).

*High Country News*, quoted interview, March 2004 (Topic:  Indian water settlements).

Fox News, interview, Sept. 2, 2003 (Topic: Leavitt's appointment to EPA).

KUED Public Affairs Television presentation, "The Price of Water," April 22, 2003.

AP Wire Service, interview, Aug. 29, 2003 (Topic: Leavitt's appointment to EPA).

KSL TV News, interview, Aug. 28, 2003  (Topic: water use in Salt Lake City).

*City Weekly*, interview, Feb. 13, 2003 (Topic: water policy).

High Country News Radio, interview, Aug. 19, 2002 (Topic: wilderness policy).

Associated Press, June 1, 2002, feature story (Topic: irrigation subsidies).

KSL TV News, May 6, 2002, interview (Topic: water use in Salt Lake City).

KUED Radio interview, April 17, 2002 (Topic: water policy in the Salt Lake Valley).

KUED Radio interview, Nov. 19, 2001 ("Radio West" special program on water policy in Utah).

KRCL Radio interview, Sept. 13, 2001 (topic: Utah water policy).

KCPW Radio interview, Aug. 23, 2001 (topic: Utah water policy).

KCPW Radio interview, August 27, 1999 (topic: BLM wilderness policy).

KUER Radio interview, August 20, 1999 (topic: Utah water policy).

KUED, Civic Dialogue, televised interview, June 20, 1997 (topic: Utah water policy).

ABC Evening News, televised interview, June 4, 1997 (topic: The CUP).

KUER Radio interview, May 23, 1997 (topic: Poverty on Indian reservations).

KRCL Radio interview, January 8, 1996 (topic: Utah water policy).

KCPW Radio interview, January 2, 1996 (topic: Utah water policy).

KRCL Radio interview, August 20, 1995 (topic: American Indian Resource Center).

KUER Radio interview, August 14, 1995 (topic: Northern Ute tribal government).

KTALK Radio interview, May 6, 1995 (topic: taxes).

KCPW Radio interview, July 6, 1994 (topic: the Northern Ute jurisdiction case).

KUER Radio interview, Feb. 16, 1994 (topic: the Northern Ute jurisdiction case).

Special Feature article in the *Utah Government Connection* titled: "The Moscow Kremlin: Closed for Cleaning." Oct., 1993.

*Deseret News*, quoted interview. April 18, 1993 (topic: Russia).

*The Public's Capital*, quoted interview, April, 1993 (topic: federal water policy).

*Las Vegas Review -Journal*, quoted interview, Oct. 31, 1992 (topic: Western Water Policy).

Testimony before the State and Local Affairs Interim Committee of the Utah State Legislature, Jan. 8, 1992 (topic: Utah Navajo Royalty Trust Fund).

*Los Angeles Times*, quoted interview, Aug. 27, 1990 (topic: Navajo voting rights).

*Congressional Quarterly Weekly Report*, quoted interview, Jan. 13, 1990 (topic: federal Indian policy).

*High Country News*, quoted interview, July 30, 1990 (topic: Navajo voting rights).

"The Central Utah Project: A Legacy of Promise and Controversy." *Public Policy Perspective* (newsletter of the Center for Public Policy and Administration, University of Utah), Spring, 1990.

Case 3:13-cv-00137-SLG   Document 311-1   Filed 12/30/20   Page 57 of 61

"Recent Events in Treaty Rights." *Native American Policy Network Newsletter*, July, 1990.

KRCL Radio interview, June 5, 1990 (topic: The Central Utah Project).

KSL Radio interview, Sept. 5, 1989 (topic: Indian water rights).

KTKT Radio interview, Dec. 27, 1989 (topic: taxes).

KUED Television, "Civic Dialogue," Dec. 19, 1989 (topic: Indian water rights).

