CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL

Janell M. Hafner (Alaska Bar No. 0306035)
Chief Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-4167
Facsimile: (907) 465-2520
Email: janell.hafner@alaska.gov
Attorney for Defendant State of Alaska

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No.: 3:13-cv-00137-SLG |
| ) | |
| v. ) | |
| ) | |
| KEVIN MEYER, et al., ) | **UNOPPOSED MOTION FOR** |
| ) | **EXTENSION OF TIME TO** |
| Defendants. ) | **RESPOND** |
| ) | |

The State of Alaska, Division of Elections ("Division"), moves for an unopposed

six-week extension to respond to the plaintiffs' Motion to Extend Stipulated Judgment

and Order, filed December 30, 2020. This extension will give the parties time to confer

and, potentially, reach an agreement regarding the plaintiffs' motion. In particular, this

extension will allow the parties to review and discuss the Division's Alaska Native

Language Assistance Court Report for the 2020 Primary, REAA, and General Elections,

which is due in January.

On January 11, 2021, the plaintiffs indicated by email that they did not oppose the Division's proposed extension. Accordingly, the Division respectfully requests that it be permitted to submit its response to the plaintiffs' motion by February 24, 2021.

DATED: January 12, 2021.

CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL


By:     */s/ Janell M. Hafner*
        Janell M. Hafner
        Chief Assistant Attorney General
        Alaska Bar No. 0306035
        Department of Law
        PO Box 110300
        Juneau, AK 99811-0300
        Telephone: (907) 465-4167
        Facsimile: (907) 465-2520
        Email: janell.hafner@alaska.gov
        Attorney for Defendant State of Alaska

Certificate of Service

I certify that on January 12, 2021 the foregoing was electronically filed and served by using the District of Alaska CM/ECF system.


*/s/ Janell M. Hafner*
Janell M. Hafner
Chief Assistant Attorney General

*TOYUKAK et al. v. TREADWELL et al.*                                    Case No.: 3:13-cv-00137-SLG
Unopposed Motion for Extension of Time to Respond                                    Page 2 of 2
Case 3:13-cv-00137-SLG   Document 322   Filed 01/12/21   Page 2 of 2