CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL

Janell M. Hafner (Alaska Bar No. 0306035)
Chief Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-4167
Facsimile: (907) 465-2520
Email: janell.hafner@alaska.gov
Attorney for Defendant State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KEVIN MEYER, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 3:13-cv-00137-SLG <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND** |

Having considered the Division's Unopposed Motion for Extension of Time to Respond, IT IS SO ORDERED:

The motion is GRANTED and the Division shall respond to the plaintiffs' Motion to Extend Stipulated Judgment and Order by February 24, 2021.

DATED _____, 2021 at Anchorage, Alaska

_____
Honorable Sharon L. Gleason
U.S. District Court Judge