anc.law.ecf@alaska.gov

TREG R. TAYLOR
ATTORNEY GENERAL

Janell M. Hafner (Alaska Bar No. 0306035)
Chief Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-4167
Facsimile: (907) 465-2520
Email: janell.hafner@alaska.gov
Attorney for Defendant State of Alaska

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MIKE TOYUKAK, et al., | )<br>) |
| Plaintiffs, | ) Case No.: 3:13-cv-00137-SLG<br>) |
| v. | )<br>) |
| KEVIN MEYER, et al., | ) **NOTICE AND UNOPPOSED**<br>) **MOTION REGARDING** |
| Defendants. | ) **ELECTION REPORTS**<br>) |

Pursuant to the Stipulated Judgment and Order in this case, the defendants must file reports following the Primary, REAA, and General Elections. Dkt. 282 at 30. In prior years, the defendants have produced a single report covering all three elections. The defendants now file such a report, covering the 2020 Primary, REAA, and General Elections. While this report was completed more than 45 days after the Primary Election and more than 60 days after the REAA and General Elections, counsel for plaintiffs do not oppose the defendants' filing of a consolidated report at this time. The defendants therefore respectfully request the Court accept the election report as filed.

DATED: January 29, 2021.

TREG R. TAYLOR
ATTORNEY GENERAL

By: */s/ Janell M. Hafner*
Janell M. Hafner
Chief Assistant Attorney General
Alaska Bar No. 0306035
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-4167
Facsimile: (907) 465-2520
Email: janell.hafner@alaska.gov
Attorney for Defendant State of Alaska

Certificate of Service

I certify that on January 29, 2021 the foregoing was electronically filed and served by using the District of Alaska CM/ECF system.

*/s/ Janell M. Hafner*
Janell M. Hafner
Chief Assistant Attorney General

*TOYUKAK et al. v. TREADWELL et al.* Case No.: 3:13-cv-00137-SLG
Notice and Unopposed Motion Regarding Election Reports Page 2 of 2

Case 3:13-cv-00137-SLG Document 354 Filed 01/29/21 Page 2 of 2