anc.law.ecf@alaska.gov

TREG R. TAYLOR
ATTORNEY GENERAL

Janell M. Hafner (Alaska Bar No. 0306035)
Chief Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-4167
Facsimile: (907) 465-2520
Email: janell.hafner@alaska.gov
Attorney for Defendant State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MIKE TOYUKAK, et al., | )<br>) |
| Plaintiffs, | ) Case No.: 3:13-cv-00137-SLG<br>) |
| v. | )<br>) |
| KEVIN MEYER, et al., | ) **MOTION TO ACCEPT**<br>) **CONVENTIONALLY FILED** |
| Defendants. | ) **THUMB DRIVE**<br>) |

Pursuant to D.AK. LR 7.3(c), the defendants move to conventionally file a thumb drive containing attachments supporting the three-election report that the defendants filed today. These attachments include various large files that exceed the type and size restrictions for electronic filing. The defendants have already provided these attachments to the other parties electronically, and they have mailed the thumb drive to the Court. Given the nature of the attachments, the defendants will not provide chambers copies under LR 5.4, although they will provide a chambers copy of the three-election report.

The defendants respectfully request the Court accept the thumb drive for filing when it arrives.

DATED: January 29, 2021.

>TREG R. TAYLOR
>ATTORNEY GENERAL
>
>By: */s/ Janell M. Hafner*
>    Janell M. Hafner
>    Chief Assistant Attorney General
>    Alaska Bar No. 0306035
>    Department of Law
>    PO Box 110300
>    Juneau, AK 99811-0300
>    Telephone: (907) 465-4167
>    Facsimile: (907) 465-2520
>    Email: janell.hafner@alaska.gov
>    Attorney for Defendant State of Alaska

Certificate of Service

I certify that on January 29, 2021 the foregoing was electronically filed and served by using the District of Alaska CM/ECF system.

*/s/ Janell M. Hafner*
Janell M. Hafner
Chief Assistant Attorney General

**DEPARTMENT OF LAW**
**OFFICE OF THE ATTORNEY GENERAL**
**ANCHORAGE BRANCH**
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100

*TOYUKAK et al. v. TREADWELL et al.*  Case No.: 3:13-cv-00137-SLG
Motion to Accept Conventionally Filed Thumb Drive  Page 2 of 2

Case 3:13-cv-00137-SLG   Document 315   Filed 01/29/21   Page 2 of 2