anc.law.ecf@alaska.gov

TREG R. TAYLOR
ATTORNEY GENERAL

Janell M. Hafner (Alaska Bar No. 0306035)
Chief Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-4167
Facsimile: (907) 465-2520
Email: janell.hafner@alaska.gov

Attorney for Defendant State of Alaska

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al., )<br><br>        Plaintiffs, )<br><br>v. )<br><br>KEVIN MEYER, et al., )<br><br>        Defendants. ) | Case No.: 3:13-cv-00137-SLG<br><br>**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND** |

The State of Alaska, Division of Elections ("Division"), moves for an additional,

unopposed extension to respond to the plaintiffs' Motion to Extend Stipulated

Judgement and Order, filed December 30, 2020. The Court previously extended the

Division's deadline to February 24, 2021. [Dkt. 313] An additional extension is required

to give the parties more time to confer and, potentially, reach an agreement regarding

the plaintiffs' motion. The parties are currently scheduled to meet regarding the motion

in April, and the plaintiffs do not oppose the Division's request for a corresponding

extension.

Therefore, the Division respectfully requests that it be permitted to submit its

response to the plaintiffs' motion by April 30, 2021.


DATED: February 23, 2021.

TREG TAYLOR
ATTORNEY GENERAL


By:     */s/ Janell M. Hafner*
Janell M. Hafner
Chief Assistant Attorney General
Alaska Bar No. 0306035
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-4167
Facsimile: (907) 465-2520
Email: janell.hafner@alaska.gov
Attorney for Defendant State of Alaska

Certificate of Service

I certify that on February 23, 2021 the foregoing Second Unopposed Motion for
Extension of Time to Respond was served electronically on:




*/s/Janell Hafner*
Janell M. Hafner, Chief Assistant, Attorney General

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100

*TOYUKAK et al. v. TREADWELL et al.*          Case No.: 3:13-cv-00137-SLG
Unopposed Mtn. to Extension of Time          Page **2** of **2**
Case 3:13-cv-00137-SLG   Document 317   Filed 02/23/21   Page 2 of 2