anc.law.ecf@alaska.gov

TREG TAYLOR
ATTORNEY GENERAL

Thomas S. Flynn (Alaska Bar No. 1910085)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: thomas.flynn@alaska.gov

Attorney for Defendants, State of Alaska

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>KEVIN MEYER, et al., )<br><br>Defendants. ) | Case No.: 3:13-cv-00137-SLG<br><br>**FIFTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND** |

The State of Alaska, Division of Elections ("Division"), moves for an additional,

unopposed extension to respond to the plaintiffs' Motion to Extend Stipulated

Judgement and Order, filed December 30, 2020. The Court previously extended the

Division's deadline to July 30, 2021. [Dkt. 324] An additional extension is required to

give the parties more time to finalize an agreement regarding the plaintiffs' motion. The

parties met on June 8 and discussions are ongoing. The plaintiffs do not oppose this

request for an extension.

The Division respectfully requests that it submit its response to the plaintiffs'

motion by August 31, 2021.


DATED: July 30, 2021.

TREG TAYLOR
ATTORNEY GENERAL


By:  /s/Thomas S. Flynn
Thomas S. Flynn
Assistant Attorney General
Alaska Bar No. 1910085
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone:  (907) 269-5232
Facsimile:  (907) 276-3697
Email:  thomas.flynn@alaska.gov
Attorney for Defendants
State of Alaska

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100

*TOYUKAK et al. v. TREADWELL et al.*                    Case No.: 3:13-cv-00137-SLG
Unopposed Mtn. for Extension of Time                    Page **2** of **3**

Case 3:13-cv-00137-SLG   Document 325   Filed 07/30/21   Page 2 of 3

**DEPARTMENT OF LAW**
**OFFICE OF THE ATTORNEY GENERAL**
**ANCHORAGE BRANCH**
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100

Certificate of Service

I certify that on April 29, 2021 the foregoing Third Unopposed Motion for Extension of Time to Respond and attached proposed order were served electronically on:

Erin C. Dougherty Lynch
dougherty@narf.org
jbriggs@narf.org

James Thomas Tucker
james.tucker@wilsonelser.com

Janie Allison Sitton
jaye.sitton@usdoj.gov
german.bonilla@usdoj.gov

Natalie Landreth
landreth@narf.org, rush@narf.org;

Matthew Neil Newman
mnewman@narf.org

Richard de Bodo
rdebodo@tocounsel.com,
ttabakov@tocounsel.com

Keslie L. Kandt
lawclerk4@narf.org, kkandt12@law.du.edu

/s/Thomas S. Flynn

*TOYUKAK et al. v. TREADWELL et al.*          Case No.: 3:13-cv-00137-SLG
Unopposed Mtn. for Extension of Time          Page **3** of **3**