anc.law.ecf@alaska.gov

TREG TAYLOR
ATTORNEY GENERAL

Thomas S. Flynn (Alaska Bar No. 1910085)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: thomas.flynn@alaska.gov

Attorney for Defendants, State of Alaska

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KEVIN MEYER, et al., )<br>)<br>Defendants. )<br>) | Case No.: 3:13-cv-00137-SLG<br><br>**PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND** |

The State of Alaska, Division of Elections ("Division"), moves for an additional extension to respond to the plaintiffs' Motion to Extend Stipulated Judgement and Order, filed December 30, 2020. The Court previously extended the Division's deadline to August 31, 2021. [Dkt. 326] An additional extension is required to give the parties more time to finalize an agreement regarding the plaintiffs' motion. The parties met on June 8 and discussions are ongoing. The plaintiffs do not oppose an extension until September 10, 2021. The Division, however, believes that additional time is necessary

to finalize and approve an agreement. Therefore, the Division respectfully requests that it submit its response to the plaintiffs' motion by September 30, 2021.

DATED: August 31, 2021.

TREG TAYLOR
ATTORNEY GENERAL

By: */s/Thomas S. Flynn*
Thomas S. Flynn
Assistant Attorney General
Alaska Bar No. 1910085
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: thomas.flynn@alaska.gov
Attorney for Defendants
State of Alaska

**DEPARTMENT OF LAW**
**OFFICE OF THE ATTORNEY GENERAL**
**ANCHORAGE BRANCH**
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100

*TOYUKAK et al. v. TREADWELL et al.*     Case No.: 3:13-cv-00137-SLG
Partially Unopposed Mtn. for Extension of Time     Page **2** of **3**

Case 3:13-cv-00137-SLG   Document 329   Filed 08/31/21   Page 2 of 3

Certificate of Service

I certify that on August 31, 2021 the foregoing Partially Unopposed Motion for Extension of Time to Respond and attached proposed order were served electronically on:

| | |
|---|---|
| Erin C. Dougherty Lynch<br>dougherty@narf.org<br>jbriggs@narf.org | James Thomas Tucker<br>james.tucker@wilsonelser.com |
| Janie Allison Sitton<br>jaye.sitton@usdoj.gov<br>german.bonilla@usdoj.gov | Natalie Landreth<br>landreth@narf.org, rush@narf.org; |
| Matthew Neil Newman<br>mnewman@narf.org | Richard de Bodo<br>rdebodo@tocounsel.com,<br>ttabakov@tocounsel.com |
| Keslie L. Kandt<br>lawclerk4@narf.org, kkandt12@law.du.edu | |

*/s/Thomas S. Flynn*

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100