anc.law.ecf@alaska.gov

TREG TAYLOR
ATTORNEY GENERAL

Thomas S. Flynn (Alaska Bar No. 1910085)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: thomas.flynn@alaska.gov

Attorney for Defendants, State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KEVIN MEYER, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 3:13-cv-00137-SLG <br><br> **NOTICE AND MOTION REGARDING ELECTION REPORT** |

Pursuant to the Second Stipulated Order in this case, the State of Alaska, Division of Elections ("Division"), must file a report following the Regional Educational Attendance Area (REAA) elections. Dkt. 333 at 39. The Division now files such a report covering the 2021 REAA elections.

The Division also moves, under D.AK. LR 7.3(c), to conventionally file a CD containing the attachments supporting this report. These attachments include many files and appear to exceed the size restrictions for electronic filing. The Division will send these attachments to the other parties electronically and mail the CD to the Court today.

**DEPARTMENT OF LAW**
**OFFICE OF THE ATTORNEY GENERAL**
**ANCHORAGE BRANCH**
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100

DATED: December 6, 2021.

TREG TAYLOR
ATTORNEY GENERAL

By: */s/Thomas S. Flynn*
Thomas S. Flynn
Assistant Attorney General
Alaska Bar No. 1910085
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: thomas.flynn@alaska.gov
Attorney for Defendants
State of Alaska

Certificate of Service

I certify that on December 6, 2021 the foregoing Notice and Motion Regarding Election Report were served electronically on:

Erin C. Dougherty Lynch
dougherty@narf.org
jbriggs@narf.org

James Thomas Tucker
james.tucker@wilsonelser.com

Janie Allison Sitton
jaye.sitton@usdoj.gov
german.bonilla@usdoj.gov

Natalie Landreth
landreth@narf.org, rush@narf.org;

Matthew Neil Newman
mnewman@narf.org

Richard de Bodo
rdebodo@tocounsel.com,
ttabakov@tocounsel.com

Keslie L. Kandt
lawclerk4@narf.org, kkandt12@law.du.edu

*/s/Thomas S. Flynn*

*TOYUKAK et al. v. TREADWELL et al.*     Case No.: 3:13-cv-00137-SLG
NOTICE AND MOTION REGARDING ELECTION REPORT     Page **2** of **2**

Case 3:13-cv-00137-SLG Document 334 Filed 12/06/21 Page 2 of 2