# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

|   |   |
|---|---|
| MIKE TOYUKAK, et al.,<br><br>                                      Plaintiffs,<br><br>            v.<br><br>KEVIN MEYER, et al.,<br><br>                                    Defendants. | Case No. 3:13-cv-00137-SLG |

## Report to the Court regarding the 2021 Regional Educational Attendance Area (REAA) elections for the State of Alaska

The following report is for the language assistance provided for the 2021 REAA Elections per the Second Stipulated Order (hereafter "Order"). The relevant communities are located in the Dillingham Census Area, Kusilvak Census Area, and the Yukon-Koyukuk Census area. Specified languages include Bristol Bay Yup'ik, Chevak Cup'ik, General Central Yup'ik, Gwich'in, Hooper Bay Yup'ik, Norton Sound Kotlik Yup'ik, Nunivak Cup'ig, and Yukon Yup'ik. The Division of Elections also provides language assistance to communities elsewhere in Alaska in compliance with the most current Section 203 determinations at the time of writing; the Division offers language assistance in Tagalog, Spanish, Unangam Tunuu (Aleut), Seward Peninsula Inupiaq, and Northern Inupiaq, among others.

As required by section III(R)(2) of the Order, this report assesses the Division's compliance with each relevant requirement of the Order as it pertains to REAA Elections and includes supporting records as required by A(2), A(8)(d), D(4), G(6), H(9) and J(2)(e). The report also includes documentation of the Division's efforts to secure bilingual outreach and poll workers in any villages where it is unsuccessful. Additional records kept pursuant to the Order will be provided to the Court or Plaintiffs upon request. This report will be provided 60 days after the REAA Election. Plaintiffs have an opportunity to file a response within 60 days after this report is filed.

## A. Remedies originating in the Interim Order of September 22, 2014

### 1. Official Election Pamphlet (OEP)

Not relevant to the 2021 REAA Elections.

### 2. Bilingual Outreach Worker Certificates

Bilingual Outreach Workers received the requisite instructions detailing their language assistance responsibilities as well as Certificates of Outreach, which allow outreach workers to report the number of hours assisting voters in pre-election outreach efforts and the number of voters the outreach workers assisted.

*(a-d). re: Certificates of Outreach*

The signed Certificates of Outreach for the Bilingual Outreach Workers for the 2021 REAA Elections are included in Appendix A.

### 3. Contact with the Tribal Councils

The Division's letters to the Tribal Councils regarding the language assistance materials available are included in Appendix B. The Division conducted regular outreach prior to the 2021 REAA Elections, ensuring that the Tribal Councils were made aware of upcoming dates and deadlines as well as the language assistance available to them. This outreach was conducted over the phone, email, and via mail.

### 4. Public Service Announcements and Outreach Worker Packets

(*a-c). re: PSAs*

The written Public Service Announcements (PSAs) disseminated to the requisite radio stations, tribal councils, and outreach workers are included in Appendix C. The audio versions of these PSAs will be included as an attachment to this report. The PSAs recorded by the Division were sent to all required parties at least thirty days before the REAA Election. The PSAs included messaging on the following: REAA Candidacy Filing Deadline; REAA Voter Registration Deadline; REAA Absentee Voting; Accessibility Assistance; REAA Election Day; and REAA Language Assistance. The PSAs were distributed in the following languages: Bristol Bay Yup'ik, Chevak Cup'ig, English, General Central Yup'ik, Koyukon, Norton Sound Kotlik Yup'ik, Seward Peninsula Inupiaq, and Yukon Yup'ik.

