Erin C. Dougherty Lynch (AK Bar No. 0811067)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Telephone: (907) 276-0680
Fax: (907) 276-2466
Email: dougherty@narf.org
mcondon@narf.org

Allison A. Neswood (*pro hac vice* forthcoming)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Telephone: (303) 447-8760
Email: neswood@narf.org

James Thomas Tucker (*pro hac vice*)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER THE LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Email: jtucker@lawyerscommittee.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MIKE TOYUKAK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NANCY DAHLSTROM, et al.,<br><br>Defendants. | Case No. 3:13-cv-00137-SLG |

**JOINT MOTION TO EXTEND SECOND STIPULATED ORDER**

The parties, by and through their respective counsel, jointly move for an additional extension to the Second Stipulated Order until May 9, 2023, sixty days after the current deadline.[1] The Court previously extended the Second Stipulated Order until March 10, 2023. Order (ECF 343). An additional extension is needed to give the parties more time to confer in light of the recent election of a new Lieutenant Governor, Nancy Dahlstrom, who assumed office on December 5, 2022, and the recent appointment of a new Director of the Division of Elections, Carol Beecher, who assumed office on February 15, 2023. The parties met on February 21, 2023, and discussions are ongoing.

Respectfully submitted this 6th day of March 2023.

/s/ *Megan R. Condon*
Erin C. Dougherty Lynch (AK Bar No. 0811067)
Megan R. Condon (AK Bar No. 1810096)
Allison A. Neswood (*pro hac vice* forthcoming)
NATIVE AMERICAN RIGHTS FUND

James Thomas Tucker (*pro hac vice*)
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER THE LAW

*Attorneys for Plaintiffs*

/s/Thomas S. Flynn
Thomas S. Flynn
Assistant Attorney General
Alaska Bar No. 1910085

---

[1] By its terms, the Second Stipulated Order terminates December 31, 2022. Second Stipulated Order 42 (ECF 333). Under the Order, if any party commences proceedings before December 31, 2022, seeking relief pursuant to the Order, the Court "retain[s] jurisdiction over this case until all issues relating to such proceedings have been fully resolved." *Id.* at 10. On December 30, 2022, the parties jointly requested that the Second Stipulated Order be extended until March 10, 2023. Joint Motion for Extension 2 (ECF 340).

Joint Mot. to Extend the Second Stipulated Order
*Toyukak v. Dahlstrom*, Case No. 3:13-cv-00137-SLG                                           Page 2
Case 3:13-cv-00137-SLG   Document 346   Filed 03/06/23   Page 2 of 4

Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email:  thomas.flynn@alaska.gov

*Attorney for Defendants*

Joint Mot. to Extend the Second Stipulated Order
*Toyukak v. Dahlstrom*, Case No. 3:13-cv-00137-SLG                                    Page 3
Case 3:13-cv-00137-SLG   Document 346   Filed 03/06/23   Page 3 of 4

## Certificate of Service

I hereby certify that on March 6, 2023, a true and correct copy of the Joint Motion to Extend the Second Stipulated Order and the [Proposed] Order Granting Joint Motion for Extension were served electronically pursuant to the Court's electronic filing procedures upon the attorneys of record in this lawsuit.

/s/ *Megan R. Condon*
Megan R. Condon (AK Bar No. 1810096)

Joint Mot. to Extend the Second Stipulated Order
*Toyukak v. Dahlstrom*, Case No. 3:13-cv-00137-SLG                                               Page 4
Case 3:13-cv-00137-SLG   Document 346   Filed 03/06/23   Page 4 of 4