anc.law.ecf@alaska.gov

TREG TAYLOR
ATTORNEY GENERAL

Thomas S. Flynn (Alaska Bar No. 1910085)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: thomas.flynn@alaska.gov

Attorney for Defendants, State of Alaska

**DEPARTMENT OF LAW**
**OFFICE OF THE ATTORNEY GENERAL**
**ANCHORAGE BRANCH**
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MIKE TOYUKAK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NANCY DAHLSTROM, et al.,<br><br>    Defendants. | Case No.: 3:13-cv-00137-SLG<br><br>**JOINT MOTION TO APPROVE AND ENTER THIRD STIPULATED ORDER** |

    The parties, by and through their respective counsel, jointly request that this Court approve the agreement between the parties entitled "Third Stipulated Order," a copy of which is filed with this motion as Exhibit A. The Third Stipulated Order resolves the plaintiffs' request to extend the Second Stipulated Order. The proposed Third Stipulated Order reflects the mutual agreement of the parties, reached at a settlement conference before Judge Beistline on August 23, 2023, and is attached for the Court's approval. As set forth on page 5 of the Third Stipulated Order, counsel have

authority to sign on behalf of the parties, therefore this document is complete and binding at the time of filing this joint motion.

DATED: August 30, 2023.

<div style="margin-left: 40%;">

TREG TAYLOR
ATTORNEY GENERAL

By:    */s/Thomas S. Flynn*
Thomas S. Flynn
Assistant Attorney General
Alaska Bar No. 1910085
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: thomas.flynn@alaska.gov
*Attorney for Defendants*

*/s/Erin Dougherty Lynch*
Erin Dougherty Lynch
Alaska Bar No. 0811067
Megan R. Condon
Alaska Bar No. 1810096
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: dougherty@narf.org
Email: mcondon@narf.org

Allison A. Neswood (*pro hac vice* forthcoming)
NATIVE AMERICAN RIGHTS FUND
1506 Broadway
Boulder, CO 80302
Telephone: (303) 447-8760
Email: neswood@narf.org

</div>

*TOYUKAK et al. v. DAHLSTROM et al.*     Case No.: 3:13-cv-00137-SLG
Joint Motion to Approve and Enter Third Stipulated Order     Page 2 of 3

Case 3:13-cv-00137-SLG    Document 354    Filed 08/30/23    Page 2 of 3

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100

**DEPARTMENT OF LAW**
**OFFICE OF THE ATTORNEY GENERAL**
**ANCHORAGE BRANCH**
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100

James Thomas Tucker (*pro hac vice*)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER THE LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Email: jtucker@lawyerscommittee.org
*Attorneys for Plaintiffs*

**Certificate of Service**

I certify that on August 30, 2023 the foregoing **Joint Motion to Approve and Enter Third Stipulated Order** and **Exhibit A** were served electronically on:

Erin C. Dougherty Lynch
dougherty@narf.org
jbriggs@narf.org

James Thomas Tucker
james.tucker@wilsonelser.com

Janie Allison Sitton
jaye.sitton@usdoj.gov

Natalie Landreth
landreth@narf.org,
rush@narf.org

Matthew Neil Newman
mnewman@narf.org

Richard de Bodo
rdebodo@tocounsel.com,
ttabakov@tocounsel.com

Keslie L. Kandt
lawclerk4@narf.org,
kkandt12@law.du.edu

*/s/Thomas S. Flynn*
Thomas S. Flynn
Assistant Attorney General

*TOYUKAK et al. v. DAHLSTROM et al.*     Case No.: 3:13-cv-00137-SLG
Joint Motion to Approve and Enter Third Stipulated Order     Page 3 of 3