## COURSES TAUGHT

Graduate Level:
Water Policy
Public Policy: Analysis and Theory
Environmental and Sustainability Policy
Administrative Theory
American Institutions Seminar: Subsystem Theory
Survey of American Politics and Government
The Politics of Western Water
Special Topics: Wilderness Policy in Utah and the West
The Politics of Public Lands Management

Undergraduate Level:
Water Policy
Bureaucracy and Politics
Environmental and Sustainability Policy
Minority Group Politics
Introduction to American Government
Introduction to Public Administration
Senior Seminar: Who Rules America?
Introduction to Environmental and Sustainability Studies
Public Land Management in Costa Rica
Environmental and Sustainability Studies Field Seminar
Environmental and Sustainability Studies Capstone

## GRANTS

Co-Principle Investigator, U. S. Geological Survey, Small Grants Program. 2015-18. $31,480.

Senior Consultant, USAID-funded Pakistan Centers for Advanced Studies in Water, 2014-2016.

Faculty Consultant, "The Western Waters Digital Library: The Foundations of American Water Policy." National Endowment for the Humanities, 2007-2009. Funding = 5% time

Tanner Humanities Center, University of Utah. Research Interest Group grant to create a "Nuclear Utah" educational forum, 2006-07. Funding = $1,200.

Applied Ethics and Human Values, University of Utah. 2005-06. Grant proposal: "Environmental Ethics and the Costa Rican Model of Ecotourism." $6,200. With Professor Anya Plutynski.

National Endowment for the Humanities, program to create and preserve access to Humanities Collections, to digitize and archive 1,814 oral history interviews of American Indians, 2005-06. $127,518 matching grant.

Case 3:13-cv-00137-SLG   Document 311-1   Filed 12/30/20   Page 58 of 61

Quality Initiative Grant, University of Utah. To perform a complete program assessment of the Environmental Studies Program. 2003-2004. Funding = $14,200.

Southwest Center for Environmental Research and Policy, Border Tribes Program. Co-P.I. This federally funded project developed a GIS Environmental Baseline for the Tohono O'odham Nation. 1999-2002. Funding = $140,000.

Quality Initiative Grant, University of Utah. To create a new curriculum and program for the Red Rock Institute. 2001-2002. Funding = $17,000.

U.S. Geological Survey, Water Resources Research Act Grant Program. Principle Investigator. "Negotiating Indian Water Rights Settlements: The Efficacy of Negotiation as a Dispute Resolution Strategy." 1992-1995. Funding = $189,394.

University of Utah Teaching Committee. Awarded in 1996 to fund field trip for Wilderness Policy Class, $1,200.

College of Social and Behavioral Science, University of Utah. Proposal Initiative Grant. $4,000. Awarded summer, 1995.

University of Utah Research Committee. Grant to facilitate research on Indian Water Settlements: $4,409. Awarded 1992.

Rural Utah Grant Program, Center for Public Policy and Administration, University of Utah. Project Title: "Ute and Navajo Water Rights: The Impact on Rural Utah." $10,000. Awarded 1992-1993.

National Institute for Dispute Resolution, Higher and Professional Education Program, research grant for comparing negotiation and litigation as dispute resolution forums for Indian water rights: $4,000. Awarded 1990.

University Teaching Grant to develop new course on water policy. University of Utah. Awarded 1989.

The Dean's R&D Fund. Project Title: "Conflict over Western Water: The Impact of 'Landmark' Decisions." College of Social and Behavioral Science, University of Utah. Awarded 1988.

Texas A&M University, Summer Research Grant, for project entitled "Water on the Hill: Subcommittees, Subgovernments, and Federal Water Development": $5,000. Awarded 1986.

## AWARDS

Runner-up, Science Category, Green Book Festival, for *River Republic: The Fall and Rise of America's Rivers, 2013.*

Finalist, College of Social and Behavioral Science, Superior Research Award, 2008, 2009

Finalist, College of Social and Behavioral Science Superior Teaching Award, 2011

Indigenous Day Dinner, Annual Awards, 2007, for "providing leadership for the American West Center on behalf of American Indians in the State of Utah."