*(d). re: Outreach Worker Packets*

Items sent to Bilingual Outreach Workers in the Outreach Worker Packets are catalogued in Appendix D. The Outreach Worker Packets for the REAA Election include the following: S43PKT (Bilingual Outreach Packet); B19 (Translated Glossaries); B23 (Information for Alaska

Native Bilingual Outreach Workers); C03 (Voter Registration Application); C06 (Absentee Ballot Application); E14 (Absentee In Person Oath & Affidavit Envelope); E15 (Special Needs Oath & Affidavit Envelope); E23 (Questioned Ballot Oath & Affidavit Envelope); H10 (Election Dates); H19 (Political Parties and Groups in Alaska); H50 (Language Assistance Brochure); P04 (Voter Registration Here - Poster);  "Can I help you?" button. Bilingual Outreach Workers also receive five copies of a Language Assistance Poster that they are required to fill out and post around their community letting voters know when they are available to provide language assistance, how they can be reached, and other information as required by III(A)(4)(d) of the Order.

### 5. Poll Workers

Poll worker materials are also included in Appendix D. More often than not, the Bilingual Poll Worker for a community is the same person as the Bilingual Outreach Worker. Please see 4(d) above for materials sent to the Bilingual Poll Worker. All required materials were sent to poll workers for the 2021 REAA Elections.

### 6. Website Updates

The Division posted translated audio and written PSAs to its website in Gwich'in as well as in the relevant and requisite Yup'ik languages, at least three weeks prior to the 2021 REAA Elections.

### 7. Dissemination of the translated OEP

Not relevant to the 2021 REAA Elections.

### 8. Bilingual Outreach Workers

For the 2021 REAA Elections, the Division was able to secure Bilingual Outreach Workers for all but two of the required precincts. The precincts that did not have a Bilingual Outreach Worker were: Birch Creek and Chalkyitsik. Documentation of the Divisions efforts to secure outreach workers in these communities can be found in Appendix F and Bilingual Outreach Worker agreements can be found in Appendix I.

## B. Dialects

The Division provided language assistance in all required dialects for the 2021 REAA Elections.

## C. Glossaries of Election Terms

The Yup'ik and Gwich'in glossaries used for the 2021 REAA Elections were most recently updated in 2018 and contain all relevant terminology used in the 2021 REAA Elections' materials. New glossaries, updated to include relevant Ranked Choice Voting terminology, will be available for the 2022 elections.

## D. Toll-Free Number for Language Assistance

The toll-free Language Assistance number is included in all educational and informational elections and voting materials for the 2021 REAA Elections, including translated public service announcements played over regional radio stations leading up to the election. The Language Assistance phone tree shared with each regional office and relevant precincts is included in this report as Appendix E. For the 2021 REAA Elections, the toll-free number for Language Assistance provided language assistance in the following languages: Yup'ik (all dialects), Seward Peninsula Inupiaq, and Gwich'in.

Throughout the 2021 REAA Elections' voting period, the toll-free Language Assistance line received no requests for Language Assistance. Requests for in-person language assistance at the polls is documented in Table A.

*TABLE A - In-person requests for Language Assistance at the polls*

| Language | Type of Assistance | Location |
|---|---|---|
| Gwich'in | Marking ballot | RIII - Fort Yukon |
| Yup'ik | Reading ballot* | RIV - Togiak |
| Yup'ik | Reading ballot | RIV - Tuluksak |
| Yup'ik | Reading ballot | RIV - Napakiak |
| Yup'ik | Reading and marking ballot | |
| Yup'ik | Reading and marking ballot | |
| Yup'ik | Reading and marking ballot | |
| Yup'ik | Reading and marking ballot | |
| Yup'ik | Reading and marking ballot | |
| Yup'ik | Marking ballot | RIV - New Stuyahok |
| Yup'ik | Reading and marking ballot | |
| Yup'ik | Reading and marking ballot | |