University of Utah 2004 Diversity Award, presented to the American West Center.

Second place, "Excellence in Journalism Award," by the Utah Society of Professional Journalists, 1998 for "A River Between Two Cultures." *Catalyst* (August, 1997): 14-15.

Superior Research Award for Junior Faculty, College of Social and Behavioral Science, University of Utah, 1989.

**ADMINISTRATIVE INITIATIVES**

As co-Director of Sustainability Curriculum Development at the University of Utah:

 Created, with my co-directors, the Undergraduate Certificate in Sustainability

 Created, with my co-directors, the Graduate Certificate in Sustainability

As Director of the Environmental and Sustainability Studies Program:

 Created a new Environmental and Sustainability Studies Minor

 Directed the administration of an extensive program assessment and evaluation

 Redesigned the Introductory course, ENVST 2100, required of all majors

 Designed a new introductory field course, ENVST 2000, now required of all majors

 Initiated the first Study Abroad program (Costa Rica) for Environmental and Sustainability Studies

 Developed a new teaching curriculum, the Red Rock Institute, which explores environmental issues in the West.

 Led the development of five new courses that focus on: sustainability science, environmental justice, global sustainability, leadership, and a senior capstone course

As Director of the American West Center:

 Organized the 2006 Siciliano Forum. Topic: The Reauthorization of the Voting Rights Act

 Negotiated numerous contracts for studies of Indian hunting and fishing rights and tribal archives.

 Organized an annual conference called "Women at War," that featured female veterans.

 Initiated a new oral history project of Utah's WWII veterans, "Saving the Legacy," with over 500 interviews completed.

 Wrote a successful NEH grant application to digitize the entire oral history collection of the Center—approximately 3,000 tapes.

As Associate Dean:

 Initiated the effort that led to the establishment of the American Indian Resource Center on campus.

 Created a new College grants program, the Proposal Initiative Grant, to help generate externally funded grants for College faculty.

 Implemented a computerized search process to help College faculty find potential sources of external funding.

 Created a Faculty Research Compendium that identified the major research activities of college faculty.

**EXHIBIT A**

As Director of Public Administration Education:

Executive MPA*:* designed a new MPA program for middle- and upper-level administrators.

Public Administration Workshop for the Ute Indian Tribe*:* designed and implemented an annual intensive-session workshop for Ute tribal administrators.

Conference for Minority Public Administrators: designed and implemented Salt Lake City's first conference for minorities in the public sector work force.

## COMMUNITY SERVICE AND CONSULTING

Regional Council, National Parks Conservation Association, Southwest Regional Office, 2009-present.

Member, Governor's Water Strategy Advisory Team, 2013-2017.
http://www.envisionutah.org/images/FINAL_Recommended_State_Water_Strategy_7.14.17_5b15d.pdf

Co-author, *amicus* brief, in *Northwest Austin Municipal Utility District Number One v. Holder*,
U. S. Supreme Court, No. 08-322, 2009.

Volunteer Tutor, Guadelupe Schools, 2007-2009.

Advisor, Rocky Mountain American Indian Economic and Education Foundation, 2003-2006.

Member, National Council of Scholars, Presidents Park, Williamsburg, VA. 2002-2004.

Consultant, National Oceanic and Atmospheric Administration, research project investigating the use of long-range weather data in water management planning for water conservancy districts and Indian reservations, 1999-2002.

Participating author and consultant, contract to facilitate meetings and research a proposal to divide San Juan County, UT. Final Report titled: "San Juan County Division Study," Prepared by the Center for Public Policy and Administration, University of Utah, 1997.

Member, Board of Directors, the Indian Walk-In Center, Salt Lake City, Utah, 1994-2000.

Advisory Committee for the American Indian Resource Center, University of Utah, 1990-2000.