| Yup'ik | Reading ballot | RIV - Aniak |
| --- | --- | --- |
| Yup'ik | Reading and marking ballot | |
| Yup'ik | Translating ballot | |
| Yup'ik | Reading and marking ballot | RIV - Atmautluak |
| Yup'ik | Translating ballot | |
| Yup'ik | Translating ballot | |
| Yup'ik | Reading ballot | |
| Yup'ik | Marking ballot | |
| Yup'ik | Not related to ballot | RIV - Bethel 1 |
| Yup'ik | Reading and marking ballot | RIV - Emmonak |
| Yup'ik | Instructions | RIV - Hooper Bay |
| Yup'ik | Translating ballot | |
| Yup'ik | Reading ballot | |
| Yup'ik | Marking ballot | RIV - Russian Mission |
| English | Explaining how to vote | RIV - Togiak |
| English | Explaining how to vote | |
| English | Explaining ballot | RIV - Emmonak |
| English | Reading ballot | RIV - Scammon Bay |

### E. Translation Panels

Throughout 2021, the Division maintained a three-member Gwich'in Translation panel consisting of: Allan Hayton, Mildred Allen, and Joanne Bryant. The Yup'ik Translation Panel consisted of ten members: Mike Toyukak and Anecia Toyukak (Bristol Bay Yup'ik), Flora

Paukan (Norton Sound Kotlik Yup'ik and Yukon Yup'ik), Veronica Kaganak (Hooper Bay Yup'ik, Norton Sound Kotlik Yup'ik, and Yukon Yup'ik), Seralee Kairaiuk (General Central Yup'ik), Jim Chaliak (General Central Yup'ik), Lorina Warren (Chevak Cup'ik), Oscar Alexie (General Central Yup'ik), and Howard Amos and Muriel Amos (Nunivak Cup'ig). In addition, the Division's Language Assistance Project Coordinator serves as an in-house Yup'ik speaker (General Central Yup'ik). Division Translation Panel members are paid $50/hr.

## F. Procedures for Translation

Materials required for the 2021 REAA Elections were translated by the respective panels and the translations were confirmed by a quorum prior to publication. Differences in translation between dialects are noted where they occur, and are confirmed in writing. Bilingual speakers record audio of translated election materials in the relevant language.

## G. Bilingual Outreach Workers and Poll Workers, and Language Assistance Compliance Manager

### 1. Language Assistance Compliance Manager

The current Language Assistance Compliance Manager, Samantha Mack, was hired in August 2020 and continues to remain employed in this role. The role is responsible for ensuring the Division complies with section 203 of the Voting Rights Act and the Order. The Language Assistance Compliance Manager does not perform tasks outside the scope of Language Assistance within the Division, but rather, is involved with all aspects of Language Assistance as they are exercised across Division activities.

### 2. Villages Receiving Language Assistance

In addition to language support offered by the Division via the toll-free number, bilingual workers provided support directly at the polls. Bilingual poll workers filled out the Language Assistance Request Log documenting where and what type of language assistance was provided. The Division provided twenty-six instances of assistance in Alaska Native languages direct to voters. For a summary of the language logs see Table A. For the language assistance logs themselves, see Appendix M.

### 3-7. Bilingual Outreach Workers

The Division secured Bilingual Outreach Workers for all communities except Birch Creek and Chalkyitsik. In the process of attempting to secure Bilingual Outreach Workers for these communities, the Birch Creek and Chalkyitsik tribal leadership communicated to the Division their lack of need for bilingual outreach workers, stating that everyone in the community speaks English. Because these communities did not feel Bilingual Outreach Workers were necessary, the Division was unable to secure these workers, despite its efforts. The Bilingual Outreach

Workers for the 2021 REAA Elections were recommended by their Tribal Council or have served in the role in years prior and have demonstrated their language proficiency. The Division's communications with Tribal Councils regarding securing Bilingual Outreach Workers begins in spring of each year and is done either by phone call or by email. Please find the relevant emails detailing the efforts of the Division to secure Bilingual Outreach Workers in Appendix F.

## H. Mandatory Training

### 1-6. Bilingual Outreach Worker Training

The Division hosted telephonic training for the 2021 REAA Elections, as is permitted by the Order in odd-numbered years. Each region is responsible for coordinating training for communities holding REAA Elections in their respective regions. Training focuses on VRA Section 203 requirements including background on the VRA and its impact on Alaska, guidelines for providing Language Assistance, the various materials available to bilingual workers throughout their service, how to provide assistance to LEP individuals, etc. The Trainer's Manual for Bilingual Outreach Worker training is included in this report as Appendix G. Both of the affected Regional Supervisors noted the use of the Bilingual Outreach Worker Training Manual in their agendas. Bilingual Outreach Workers were provided with translated sample ballots and other materials during their trainings as well. Translated sample ballots are included in this report as Appendix H, the content of the Outreach Worker training is included as Appendix D.

### 7-8. Additional and In-Person Trainings for the General Election

These items are not relevant for the 2021 REAA Elections.

### 9-10. Documentation of Trainings

All required documentation is included within the Appendices of this report. In particular, the documentation pertaining to Bilingual Workers required by the report includes: Certificates of Outreach from Bilingual Outreach Workers; Training materials and other required items sent to Bilingual Outreach Workers as a part of the Outreach Worker Packet; Agenda for the Bilingual Outreach Worker Training; Translated Sample Ballots; and Attendance Lists for Bilingual Outreach Worker Training.

The Division notifies the Bilingual Outreach Workers of the date of required training as early as practicable. The following Region IV communities had Bilingual Outreach Workers providing Language Assistance who did not attend the required 2021 training: 38-808 Bethel No. 1, 38-814 Chuathbaluk, 38-822 Kasigluk, 38-834 Marshall, 38-838 Napakiak, and 38-858 Tununak.

| Region III | Date | Number of attendees |
| --- | --- | --- |

|  | August 30th | 3 |
|---|---|---|
|  | August 31st | 1 |
|  | September 3rd | 1 |
| **Region IV** | **Date** | **Number of attendees** |
|  | October 1st, 2:00-3:00 pm | 21 |

## I. Mandatory Pre-election Outreach

Each Bilingual Outreach Worker is required to perform a certain amount of necessary outreach to their respective communities for each Election. The means through which the Division is able to confirm that this outreach was completed is via Outreach Certificates (Appendix A). The Division has difficulty ensuring that all Bilingual Outreach Workers return a completed and signed Outreach Certificate addressing the specific tasks and hours of outreach completed; in the past, Outreach Workers have returned an un-signed Certificate, or a Certificate that is signed with no other information filled out save the number of hours for which they would like to be paid. The Division follows up with Outreach Workers as necessary to send the necessary materials for completion of their Pre-Election Outreach.

## J. Pre-election and Election Day Publicity

The Division provided all language assistance publicity as required by the Order. As required by J(2)(e), all documentation between the Division and KDLG, KYUK, KICY, KCUK, and KZPA identifying the dates, times, and contents of the aired PSAs are included in this report as Appendix J. KZPA and KCUK are the only stations from which the Division does not receive invoices or specific documentation regarding the frequency and dates the PSAs were aired. Appendix K documents communication between the Division and KZPA and KCUK specifying the frequency and dates on which the PSAS need to be played, as required by the Order.

*TABLE B - RADIO PSA DOCUMENTATION*

| STATION | LANGUAGE - DATE - FREQUENCY | PSA |
|---|---|---|
| **KDLG** | BBY - 9/16, 9/21, 9/30 - 3x daily<br>GCY - 9/24, 10/1 - 2x daily | 21R22R Notice of Election |

|  | Dates | Topic |
|---|---|---|
|  | BBY - 9/8, 9/13, 9/17 - 3x daily<br>GCY - 9/2, 9/15 - 2x daily | REAA Candidacy Filing Deadline |
|  | BBY - 9/19, 8/25, 9/3 - 3x daily<br>GCY - 8/27, 9/1 | REAA Voter Registration Deadline |
|  | BBY - 9/8, 9/13, 9/17 - 3x daily<br>GCY - 9/2, 9/15 - 2x daily | REAA Absentee Voting |
|  | BBY - 9/15, 9/23, 9/28 - 3x daily<br>GCY - 9/17, 9/29 - 2x daily | Accessibility Assistance |
|  | BBY - 9/22, 9/27, 10/4 - 3x daily<br>GCY - 9/14, 9/20 - 2x daily | REAA Language Assistance |
|  | BBY - 2/16, 2/22, 2/26 - 3x daily<br>GCY - 2/18, 2/24 - 2x daily | List Maintenance |
|  | GCY - 5/3, 5/11, 5/19 - 2x daily | PFD AVR |
| **KYUK** | GCY – 11/8, 11/10, 11/12, 11/16, 11/18 – 3x daily<br>HBY/CC – 11/9, 11/11, 11/15, 11/17 – 1x daily | Runoff |
|  | GCY - 9/16, 9/21, 9/30 - 2x daily<br>YY - 9/24, 10/1 - 2x daily<br>NSK - 9/16, 10/1 - 2x daily<br>HBY/CC - 9/24, 9/30 - 2x daily<br>SPI - 9/21, 9/24 - 2x daily | 21R22R Notice of Election |
|  | GCY - 7/21, 7/27, 8/2 - 3x daily<br>YY - 7/23, 8/5 - 2x daily<br>NSK - 7/23, 8/5 - 2x daily<br>HBY/CC - 7/23, 8/5 - 2x daily<br>SPI - 7/27, 8/2 - 2x daily | REAA Candidacy Filing Deadline |
|  | GCY - 8/19, 8/25, 9/3 - 3x daily<br>YY - 8/27, 9/1 - 2x daily<br>NSK - 8/19, 9/1 - 2x daily<br>HBY/CC - 8/27, 9/3 - 2x daily<br>SPI - 8/25, 8/27 - 3x daily | REAA Voter Registration Deadline |
|  | GCY - 9/8, 9/13, 9/17 - 3x daily<br>YY - 9/2, 9/15 - 2x daily<br>NSK - 9/8, 9/15 - 2x daily<br>HBY/CC - 9/2, 9/17 - 2x daily<br>SPI - 9/2, 9/13 - 2x daily | REAA Absentee Voting |
|  | GCY - 9/15, 9/23, 9/30 - 3x daily<br>YY - 9/17, 9/29 - 2x daily<br>NSK - 9/15, 9/29 - 2x daily | Accessibility Assistance |

| | | | |
|---|---|---|---|
| | HBY/CC - 9/17, 9/28 - 2x daily<br>SPI 9/17, 9/23 - 2x daily | | |
| | GCY - 9/22, 9/27, 10/04 - 3x daily<br>YY - 9/14, 9/20 - 2x daily<br>NSK - 9/20, 9/22 - 2x daily<br>HBY/CC - 9/14, 10/4 - 2x daily<br>SPI - 9/214 (typo in affidavit), 9/27 - 2x daily | REAA Language Assistance | |
| | GCY - 2/16, 2/22, 2/26 - 3X daily<br>HBY/CC - 2/12, 2/24 - 2x daily<br>NC - 2/16, 2/22 - 2x daily<br>YY - 2/12, 2/22 - 2x daily<br>NSK - 2/18, 2/26 - 2x daily<br>SPI - 2/18, 2/26 - 2x daily | List Maintenance | |
| | GCY - 5/13, 5/11, 5/19 - 3x daily | PFD AVR | |
| **KICY** | YY - 9/16, 9/21, 9/30 - 3x daily<br>GCY - 9/16, 10/1 - 2x daily<br>NSK - 9/24, 9/30 - 2x daily<br>SPI - 9/24, 10/1 - (missing frequency) | 21R22R Notice of Election | |
| | YY - 7/21, 7/27, 8/2 - 3x daily<br>GCY - 7/30, 8/5 - 2x daily<br>SPI - 7/30, 8/5 - 2x daily | REAA Candidacy Filing Deadline | |
| | YY - 8/19, 8/25, 9/3 - 3x daily<br>GCY - 8/19, 9/1 - 2x daily<br>SPI - 8/27, 9/1 - 2x daily<br>NSK - 8/27, 9/3 - 2x daily | REAA Voter Registration Deadline | |
| | YY - 9/8, 9/13, 9/17 - 3x daily<br>GCY - 9/8, 9/15 - 2x daily<br>SPI - 9/2, 9/15 - 2x daily<br>NSK - 9/2, 9/17 - 2x daily | REAA Absentee Voting | |
| | YY - 9/15, 9/23, 9/28 - 3x daily<br>GCY - 9/15, 9/29 - 2x daily<br>SPI - 9/17, 9/29 - 2x daily<br>NSK - 9/17, 9/28 - 2x daily | Accessibility Assistance | |
| | YY - 9/22, 9/27, 10/4 - 2x daily<br>GCY - 9/20, 9/22 - 2x daily<br>SPI - 9/14, 10/4 - 2x daily<br>NSK - 9/14, 9/20 - 2x daily | REAA Language Assistance | |
| | YY - 2/16, 2/22, 2/26 - 3x daily<br>GCY - 2/18, 2/24 - 2x daily<br>NSK - - 2/18, 2/24 - 2x daily | List Maintenance | |

| | | |
|---|---|---|
| | SY - 2/12, 2/22 - 2x daily<br>SPI - 2/12, 2/22 - 2x daily | |
| | GCY - 5/3, 5/11, 5/19 - 2x daily | PFD AVR |
| **KBRW** | NI - 2/16, 2/24 - 2x daily | List Maintenance |
| **KIYU** | KOYU - 9/16, 9/30 - 2x daily | 21R22R Notice of Election |
| | KOYU - 7/23, 8/2 - 2x daily | REAA Candidacy Filing Deadline |
| | KOYU - 8/19, 9/1 - 2x daily | REAA Voter Registration Deadline |
| | KOYU - 9/2, 9/15 - 2x daily | REAA Absentee Voting |
| | KOYU - 9/14, 9/27 - 2x daily | REAA Language Assistance |
| **KUCB** | TAG - 9/16, 9/30 - 2x daily | 21R22R Notice of Election |
| | TAG - 7/23, 8/2 - 2x daily | REAA Candidacy Filing Deadline |
| | TAG - 8/19, 9/3 - 2x daily | REAA Voter Registration Deadline |
| | TAG - 9/8, 9/15 - 2x daily | REAA Absentee Voting |
| | TAG - 9/15, 9/28 - 2x daily | Accessibility Assistance |
| | TAG - 9/22, 9/27 - 2x daily | REAA Language Assistance |
| | TAG - 2/16, 2/24 - 2x daily | List Maintenance |
| | TAG - 5/3, 5/11, 5/19 - 3x daily | PFD AVR |
| **KDLG** | BBY - 9/30, 9/21, 9/16 - 3x daily<br>GCY - 9/24, 10/1 - 2x daily | 21R22R Notice of Election |
| | BBY 7/21, 7/27, 8/2 - 3x daily<br>GCY - 7/23, 8/5 - 2x daily | REAA Candidacy Filing Deadline |

| | | |
|---|---|---|
| | BBY - 8/19, 8/25, 9/3 - 3x daily<br>GCY - 8/27, 9/1 - 2x daily | REAA Voter Registration Deadline |
| | BBY - 9/8, 9/13, 9/17 - 3x daily<br>GCY - 9/2, 9/15 - 2x daily | REAA Absentee Voting |
| | BBY - 9/15, 9/23, 9/28 - 3x daily<br>GCY - 9/17, 9/29 - 2x daily | Accessibility Assistance |
| | BBY - 9/22, 9/27, 10/4 - 3x daily<br>GCY - 9/14, 9/20 - 2x daily | REAA Language Assistance |
| | BBY - 2/16, 2/22, 2/26 - 3x daily<br>GCY - 2/18, 2/224 - 3x daily | List Maintenance |
| | GCY - 5/3, 5/11, 5/19 - 3x daily | PFD AVR |

## K. Language Assistance for List Maintenance to be provided to Tribal Councils

For PSAs, see Table B. Notices were sent to Tribal Councils, as specified, notifying them of the List Maintenance process and deadlines and the contents of the aired PSAs as well as links to audio files and information regarding how to request MP3s or WAV files of the audio. The Division followed up via email when a valid email was available to communicate with the Tribal Councils.

## L. Touch-screen Voting Tablets

This equipment is not used for REAA Elections.

## M. Sample Ballots and Their Use

Translated sample ballots were made available online for viewing and/or download, were sent to both bilingual poll and outreach workers, and were sent to tribal councils for distribution and use. Sample ballots were also available at regional offices. Sample ballots were available in the following languages: Bristol Bay Yup'ik, General Central Yup'ik, Gwich'in, Koyukon, Norton Sound Kotlik Yup'ik, Seward Peninsula Inupiaq, Siberian Yup'ik, Upper Nushagak Yup'ik, Yukon Yup'ik.

## N. Voter Registration

Voter registration forms were available in English in all voting locations, online, and are regularly sent to tribes. Outreach workers also receive registration information as part of their training and receive a poster to hang in their community regarding opportunities to register to vote. Translated registration forms are available on the Division's website. Tribal Councils are also sent registration forms and have access to them throughout the Election.

## O. Permanent Absentee Voting (PAV)

Region III has two PAV locations: Birch Creek and Chalkyitsik. Region IV has two PAV locations: Twin Hills and Pitka's Point. No new PAVs have been established. Due to COVID related issues, the following communities were mailed absentee by-mail ballots: Manokotak, Clarks Point, Newtok, and Holy Cross. The mailout to voters in these communities included translated instructions for how to fill out and return a ballot in the relevant language in addition to English. The mailout was sent to each registered voter, and the Tribal Council in each community was contacted prior to sending. The mailout can be found in Appendix L.

## P. Voters Provided Questioned Ballots

Election workers and bilingual workers are trained in handling questioned ballots, however, the language logs submitted do not show any questioned ballot voters also requiring language assistance.

**APPENDICES**

| | |
|---|---|
| Appendix A | Bilingual Workers - Certificates of Outreach |
| Appendix B | Communications - Documentation of outreach to Tribal Councils detailing available language assistance |
| Appendix C | Election - 2021 PSAs |
| Appendix D | Bilingual Workers - Bilingual Outreach Worker Packets (B19, B23, C03, C06, E14, E15, E23, H10, H19, H50, P04, S43R-CRT, S43R-LTR, S43R-Poster, and the translated "Can I Help You?" button, Language Assistance Poster) |
| Appendix E | Election - Language Assistance Phone Tree for Election Day |
| Appendix F | Communications - Documentation of Division's efforts to secure Bilingual Outreach Workers |
| Appendix G | Bilingual Workers - Agenda for Bilingual Outreach Worker Training and manual for trainers |
| Appendix H | Election - Translated sample ballots |
| Appendix I | Bilingual Workers - Attendance list for Bilingual Outreach Worker Training and Outreach Worker Agreements |
| Appendix J | Radio Stations - Affidavits for the airing of the Division's translated PSAs |
| Appendix K | Communications - Documentation regarding the Division and KZPA, and the Division and KCUK |
| Appendix L | Election – How to Vote Absentee By-Mail (translated) mailer |
| Appendix M | Election – Language Assistance Logs |